UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                  :
In re                             :    Case No. 14-12057 (SCC)
                                  :
D.A.B. GROUP LLC,                 :    Chapter 11
                                  :
                Debtor.           :
----------------------------------X

### NOTICE OF INABILITY TO APPOINT
### COMMITTEE OF UNSECURED CREDITORS

        William K. Harrington, the United States Trustee for
Region 2 (the "United States Trustee"), respectfully represents
that:

        1.    A voluntary Chapter 11 petition was filed by the
debtor in this case.

        2.    The Office of the United States Trustee has
contacted the 20 largest unsecured non-priority creditors listed
by the debtor and attempted to form an Official Unsecured
Creditors' Committee (the "Committee") in this case.

        3.    The United States Trustee is unable to appoint a
Committee in this case, pursuant to 11 U.S.C. § 1102(a), at this
time.

        4.    The United States Trustee reserves his right to
appoint a Committee at some future date if circumstances warrant
such appointment.

Dated:    New York, New York
          July 31, 2014

                                Respectfully submitted,

                                WILLIAM K. HARRINGTON
                                UNITED STATES TRUSTEE

                          By:   _/s/ Serene K. Nakano_____
                                SERENE K. NAKANO
                                Trial Attorney
                                U.S. Federal Office Building
                                201 Varick St., Room 1006
                                New York, New York 10014
                                (212) 510-0505