## Exhibit B

## Termination Letter

# KURZMAN EISENBERG CORBIN & LEVER, LLP

ATTORNEYS AT LAW

ONE NORTH BROADWAY
WHITE PLAINS, NEW YORK 10601

TEL: (914) 285-9800
FAX: (914) 285-9855

IRYNA LOMAGA CAREY
Partner
icarey@kelaw.com
Phone (914) 286-6372
Fax    (914) 993-6028

August 2, 2013

**Via Federal Express**

D.A.B. Group, LLC
85 West Hawthorne Avenue
Valley Stream, NY 11580
Attn: Mr. Ben Zhavian

**Via Federal Express and Email**

The Law Firm of Favata & Wallace LLP
229 Seventh Street, Suite 300
Garden City, NY 11530
Attention: William G. Wallace, Esq.

> Re:  Agreement of Purchase and Sale between D.A.B. Group, LLC, as Seller and Monty One, LLC, as Purchaser, dated May 9, 2013, relating to parcels of land located at 139-141 Orchard Street and 77-79 Rivington Street (the "Agreement")

Gentlemen:

Reference is made to Section 4(c) of the Agreement pursuant to which the Due Diligence Expiration Date was agreed to by the parties to be August 7, 2013. If executed by Seller before 5:00PM on Monday, August 5, 2013, this letter shall serve to extend the Due Diligence Expiration Date through the close of business on September 15, 2013. Please note that capitalized terms used but not defined herein shall have the meanings ascribed to them in the Agreement.

Promptly following execution and delivery of this extension letter, Seller shall, in accordance with its obligation under Section 4(b) of the Agreement, deliver all documents in Seller's possession or control to Purchaser so that Purchaser can conduct its due diligence within the time period specified in the Agreement, as amended by this extension letter.

KURZMAN EISENBERG CORBIN & LEVER, LLP

D.A.B. Group, LLC
The Law Firm of Favata & Wallace LLP
August 2, 2013
Page 2


If the foregoing is acceptable, please execute on the acknowledgement below and return an executed copy of this letter to the undersigned before 5:00PM on Monday, August 5, 2013. Purchaser is willing to accept a PDF (portable data format) version of Seller's signature for purposes of the extension received via email from Seller or its counsel. If an executed counterpart of this letter extending the Due Diligence Expiration Date is not received before 5:00PM on Monday, August 5, 2013, this letter shall automatically be deemed notice by Purchaser to Seller, under Section 4(d) of the Agreement, effective as of 4:59PM on August 5, 2013, that Purchaser has elected to terminate the Agreement.

Notwithstanding an extension of the Due Diligence Expiration Date, or a termination of the Agreement, Purchaser reserves all of its rights and remedies in law and in equity, including specific performance, against Seller for its failure to comply with the terms of the Agreement.

Your prompt attention is appreciated.

Very truly yours,

*[signature]*

Iryna Lomaga Carey,
as counsel to Purchaser pursuant to
Section 20 of the Agreement


cc:    Mr. Roy Stillman

AGREED AND ACCEPTED THIS
____ DAY OF AUGUST, 2013

D.A.B. GROUP, LLC

_____
Name:
Title:

H:\84148\0007\00195309.DOCX