# Exhibit F

**Demand Letter**

DM3\2988900.6

# KURZMAN EISENBERG CORBIN & LEVER, LLP

### ATTORNEYS AT LAW

ONE NORTH BROADWAY
WHITE PLAINS, NEW YORK 10601

TEL: (914) 285-9800
FAX: (914) 285-9855

STEVEN M. GOLDMAN
Partner
SGoldman@kelaw.com
Direct Phone (914) 993-6052
Direct Fax   (914) 993-6007

July 22, 2014

*Via Federal Express*

Commonwealth Land Title Insurance Company
140 East 45th Street
New York, New York 10017
Attn: Ms. Grace Onaga – Vice President

Re: **Purchase Agreement between DAB Group, LLC, as Seller and Monty One, LLC, as Purchaser**

Dear Ms. Onaga:

Pursuant to Section 20 of the above referenced Agreement, dated May 9, 2013 (the "Agreement"), we hereby give Notice on behalf of the Purchaser directing the Escrow Agent to return Purchaser's Deposit in the amount of Four Hundred Sixty-Two Thousand Five Hundred and No/100 Dollars ($462,500.00) (plus any interest that may have accrued thereon), as set forth in Section 26 of the Agreement. Please return the funds via wire transfer as follows:

> Hudson Valley Bank
> 60 East 42nd Street, Suite 1836
> New York, New York, 10165
> ABA # 021909300
> IOLA FUND ACCOUNT #1700874301
>
> Kurzman Eisenberg Corbin & Lever LLP
> 1 North Broadway, 10th Floor
> White Plains, NY  10601

Should you have any questions concerning this matter, please feel free to contact me at your convenience.

Very truly yours,

KURZMAN EISENBERG CORBIN & LEVER, LLP

Steven M. Goldman, Partner

H:\84148\0007\00258367.DOC

KURZMAN EISENBERG CORBIN & LEVER, LLP

Ms. Grace Onaga
Commonwealth Land Title Insurance Company
July 22, 2014
Page 2

cc:   D.A.B. Group LLC (*via Federal Express*)
      Rivington Street Realty LLC
      85 West Hawthorne Avenue
      Valley Stream, New York 11580
      Attn: Mr. Ben Zhavian

      The Law Firm of Favata & Wallace LLP (*via Federal Express*)
      229 Seventh Street, Suite 300
      Garden City, New York 11530
      Attn: William G. Wallace, Esq.

      Monty One, LLC (*via Federal Express*)
      505 Park Avenue, 17th Floor
      New York, New York 10022
      Attn: Mr. Roy Stillman - President

H:\84148\0007\00258367.DOC