# Exhibit G

## Contesting Letter

**FAVATA & WALLACE LLP**
ATTORNEYS AT LAW
229 SEVENTH STREET
GARDEN CITY, NEW YORK 11530

(516) 742-9494
FAX No. (516) 742-7088

ROBERT FAVATA
WILLIAM G. WALLACE

OF COUNSEL
MAUREEN A. CARROLL

NEW YORK OFFICE:
228 EAST 45TH STREET
17TH FLOOR
NEW YORK, N.Y. 10017

*via overnight delivery and email*

July 24, 2014

**COMMONWEALTH LAND TITLE INSURANCE CO.**
140 East 45th Street
New York, New York 10017
**Attn: Ms. Grace Onaga, Vice President**

Re: Purchase Agreement between DAB Group, LLC as Seller and
    Monty One, LLC as Purchaser
    Title No.: NY130352

Dear Ms. Onaga:

This firm represented the seller in connection with the above captioned transaction. I am in receipt of a copy of a letter from Steven M. Goldman, Esq. on behalf of the purchaser requesting a release of the escrow deposit of $462,500.00.

Please note that the seller DAB Group, LLC has filed for protection under Chapter 11 of the Bankruptcy Code. I am herewith enclosing a copy of the notice of filing.

Accordingly, pursuant to Section 362 (a) of the Bankruptcy Code, all actions with respect to the debtor are "stayed".

Moreover, prior to the filing, the entitlement to this deposit was the subject of litigation in the Supreme Court, New York City.

Therefore, DAB Group LLC does not consent to the release of this deposit.

Very truly yours,
FAVATA & WALLACE, LLP

William G. Wallace

WGW/aa
enc.
cc: Steven M. Goldman, Esq.
    DAB Group, LLC via email
    Kevin Nash, Esq.

FILED: NEW YORK COUNTY CLERK 07/14/2014

NYSCEF DOC. NO. 861

INDEX NO. 850044/2011

RECEIVED NYSCEF: 07/14/2014

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------x
ORCHARD HOTEL LLC,

Index No. 850044/2011

Plaintiffs,

-against-

D.A.B. GROUP, LLC, et al.

Defendants.
--------------------------------------------------------------------x

## NOTICE OF BANKRUPTCY FILING

PLEASE TAKE NOTICE that on July 14, 2014, D.A.B. Group, LLC (the "Debtor") filed a voluntary petition in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of the Bankruptcy Code. A copy of the notice of bankruptcy case filing is attached hereto as Exhibit "A".

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the Debtor's filing of its voluntary petition operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtor (i) that were or could have been commenced before the commencement of the Debtor's case or (ii) to recover any claims against the Debtor that arose before the commencement of the Debtor's case; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estates, of a judgment obtained before the commencement of the Debtor's cases; or (c) any act to obtain

possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

Dated: New York, New York
July 14, 2014

> GOLDBERG WEPRIN FINKEL
> GOLDSTEIN LLP
> *Attorneys for the Defendant*
> 1501 Broadway, 22nd Floor
> New York, New York 10036
>
> By: _____
> J. Ted Donovan, Esq.

TO:   Morrison Cohen LLP
      *Attorneys for Plaintiff*
      909 Third Avenue
      New York NY 10022

      Simon J.K. Miller, Receiver
      Blank Rome LLP
      405 Lexington Avenue
      New York, NY 10174