UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                    Chapter 11

D.A.B. Group LLC,                                         Case No. 14-12057 (SCC)

                        Debtor.
----------------------------------------------------------x

### DEBTOR'S APPLICATION FOR AN ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF

**TO THE HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE:**

The application of D.A.B. Group LLC (the "Debtor"), by its attorneys, Goldberg Weprin Finkel Goldstein LLP, respectfully shows this Court as follows:

1. The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on July 14, 2014 and has continued in possession of its property as a debtor-in-possession pursuant to section 1107 and 1108 of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

3. In furtherance of the confirmation process, the Debtor hereby seeks entry of the pre-fixed order establishing a bar date for the filing of claims in accordance with Bankruptcy Rule 3003(c)(3).

4. The establishment of a bar date is necessary to the efficient administration of this Chapter 11 case and will assist in evaluating the extent of debt.

WHEREFORE, the Debtor respectfully prays for the entry of the pre-fixed order, together with such other and further relief as this Court may deem just, proper and necessary.

Dated: New York, New York
       October 7, 2014

                              GOLDBERG WEPRIN
                              FINKEL GOLDSTEIN LLP
                              *Attorneys for the Debtor*
                              1501 Broadway, 22nd Floor
                              New York, New York 10036
                              (212) 221-5700

                    By: _____
                              J. Ted Donovan, Esq.

x:\gwfg\new data\yen\word\dab group llc\bar order application 10-06-14.doc