UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re DAB GROUP LLC _____    Case No. _____
     __Debtor__ _____    Reporting Period: 9/1/2014 -9/30/2014 _____

     _____    Federal Tax I.D. # 52-2133954 _____

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|     Copies of bank statements | | X | |
|     Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
|     Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date _____

Signature of Authorized Individual* _____    Date 10/20/2014 _____
Zvi Benjamin Zhavian
Printed Name of Authorized Individual _____    _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re DAB GROUP LLC    Case No. _____
Debtor    Reporting Period: 9/1/2014 -9/30/2014

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement   The beginning cash should be the ending cash from the prior month
or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the three bank account columns  Attach copies of the bank statements and the cash disbursements journal
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page  A bank reconciliation must be
attached for each account  [See MOR-1 (CON'T)]

|  | | BANK ACCOUNTS | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | $1.00 | | | |
| RECEIPTS | | | | |
| RENTS | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER (ATTACH LIST) | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | |
| TOTAL RECEIPTS | $0.00 | | | |
| DISBURSEMENTS | | | | |
| NET PAYROLL | | | | |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | | | | |
| OIL/UTILITIES | | | | |
| SECURED/ RENTAL/ LEASES | | | | |
| INSURANCE | | | | |
| REPAIRS/OFFICE EXPENSES | | | | |
| REFUND SECURITY DEPOSIT | | | | |
| BANK FEES | | | | |
| OWNER DRAW * | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | |
| COURT COSTS | | | | |
| TOTAL DISBURSEMENTS | $0.00 | | | |
|  | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS | $0.00 | | | |
|  | | | | |
| CASH – END OF MONTH | $1.00 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

*** Debtor's pre-petition bank accounts are subject to a pending adequate protection stipulation being worked out.

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $0.00 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $0.00 |

In re DAB GROUP LLC
_____
Debtor

Case No. _____ 0

Reporting Period: 9/1/2014 -9/30/2014 _____

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating # | Tax # | Other # |
|---|---|---|---|
| **BALANCE PER BOOKS** | $1.00 | | |
| | | | |
| **BANK BALANCE** | $1.00 | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | |
| OTHER *(ATTACH EXPLANATION)* | | | |
| | | | |
| **ADJUSTED BANK BALANCE *** | $1.00 | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| **CHECKS OUTSTANDING** | **Ck. #** | **Date** | **Amount** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | | $0.00 |

In re DAB GROUP LLC _____    Case No. _____
      Debtor    Reporting Period: 9/1/2014 -9/30/2014

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 Are any post petition State or Federal income taxes past due? | | X |
| 9 Are any post petition real estate taxes past due? | | X |
| 10 Are any other post petition taxes past due? | | X |
| 11 Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 Are any amounts owed to post petition creditors delinquent? | | X |
| 13 Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 15 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**TD Bank**

America's Most Convenient Bank®

T        STATEMENT OF ACCOUNT



460721 06DD11I9 1 010000
DAB GROUP LLC
DIP CASE 14-12057 SDNY
85 W HAWTHRONE AVE
VALLEY STREAM NY 11580

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 01 2014-Sep 30 2014 |
| Cust Ref #: | 4306359103-039-T-### |
| Primary Account #: | 430-6359103 |

## Chapter 11 Checking

DAB GROUP LLC
DIP CASE 14-12057 SDNY

Account # 430-6359103

| ACCOUNT SUMMARY | | | |
|---|---|---|---|
| Beginning Balance | 1.00 | Average Collected Balance | 1.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 1.00 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

V1.8.4Js-1:47436

460721 06DD1119 000227