UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                        Chapter 11

D.A.B. GROUP LLC,                                                Case No. 14-12057 (SCC)

                                    Debtor.
---------------------------------------------------------x

### ORDER SHORTENING NOTICE OF HEARING TO CONSIDER DEBTOR'S MOTION FOR APPROVAL OF BIDDING PROCEDURES AND APPROVING THE FORM OF NOTICE OF SAME

Upon the motion (the "Scheduling Motion") of D.A.B. Group LLC, the Debtor herein, for an Order scheduling a hearing on shortened notice to consider the Debtor's motion (the "Bidding Procedures Motion") for an Order (i) approving the proposed bidding procedures (the "Bidding Procedures") to be used in connection with the auction sale of the Debtor's property at 139-141 Orchard Street, New York, NY to be conducted in furtherance of a confirmed plan of reorganization, free and clear of all liens, claims, taxes, notice of pendency, and all other non-permitted encumbrance; (ii) awarding a break-up fee of $990,000 to Arcade Capital LLC ("Arcade") as the proposed Stalking Horse Purchaser; (iii) scheduling an auction sale for the Debtor's property to be followed by a subsequent hearing to approve the high bidder; and (iv) approving the form and manner of notice; and no prior notice being required; and sufficient cause appearing therefor; it is

ORDERED, that Scheduling Motion is hereby granted to the extent herein, and a hearing (the "Hearing") to consider the Bidding Procedures Motion shall be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, Courtroom 623, New York, NY 10004 on December 17, 2014 at 2:00 p.m.; and it is further

ORDERED, that the time for giving notice of the Hearing is hereby shortened pursuant to Bankruptcy Rules 2002(a) and 9006, such that notice of the Hearing shall be sufficient if (a) a conformed copy of this Order and the Bidding Procedures Motion, together with all exhibits thereto, are sent by overnight delivery on or before December 9, 2014 to (i) the Office of the United States Trustee; (ii) counsel for the Debtor's Lender, Orchard Hotel LLC; (iii) counsel for Arcade; and (iv) all persons or entities that have filed a Notice of Appearance; and (b) only a conformed copy of the proposed Notice of Hearing on the Bidding Procedures Motion, annexed to the Scheduling Motion as Exhibit "A", is sent by first class mail on or before December 9, 2014 to all other creditors; and it is further

ORDERED, that objections to the Bidding Procedures Motion, if any, shall be filed in writing through the Clerk's ECF system, with a copy delivered to the Chambers of Judge Chapman, and served upon the Debtor's counsel, Kevin J. Nash, Esq., Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036, so as to be received no later than December 16, 2014 at 12:00 noon.

Dated: New York, NY
December 9, 2014

/s/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE