INGRAM YUZEK GAINEN
 CARROLL & BERTOLOTTI, LLP
Edward I. Mills & Associates Architects, PC
250 Park Avenue, 6th Floor
New York, New York 10177
(212) 907-9600
Tara B. Mulrooney (TM 8838)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                              :    Chapter 11
In re:                                                        :    Case No. 14-12057 (SCC)
                                                              :
**D.A.B. GROUP LLC,**                                         :
                                                              :
                        Debtor.                               :
                                                              :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned appears for Edward Mills & Associates, Architects PC, a creditor and party in interest, and pursuant to Rule 2002 and 9010 of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) demands that all papers served in this case be given to and served upon the undersigned at the following office, post office address, and telephone number:

>    INGRAM YUZEK GAINEN CARROLL
>     & BERTOLOTTI, LLP
>    Attorneys for ASN Foundry LLC
>    250 Park Avenue, 6th Floor
>    New York, New York 10177
>    (212) 907-9600
>    Attention: Tara B. Mulrooney, Esq.

482247_1/00312-0005

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any motion, application, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the debtor or property of the debtor.

Dated: New York, New York
      December 11, 2014

                **INGRAM YUZEK GAINEN CARROLL**
                **& BERTOLOTTI, LLP**
                Attorneys for ASN Foundry LLC
                250 Park Avenue, 6th Floor
                New York, New York 10177
                (212) 907-9600

                By: __/s/ *Tara B. Mulrooney*_____
                      Tara B. Mulrooney (TM 8838)