UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                Chapter 11

D.A.B. GROUP LLC,                                          Case No. 14-12057 (SCC)

                                      Debtor.
------------------------------------------------------------x

## NOTICE OF BIDDING RESULTS

**PLEASE TAKE NOTICE** that the Debtor did not receive a competing bid prior to the bid deadline of January 30, 2015 and therefore an auction will not proceed on February 4, 2015. Arcade Orchard Street LLC is hereby deemed the successful bidder for the Debtor's property. A copy of the marketing report submitted by Massey Knakal is attached hereto.

Dated: New York, New York
         February 3, 2015

                                         GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
                                         *Attorneys for the Debtor*
                                         1501 Broadway, 22nd Floor
                                         New York, NY 10036


                                         By:    <u>/s/ Kevin J. Nash, Esq.</u>