UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                    Chapter 11

D.A.B. GROUP LLC,                                         14-12057-SCC


                                    Debtor.
-------------------------------------------------------------X

## DECLARATION OF JAMES P. NELSON
## IN SUPPORT OF APPROVAL OF SALE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

James P. Nelson declares the following under penalties of perjury pursuant to 28 U.S.C. Section 1746:

1.    I am a licensed real estate broker and a partner with Massey Knakal Realty Services ("Massey Knakal"), the commercial real estate brokerage firm that was retained pursuant to Order dated October 15, 2014 to act as the Debtor's exclusive real estate broker to procure a potential buyer and stalking-horse contract for the real property at 139-141 Orchard Street, New York, NY (Block 415, Lots 66 and 67) (hereinafter, the "DAB Property").

2.    In accordance with the terms of our engagement letter agreement, we conducted an extensive marketing program for the Property, including, but not limited to: 500+ direct phone calls to potential buyers, numerous digital and physical advertisements in relevant trade publications including The New York Times, physical mailings to a large pool of potential buyers and local property owners, and multiple outreaches to our company —wide database of 10,000+ prospects and 10,000+ brokers.

3.      As a result of these efforts, we fielded inquiries from dozens of buyers, and ultimately secured over 92 confidentiality forms requesting information. In addition, we conducted 17 property inspections and received over 13,000 website views.

4.      After Arcade Orchard Street LLC executed a "stalking horse contract", and this Court approved bidding procedures for a potential auction, we continued our efforts, including establishing an "information room" on the Internet at www.dropbox.com/sh/zpvw4kipkih76dv/AAA1izNkoaGLfLMwRBG7FdoOa?dl=0 containing numerous documents to assist prospective bidders in performing their due diligence. A copy of the main page of the website is annexed hereto as Exhibit "A".

5.      We also placed advertisements in the New York Times and the Wall Street Journal, copies of which are annexed hereto as Exhibit "B".

6.      Every week with provided the Debtor and its counsel with a detailed status report on the results of our efforts. A copy of the most recent report dated 1-30-15 is annexed hereto as Exhibit "C".

7.      Although ultimately no counteroffers to the Arcade stalking horse bid were received, we are confident that all reasonable steps were taken to market the Property, and that the sale price of $33 million reflects a fair and reasonable price for this Property.

Dated: New York, NY
     February 9, 2015

James P. Nelson

# EXHIBIT A

Matt Nikcerson

Upgrade account

Search

Dropbox > Orchard Street Hotel

| Name | Kind | Modified |
|---|---|---|
| Appraisal 2010 | folder | — |
| BSA | folder | — |
| DOB Permits | folder | — |
| Drawings - Current | folder | — |
| Drawings - NB Permit | folder | — |
| Misc | folder | — |
| Title Reports | folder | — |
| 139-141 Orchard Court Order.pdf | document | 11/4/2014 6:39 AM |
| Offering Memorandum.pdf | document | 11/4/2014 12:02 PM |
| PSA Orchard Draft.doc | document | 1/28/2015 9:58 AM |

EXHIBIT B

LES                    139-141 Orchard Street
            COURT-ORDERED

# AUCTION

## FEBRUARY 4TH, 2015

139-141 Orchard Street, partially complete hotel development on the LES.

16 story hotel was originally envisioned as a 96-key boutique development, with significant food & beverage operations.

Bid packages must be submitted no later than January 30th at 12:00 noon.

To receive additional details, please contact Matt Nickerson: 212-660-7742
matt.nickerson@cushwake.com

## CUSHMAN & WAKEFIELD

## MASSEY KNAKAL



# COURT-ORDERED
# AUCTION
## FEB 4TH, 2015
### 139-141 ORCHARD STREET LOWER EAST SIDE, MANHATTAN

Partially complete
hotel development.

16-story hotel originally
envisioned as a 96-key
boutique development,
with significant food &
beverage operations.

Bid packages must be
submitted no later than
January 30th at 12:00pm.

