UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

D.A.B. GROUP LLC,                             Chapter 11

       Debtor.                                  Case No. 14-12057 (SCC)

**AFFIDAVIT OF IVAYLO V. NINOV ON BEHALF OF WESTERN HERITABLE INVESTMENT COMPANY (U.S.) LTD.**

Ivaylo V. Ninov, being duly sworn, deposes, declares and says the following under penalty of perjury, pursuant to 28 U.S. C. §1746:

1.  I am the Secretary and Treasurer of Western Heritable Investment Company (U.S.) Ltd. ("Western"). Western and its affiliates (collectively, the "Western Companies") are family owned, privately held investment companies having real estate assets in the United States with an equity value in excess of $50,000,000.00.

2.  One of the Western Companies is partnering with Arcade Orchard Street LLC to purchase the Debtor's assets.

3.  I have reviewed the affidavit of William Obeid dated February 9, 2015 and hereby confirm on behalf of Western the facts in paragraphs 2 and 3 of that affidavit.

                                         Western Heritable Investment Company (U.S.) Ltd.

                                         Name: Ivaylo V. Ninov
                                         Title:   Secretary and Treasurer

HF 9834994v.1