**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10029
(212) 735-8000
Y. David Scharf
Joseph T. Moldovan
Danielle Lesser
Robert K. Dakis
Brett Dockwell

*Counsel to Orchard Hotel, LLC*

**Hearing Date and Time:**
February 25, 2015 at 2:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| D.A.B. GROUP LLC, | Case No.: 14-12057 (SCC) |
| Debtor | |

## NOTICE OF MOTION OF ORCHARD HOTEL, LLC FOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO PERMIT STATE COURT APPELLATE PROCEEDINGS TO PROCEED

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, Courtroom 623, New York, NY 10004 on February 25, 2015 at 2:00 p.m. to consider the Motion of Orchard Hotel LLC for Limited Relief from the Automatic Stay to Permit State Court Appellate Proceedings to Proceed, filed by Orchard Hotel LLC pursuant to Bankruptcy Rules 4001, 9014, and 9006.

PLEASE TAKE FURTHER NOTICE THAT objections, if any, to the relief sought shall be filed in writing through the Clerk's ECF system, with a copy delivered to the Chambers of

1

Judge Chapman, and served upon counsel for Orchard Hotel LLC, Morrison Cohen LLP, 909 Third Avenue, 27th Floor, New York, NY 10029, so as to be received no later than 5:00 p.m. on February 18, 2015.

Dated: February 10, 2015
      New York, N.Y.

                              MORRISON COHEN LLP

                              By: /s/ *Joseph T. Moldovan*
                                   Joseph T. Moldovan
                                   Robert K. Dakis
                                   909 Third Avenue
                                   New York, New York 10022
                                   Telephone: (212) 735-8600
                                   Fax: (212) 735-8708
                                   bankruptcy@morrisoncohen.com
                                   www.morrisoncohen.com

                              Counsel to Orchard Hotel, LLC