# EXHIBIT 7

1

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK:  CIVIL TERM:  IAS PART 53
- - - - - - - - - - - - - - - - - - - - - x
ORCHARD HOTEL, LLC,
            Plaintiff,

                                              Index No.
                                              850044/11

     -against-

D.A.B. GROUP, LLC, ORCHARD CONSTRUCTION, LLC,
FLINTLOCK CONSTRUCTION SERVICES, LLC, JJK
MECHANICAL, INC., EDWARD MILLS & ASSOCIATES
ARCHITECTS, P.C., CASINO DEVELOPMENT GROUP,
INC., CITYWIDE CONSTRUCTION WORKS, INC., EMPIRE
TRANSIT MIX, INC., MARJAM SUPPLY CO., INC.,
ROTAVELE ELEVATOR, INC., SMK ASSOCIATES, INC.,
FJF ELECTRICAL CO., INC, CITY OF NEW YORK, NEW
YORK STATE DEPARTMENT OF TAXATION & FINANCE,
LEONARD B. JOHNSON, CITY OF NEW YORK
ENVIRONMENTAL CONTROL BOARD, BROOKLYN FEDERAL
SAVINGS BANK, STATE BANK OF TEXAS, and JOHN DOE
#1 through JOHN DOE #100, the last 100 names
being fictitious, their true identities unknown
to plaintiffs, and intended to be the tenants,
occupants, persons or corporations, if any,
having or claiming an interest in or lien upon
the premises described in the complaint,
            Defendants.
- - - - - - - - - - - - - - - - - - - - - x
                     July 31, 2012
                     60 Centre Street
                     New York, New York


B E F O R E:

       HON. CHARLES E. RAMOS,

                        Justice


A P P E A R A N C E S:

MORRISON COHEN LLP
Attorneys for Plaintiff
909 Third Avenue
New York, New York  10022
BY:  Y. DAVID SCHARF, ESQ.

```
 1

 2    MORRISON COHEN LLP
      Attorneys for Defendant Orchard Construction
 3    909 Third Avenue
      New York, New York  10022
 4    BY:  BRETT D. DOCKWELL, ESQ.

 5
      FAVATA & WALLACE, LLP
 6    Attorneys for Defendant D.A.B. Group, LLC
      228 East 45th Street
 7    New York, New York  10017
      BY:  WILLIAM G. WALLACE, ESQ.
 8

 9    HOLLANDER & STRAUSS, LLP
      Attorneys for Defendant Flintlock Construction
10    40 Cutter Mill Road
      Great Neck, New York  11021
11    BY:  LARRY B. HOLLANDER, ESQ.

12
      INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP
13    Attorneys for Defendant Edward Mills & Associates
      250 Park Avenue
14    New York, New York  10177
      BY:  TARA B. MULROONEY, ESQ.
15

16    SACCO & FILLAS, LLP
      Attorneys for Defendant SMK Associates
17    31-19 Newtown Avenue
      Astoria, New York  11102
18    BY;  JOHN GLOUMIS, ESQ.

19
      O'REILLY, MARSH & CORTESELLI, P.C.
20    Attorneys for Brooklyn Federal Savings Bank
      222 Old Country Road
21    Mineola, New York  11501
      BY:  JAMES G. MARSH, ESQ.
22

23
                         LEE RUTHEN
24                       Official Court Reporter

25

26
```

|    | Proceedings |
|----|---|

1                               Proceedings

2 answered; we want a judgment against them for default.

3        There have been a number of counterclaims and

4 cross-claims that have been brought for monetary damages by

5 some of the mechanics, the other mechanic lienors.

6        We say, Judge, it doesn't go to our right to

7 foreclosure, those monetary claims should simply be severed.

8 Any lien priority issues could be addressed by the referee

9 in the computation.  If there is anything left over they

10 will get it; we don't think there will be anything left

11 over.

12        And what we're looking for, and what

13 Mr. Dockwell -- and I'll short-circuit and maybe steal some

14 of his thunder -- in terms of setting the lien priority, we

15 believe your Honor has the authority in looking at the first

16 lien, the second lien, the two mortgages and the money that

17 is owed to Cava Construction, thus Orchard Construction gets

18 slotted in there, and your Honor should set that.

19        That's the basic premises of where we are, and I'll

20 await an opportunity if I need to respond to anything.

21        MR. WALLACE:  May I, your Honor?

22        THE COURT:  Sure.

23        MR. WALLACE:  William Wallace, I represent D.A.B.

24        Your Honor, I believe counsel has mischaracterized

25 what Justice Fried had done.  Justice Fried was responding

26 to a 3211 motion by both the plaintiff and the plaintiff's

1                    Proceedings
2    predecessor, who was -- who were brought in as defendants on
3    the counterclaims.  He was addressing it in the context of a
4    3211.
5           In essence, what the defenses are here, Judge, is
6    that the borrower reasonably relied on representations.  Not
7    just representations and not just oral representations,
8    there were writings.  Counsel refers to them by consultants
9    and others.
10          The primary one was Joanne Gallo, I.  Believe she
11   ended up -- she may have been a consultant at the time, she
12   ended up being an executive vice-president at the original
13   lender, and, in fact, has submitted an affidavit in
14   connection with this motion for summary judgment in essence
15   authenticating documents.  She doesn't address the issues of
16   the defendants' defenses.
17          There is an e-mail in the opposition papers.  The
18   e-mail is a writing, Judge, and the e-mail references the
19   term of the loan.
20          Now, the loan on the face of it turned out on March
21   2011, no question.
22          On February 28, 2011, your Honor, the loan was
23   performing, payments were being made on the interest,
24   payments were being made on the advances, construction was
25   very active.
26          Flintlock, the defendant in this case and

**LEE RUTHEN - OFFICIAL COURT REPORTER - (646)386-3103**

```
 1                          Proceedings
 2          So what did they do?  They say we're crooks, we
 3   diverted the trust funds so we have a priority.
 4          I got to tell you, it is just brilliant.  I think
 5   it is wonderful.  It is ridiculous as a matter of law, but
 6   it is wonderful as a matter of business manipulation, and an
 7   attempt to put my portion of my client, who built a million
 8   and a half bucks, to get in with four or five other lienors,
 9   or our sublienors, to give them a gift of a million and a
10   half bucks of a building.
11          THE COURT:  Guys, we have to break for lunch.
12          The motion is marked submitted.  Get going with
13   your discovery.  I want you to put a substantial dent in the
14   depositions by the end of August.  When I come back after my
15   vacation in September, I want to have some meaningful
16   discussions about this case.
17          Off the record.
18          (Off the record discussion)
19          (Whereupon, the record was closed)
20                          *  *  *
21                      C E R T I F I C A T I O N
22
     CERTIFIED TO BE A TRUE AND ACCURATE
23   TRANSCRIPT OF THE ORIGINAL STENOGRAPHIC MINUTES TAKEN OF
     THIS PROCEEDING.
24
25                          _____
                            LEE RUTHEN
26                          Official Court Reporter
```