To receive additional
details, please contact:

**Matt Nickerson**
**212-660-7742**
**matt.nickerson@**
**cushwake.com**



CUSHMAN & WAKEFIELD.

MASSEY KNAKAL

CW WSJ 1col.indd   1                    1/13/15   3:2

EXHIBIT C

**MASSEY KNAKAL**
Realty Services

January 30, 2015

Ben Zhavian
Via Email: dabgroupllc@yahoo.com

Property Address: 139-141 Orchard Street
New York, NY

| Stats | |
| --- | --- |
| Marketing Start Date: | 11/3/2014 |
| Weeks of Marketing: | 12 |
| Executed CA's | 92 |
| Tours of Property: | 17 |
| Loopnet Hits: | 12,521 |
| MKRS Website Hits: | 564 |

**Asking Price**
Initial: Submit Offers

**Marketing Steps to Date**
- Personalized email blast – 10.28.14 to 478 People
- PR – exclusive with Crain's 11.3.14
- Posted on LoopNet 11.3
- Posted on MKRS 11.3
- Direct Investor blast to 6,000+ 11.4.14
- Direct Broker blast to 10,000+ 11.6.14
- Neighborhood Calls, ongoing.
- Most active Developer calls, ongoing.
- Direct email and hard mail notice of auction to all CA list 12.6
- Direct email Investor and Brokers approx. 15,000+ 12.6
- Notice of auction in Wall Street Journal, The Real Deal, Crains & New York times, scheduled to run week of 12.12.
- Calls to all CA's and other prospects who have expressed interest.

Print & Digital Advertising Post Stalking Horse:
- New York Times: Print & Digital, Jan 16th, 18th and 21st
- Wall Street Journal: Print & Digital, Jan 18th and 21st
- Additional Press Release to NY Daily News, which was also picked up by The Real Deal, Jan 13th

**Tours**

| # | Name | Company | Broker | Comments |
| --- | --- | --- | --- | --- |
| 1.) | Alex Obehshalom | | | Alex is a local hotel investor, he was concerned with the status of the existing concrete super structure. |
| 2.) | Ben Shaoul | Magnum Real Estate Group | | Ben is a very active NYC developer, owner, and investor. |
| 3.) | Jeff Bennett | R & B Development | | Jeff was relatively quiet throughout the tour, asking questions regarding the overall process and expectations on pricing |
| 4.) | Jason Hsiang/Michael Pomeranc | Sixty Hotel Group | | Michael Pomeranc toured with Jason Hsiang of Sixty Hotels. They have hotel development/management experience but need to learn up on the area before moving forward. |
| 5.) | Eran Nomberg | Atum Equity | | Eran Nomberg and his group, Hampshire Hotels, recently acquired 560 7th Avenue from MK. They developed the Dream Hotel as well as The Chatwal (among many), and they have toured the property a number of times in the past. They love the location/height and want to discuss numbers. |
| 6.) | Meir Milgraum | Lightstone Group | | Meir came with three of his colleagues. They like the location but believe the rooms are too small and will need to reconfigure the layout. In turn, they believe a lot of work needs to be done and they will not be competitive. |
| 7.) | Jim Luchars | Stonebridge Co's | | Stonebridge is currently developing 3 hotels in Manhattan, they typically work with Marriot who toured after. They cannot compete north of $30m. |
| 8.) | | Marriot Hotels | | Marriot has a new brand, similar to the ACE hotel they are looking to bring out. |
| 9.) | Mark Harounian | Jam Realty | | Mark is an active investor, primarily in multifamily. He would look to convert the Hotel to extended stay or maybe a variance for full residential. |
| 10.) | Sam Alison-Mayne | Tankhouse | | Sam was concerned about the overall size of the rooms and their ability to drive ADR. |
| 11.) | Will Obeid | Arcade Capital | | Will toured with his equity investors. |
| 12.) | Will Obeid | Arcade Capital | | Comments Pending |
| 13.) | Amon Harazi | Bluerock Prop | | We don't have much info on Amon, other then he supposedly owns a few select service hotels in the NYC Metro area. He seemed concerned over the amount of work needed to complete the hotel. |
| 14.) | Will Obeid | Arcade Capital | | Came through with Robert Marcus and David Rosen. |
| 15.) | Baysal Alp and Kozbek Kadir | | Alan Cohen | Alan's clients are buyers from Istanbul. |

| 16.) | Michael Zeylikman | Domain Properties | Michael represents a foreign hotel group, they toured with quite a few investors. |
| 17.) | Pinky Vaid | Fan Wi | Pinky owns a hotel in Midtown, he likes the project, but was very skeptical of the stalking horse pricing. He felt there was an additional $15-$16 million needed. |

**Executed CAs**

| # | Name |
|---|---|
| 1.) | Todd M. Lippiatt/Aristone Capital Partners |
| 2.) | Samuel Eshaghoff/GPB Capital |
| 3.) | Michael Paster/RKF |
| 4.) | Mordechai Getz/Transition Acquisitions |
| 5.) | Steven Jacobson |
| 6.) | Scott Sabbagh/Matrix Real Estate Advisors, LLC |
| 7.) | Michael Stern/JDS Development Group |
| 8.) | Will Obeid/Arcade Capital |
| 9.) | Deborah A. Schwartz |
| 10.) | Sam Alison-Mayne/Tankhouse Development |
| 11.) | George Stergiopoulos/Kenilworth Capital Advisors |
| 12.) | Luca Burato/Vivaldi Real Estate |
| 13.) | Constantine S. Dimas/Loews Hotels |
| 14.) | Meir Milgraum/Lightstone Group |
| 15.) | Paul Stallings/Hotel on Rivington |
| 16.) | Robert Kohn |
| 17.) | Greg Baldwin/Albanese Organization |
| 18.) | David Huke/SoHo Properties |
| 19.) | Chris Losco/Hamptons Hotel Group |
| 20.) | Matt Lane/The Lane Organization |
| 21.) | Cory Elbaum/Thor Equities |
| 22.) | Steven Bahar |
| 23.) | Conor Osborne/XYZ Partners |
| 24.) | Brandon Eisenman/RKF |
| 25.) | Alex Shalom/Empire Management |
| 26.) | Sam Spesurin/Liv Dev Co |
| 27.) | Joseph Yi/Lam Group |
| 28.) | Michael Shvo/SHVO |
| 29.) | David Blumenfeld/Blumenfeld Development |
| 30.) | Harold Sherr/Sherr Equities |
| 31.) | Harry Kotowitz/HK Organization |
| 32.) | David Rothenberg/Tishman |
| 33.) | Mitch (Jean Michel) Wasterlain/Vanguardia Partners |
| 34.) | Angel Redondo/Ferrado |
| 35.) | Cary Tamarkin/Tamarkin Co. |
| 36.) | Jonathan Marrale/Fortuna Realty Group |
| 37.) | Jason Hsiang/Sixty Collective, LLC |
| 38.) | Dan Harrington/Brantwood Capital Partners |
| 39.) | Richard Born/BD Hotels |
| 40.) | George Pantelidis/Pan Brothers Associates |
| 41.) | Justin Pelsinger/GFI Realty Services |
| 42.) | Rita M. Jones/Crescent Heights |

| | |
|---|---|
| 43.) | Justin Martin/Urban Muse |
| 44.) | Ramin Josh Zakarya/Empire State Commercial Properties |
| 45.) | Philip Watkins/Megalith Capital Management |
| 46.) | Greg Manocherian/Roe Co |
| 47.) | Chris Mieulis/Structure Tone Equities |
| 48.) | Scott McChesney/Stonebridge Companies |
| 49.) | Ben Shaoul/Magnum Management |
| 50.) | Willy Geiler/Highgate Holdings |
| 51.) | Fredric Leopold/Northstar Properties |
| 52.) | Taylor Callaham/OTO Development |
| 53.) | Robert Lobel/Bellrock Development |
| 54.) | Kaunteya Chitnis/MCR Development LLC |
| 55.) | Robert Skolnick/Ceruzzi Properties |
| 56.) | Michael Shah/Delshah Capital |
| 57.) | Nathan Franco/HAP Investments |
| 58.) | Juan Figueroa/Bullwhip Management |
| 59.) | Drew Popkin/Naftali Group |
| 60.) | David Moinian/Moin Development |
| 61.) | Leigh Searl/The Nassimi Group |
| 62.) | Robert Kaliner/Ascend Group |
| 63.) | Joel I. Beeler/Realty Center Associates Inc. |
| 64.) | Aaron Fouladian/SAF Developers LLC |
| 65.) | Pelle Hamburger/Atum Equity |
| 66.) | Haim Yagen/Domain Properties |
| 67.) | Guy Saban/Cohen Real Estate |
| 68.) | Frank Ng/Golden Fortune Corp |
| 69.) | Raviraj Dave/Skyview Capital |
| 70.) | Metin Negrin/Lezin Capital |
| 71.) | Ameet B. Amin/Joss Realty Partners |
| 72.) | Mark Lapidus/WeWork |
| 73.) | Robert Bagdadi/Apollo Builders, LLC |
| 74.) | Steven Figari/SLATE Property Group |
| 75.) | James Pantelidis/Pan Brothers Associates |
| 76.) | Anthony Lee/Eastone Capital LLC |
| 77.) | Erik Warner/Eagle Point Hotel Partners |
| 78.) | Loren Berkley/Lodging Capital Partners LLC |
| 79.) | Alan S. Cohen/ABS Partners Real Estate |
| 80.) | Steve Hackel/Windward RE |
| 81.) | Thomas Klosinski/Corigin Real Estate Group |
| 82.) | Eli Liberman/Sel Capital LLC |
| 83.) | June Chin/Corcoran |
| 84.) | Rex Hakimian/Hakimian Organization |
| 85.) | Zoe Martineau/United Realty |
| 86.) | Isha Shah/Fantasia World Inc. |
| 87.) | Robert P. Sharestein/RPS Equities |
| 88.) | Jerry Choe/Xenecore |

| 89 ) | Andrew Conner/Dash Group LLC |
| 90 ) | Sean Ludwik |
| 91 ) | John Woo/Colliers |
| 92 ) | Rebecca Fucci/BSD Equities |

Best Regards,

| James Nelson | Michael DeCheser | Matt Nickerson |
| Partner | First Vice President | Senior Associate |
| 212-696-2500 ext. 7710 | 212-696-2500 ext. 7772 | 212-696-2500 ext. 7742 |
| jn@masseyknakal.com | mdecheser@masseyknakal.com | mnickerson@masseyknakal.com |

275 Madison Avenue • Third Floor • New York, NY 10016 • 212.696.2500 • Fax 212.696.0333
www.masseyknakal.com
THE BRONX  BROOKLYN  MANHATTAN  NASSAU  NEW JERSEY  QUEENS  STATEN ISLAND  WESTCHESTER

| Call Log | | |
| --- | --- | --- |
| Subject | Name/Company | Notes |
| Con | Michael Saadino/Northwood Investors | Given time frame, difficult, but wants to see setup. |
| Con | Steve Hackel/Windward RE | |
| Con | Nick Donovan, Esq./Donovan LLP | Attorney for Serge Hoyda, looking to bid at auction. |
| Con | Eli Liberman/Sol Capital LLC | Most likely Pass |
| Con | Robert P. Sharestein/RPS Equities | Reviewing, most likely a pass. |
| Con | Greg Kalnit/Adell Corporation | |
| Con | Atit Jariwala/Bridgeton Holdings | Pass due to pricing, interested in the 20's |
| Con | Sean Ludwick | Pass but will look at the book on Orchard. Sent him two sites in Brooklyn. |
| Con | Alex Shalom/Empire Management | Interested, may bid |
| Con | Veronica Hackett/Clarett Group | will reivew |
| Con | Jerry Choe/Xenecore | bidding |
| Con | Yoav Haron/Artimus Construction | Pass...doesnt think he can compete on it. 50k+. SF citywide. |
| Con | Amon Harazi/Blue Rock Properties | Pass |
| Con | Rodrigo Real/Battoro Capital Management LLC | Closed on 5 beekman, 125 Greenwich, 610 Lex. Lender/Equity. |
| Con | Ted Nir/National Investment Realty, LLC | Pass |
| Con | Paul Patel/KP Hospitality | # not in service |
| Con | Anthony Lee/Eastone Capital LLC | looking at it. |
| Con | Thomas Klosinski/Corigin Real Estate Group | Reviewing, most likely a pass. |
| Con | Jack Heaney/Fulcrum Properties, LLC | Not interested. |
| Con | Louis Greco/SDS Brooklyn | Building hotel near barclay center by Mariott. Pass on 139 Orchard |
| Con | Eric Granowsky/ESG Kullen | Will look at these |
| Con | Jane Gol/Continental Ventures | Will look at but needs to focus on other things. |
| Con | Roberto Fata/Fata Organization | pass |
| Con | Samuel Eshaghoff/GPB Capital | Pass due to pricing |
| Con | Eran Elhanani/Esquared Realty | Pass on 139, sent N3rd |
| Con | Zach Berger/Highgate Holdings | Pass due to pricing |
| Con | Juliet Sea Chen/Anbau Enterprises | Pass orchard and north 3rd too small |
| Con | Roger Bittenbender/KUB Capital | Pass |
| Con | Charles Birnbaum/Atelier Real Estate Partners | Interested in 885 and N3rd, sent. pass orchard |
| Con | Jack Boyda | Pass due to pricing. |
| Con | Ed Beason/EBBW | Pass on orchard, interested in north 3rd. |
| Con | Lenny Bayer/Goodstein Development Corp. | Pass |
| Con | Liron Altholz/ANA Real Estate | pretty sure he is a broker, pass |
| | | |
| Con | David Rothenberg/Tishman | Pass |
| Con | Scott McChesney/Stonebridge Companies | Pass due to pricing. |
| | | |
| Con | Roberto Fata/Fata Organization | Spoke to Henry. Not interested in East Shore. Will look at Orchard. |
| Con | Scott Sabbagh/Matrix Real Estate Advisors, LLC | Pass due to pricing guidance |
| Con | Harold Sherr/Sherr Equities | Pass due to pricing |
| Con | Meir Milgraum/Lightstone Group | Loves the property, very familiar with it, cannot compete at 34M+ |
| Con | Ramin Jash Zakarya/Empire State Commercial Prope | Will relay to his client |
| Con | Justin Martin/Urban Muse | Looking at it, not overly focused |
| Con | Justin Pelsinger/GFI Realty Services | They are in the mid 20's. |
| Con | Cary Tamarkin/Tamarkin Co. | |
| Con | Jonathan Marrale/Fortuna Realty Group | interested |
| Con | Harry Kotowitz/HK Organization | email package |
| Con | Haim Yagon/Domain Properties | scheduled to tour |
| Con | Joseph Yi/Lam Group | looking at it, will consider. |
| Con | Chris Losco/Hamptons Hotel Group | Pass, cannot compete north of 31M |
| Con | David Huke/SoHo Properties | Cannot compete north of $30M. |
| Con | Steven Jacobson | Conversation, client can't compete north of that price. |
| Con | Samuel Eshaghoff/GPB Capital | Doesn't remember the deal, emailed it again. |
| Con | Guy Saban/Cohen Real Estate | Updated, client most likely a pass |
| Con | Steve Barthel/Redgate | |
| Con | Daniel Hollander/DHA Capital LLC | Will look at Pacific again. Probably a pass on Orchard. |
| Con | Nicholas Silvers/Tavros Capital | No to 285 w 12th and 99 7th Ave (not enough scale) |
| Con | Roberto Fata/Fata Organization | S/w Henry. Asked me to email it over. Henry@fata.com |
| Con | Philip B. Murphy/Long Wharf Real Estate Partners | |
| Con | Cathy Resnick/Mast Acquisitions LLC | |
| Con | Cary Tamarkin/Tamarkin Co. | Pass. Really looking for 30k BSF+ Definitely interested in 139 Orchard |
| Con | Michael Stern/JDS Development Group | Interested maybe at $33 but needs the Rivington F&B |
| Con | Scott Shnay/SK Development | Probably pass on this. |
| Con | Albert R. Picallo/Synapse Capital | Will consider but probably too expensive. |
| Con | Kasra Sanandaji/Apex Investments | Ran Stellar Management acquisitions, with them for 4 years w/ Larry Gluck |
| Con | Richard Born/BD Hotels | Pass |
| Con | Richard Born/BD Hotels | Pass on Orchardl, Pacific, and St. |
| Con | Robert Kohn/The Daniel Group | Wants to take a look. |
| Con | Justin Martin/Urban Muse | Reviewing |
| Con | Dan Harrington/Brantwood Capital Partners | 363, interested. very. |
| Con | Conor Osborne/XYZ Partners | |
| Con | David Huke/SoHo Properties | reviewing |
| Con | Chris Miculis/Structure Tone Equities | |
| Con | Ari Heckman/Ash NYC | |
| Con | David Huke/SoHo Properties | Interested, knows site well. Sent the CA for his review. |
| Con | Will Obeid/Arcade Capital | wants to tour |
| con | Scott McChesney/Stonebridge Companies | |
| Con | Jeffrey Baltzer/Magna Hospitality Group | Interested. |
| LM | Anthony Lee/Eastone Capital LLC | |
| LM | Jerry Choe/Xenecore | |
| LM | Alex Shalom/Empire Management | |
| LM | John Woo/Colliers | |
| LM | Andrew Conner/Dash Group LLC | |
| LM | Eran Nornberg/Atum Equity | |
| LM | Shelly Listokin/Urban Realty Partners, LLC | |
| LM | Todd M. Lippiatt/Aristone Capital Partners | |
| LM | Mordy Lipkis/The Shushana Company | |
| LM | Edmond Li/Veracity Development | |
| LM | Noah Leonard/Macklowe Organization | |

| | | |
|---|---|---|
| LM | Jeffrey Lam/Lam Generation | |
| LM | Abt Jariwala/Bridgeton Holdings | |
| LM | Kenneth Horn/Alchemy Properties | |
| LM | Eddie Hidary/Hidrock Realty, Inc. | |
| LM | Chip Weiss/Flintlock Construction Services | |
| LM | Emileena Pedigo | |
| LM | Mehul Patel | |
| LM | Etienne Paris/DeCoene Holdings, LLC | |
| LM | George Stergiopoulos/Kenilworth Capital Advisors | |
| LM | Sam Alison-Mayne/Tankhouse Development | |
| LM | Joe Levine/United Realty Advisors | |
| LM | Steve Hackel/Windward RE | |
| LM | Loren Berkley/Lodging Capital Partners LLC | |
| LM | Alan S. Cohen/ABS Partners Real Estate | |
| LM | Jeffrey Harmatz/OTL | |
| LM | Ben Hanev/Arava Group | |
| LM | Yoav Haron/Artimus Construction | |
| LM | Jonathan Grzyb/Corigin Real Estate Group | |
| LM | Jason Hsiang/Sixty Collective, LLC | |
| LM | Chance Gordy/Real Estate Invertad | |
| LM | William Gioielli/Delshah Capital | Pass on 139 and pass on 285 W 12th Street. |
| LM | Mitch Garrett/VOS Hospitality | |
| LM | Kevin Gao/Kano Real Estate | |
| LM | David Godbout/Junius Real Estate Partners | |
| LM | Jeff Gershon/Gershon Company | |
| LM | Jane Gladstein/Gladstein Development Group, LLC | |
| LM | Ahron Freilich/IDM Capital | |
| LM | William Fegan/TriBeach Holdings | |
| LM | Chad Cooley/August Group NYC | |
| LM | Jordan Cohen/AD Real Estate Investors | |
| LM | John Ciafone | Left message secretary |
| LM | Kaunteya Chinia/MCR Development LLC | |
| LM | Charles J. Bordonaro/AWH Partners | |
| LM | David Blumenfeld/Blumenfeld Development | |
| LM | Andrew T. Berkowitz/Vandewater Capital Holdings | |
| LM | Joel Bergstein/Lincoln Equities Group | |
| LM | Zach Berger/Highgate Holdings | |
| LM | Victor Alfonso/Greenwich Realty Holdings | |
| LM | Aaron Fouladian/SAF Developers LLC | |
| LM | Leigh Seart/The Nassimi Group | |
| LM | Joel I. Beeler/Realty Center Associates Inc. | |
| | | |
| LM | Juan Figueroa/Bullwhip Management | |
| | | |
| | | |
| | | |
| LM | Steven Bahar/Stemar Development | |
| LM | Anthony Lee/Eastone Capital LLC | |
| LM | Pelle Hamburger/Alum Equity | |
| LM | Ian Davis/Lodging Capital Partners LLC | |
| LM | Ramin Josh Zakarya/Empire State Commercial Properties | |
| LM | Angel Redondo/Ferrado | Vm not set up, will try again. |
| LM | Dan Harrington/Brantwood Capital Partners | |
| LM | Meir Milgraum/Lightstone Group | |
| LM | Jason Hsiang/Sixty Collective, LLC | |
| LM | David Rothenberg/Tishman | |
| LM | Blake Nucci/Tishman Speyer | |
| LM | Harold Shorr/Shorr Equities | |
| LM | Joseph Yi/Lam Group | |
| LM | Alex Shalom/Empire Management | left message secretary |
| LM | Brandon Eisenman/RKF | |
| LM | Steven Bahar/Stemar Development | |
| LM | Chris Losco/Hamptons Hotel Group | |
| LM | Greg Baldwin/Albanese Organization | |
| LM | Paul Stallings/Hotel on Rivington | |
| LM | Meir Milgraum/Lightstone Group | |
| LM | Constantine S. Dimas/Loews Hotels | |
| LM | Luca Burato/Vivaldi Real Estate | |
| LM | George Stergiopoulos/Kenilworth Capital Advisors | Could not connect, no VM |
| LM | Deborah A. Schwartz | |
| LM | Scott Sabbagh/Matrix Real Estate Advisors, LLC | |
| LM | Mordechai Getz/Transition Acquisitions | Left message secretary. |
| LM | Michael Paster/RKF | |
| LM | Todd M. Lippiatt/Aristone Capital Partners | Left message w/secretary |
| LM | Haim Yagen/Domain Properties | |
| LM | Jeffrey Baltzer/Magna Hospitality Group | |
| LM | Asher Toporovsky/Toporovsky & Sons Realty Corp. | |
| LM | Nicholas Silvers/Tavros Capital | |
| LM | Jared Siegel/Squire Investments LLC | |
| LM | David Huke/SoHo Properties | |
| LM | Scott Sabbagh/Matrix Real Estate Advisors, LLC | |
| LM | Charles Morisi/Spitzer Enterprises | |
| LM | Bradford Klatt/Roseland Property Company | |
| LM | Christopher J. King/Ridge Road Properties LLC | Him and his brother doing all types of things all over the place. Opportunistic buyers. |
| LM | Teddy Schiff/Arel Capital | |
| LM | Joel I. Beeler/Realty Center Associates Inc. | |
| LM | Elly Flippen | |
| LM | Willy Geiler/Highgate Holdings | |
| LM | Justin Pelsinger/GFI Realty Services | |
| LM | Harry Kolowitz/HK Organization | |

| | |
|---|---|
| LM | Harold Sherr/Sherr Equities |
| LM | David Blumenfeld/Blumenfeld Development |
| LM | Steven Bahar/Stemar Development |
| LM | Michael S. Wahba/United Equity Investments |
| LM | Raymond Chalme/Broad Street Development |
| VM | Thomas Bencivengo/Synapse Capital |
| VM | Steve Barthel/Redgate |
| VM | Robert Bagdadi/Apollo Builders, LLC |
| VM | Michael Shah/Delshah Capital |
| VM | Jason Levine |
| VM | Scott McChesney/Stonebridge Companies |