# EXHIBIT 8

```
 1
 2   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK:  CIVIL TERM:  PART: 53
 3   ------------------------------------------X
     ORCHARD HOTEL, LLC,
 4
                              Plaintiff,
 5                                                      INDEX NO.
                  -against-                             850044/11
 6
     D.A.B. GROUP, LC; ORCHARD CONSTRUCTION,
 7   LLC; FLINTLOCK CONSTRUCTION SERVICES,
     LLC; JJ K MECHANICAL INC.; EDWARD MILLS &
 8   ASSOCIATES, ARCHITECTS, P.C.; CASINO
     DEVELOPMENT GROUP, INC.; CITYWIDE
 9   CONSTRUCTION WORKS, INC.; EMPIRE
     TRANSIT MIX, INC.; MARJAM SUPPLY CO., INC.;
10   ROTAVELE ELEVATOR, INC.; SMK ASSOCIATES, INC.,
     FJF ELECTRICAL CO, INC.; CITY OF NEW YORK;
11   NEW YORK STATE DEPARTMENT OF TAXATION &
     FINANCE; LEONARD B. JOHNSON; CITY OF
12   NEW YORK ENVIRONMENTAL CONTROL BOARD;
     BROOKLYN FEDERAL SAVINGS BANK; STATE
13   BANK OF TEXAS and JOHN DOE #1 through JOHN
     DOE #100, the last 100 names being fictitious,
14   their true identities unknown to plaintiffs,
     and intended to be the tenants, occupants,
15   persons or corporations, if any, having
     or claiming an interest in or lien upon the
16   premises described in the complaint,

17                           Defendants.
     ------------------------------------------X
18
                                       60 Centre Street
19                                     New York, New York 10007
                                       July 9, 2013
20
     B E F O R E:
21
     THE HONORABLE CHARLES E. RAMOS,
22                             J U S T I C E

23

24

25              (APPEARANCES ON FOLLOWING PAGE)

26
```

*Eric Allen*
*Official Court Reporter*

```
 1
 2   A P P E A R A N C E S:

 3   MORRISON COHEN, LLP
     Attorneys for Plaintiff
 4   909 Third Avenue
     New York, New York 10022
 5   BY:  Y. DAVID SCHARF, ESQ.
          DANIELLE C. LESSER, ESQ.
 6        BRETT D. DOCKWELL, ESQ.

 7


 8
     FAVATA & WALLACE, LLP
 9   Attorneys for Defendant D.A.B. Group
     229 Seventh Street - Suite 300
10   Garden City, New York 11530
     BY:  WILLIAM G. WALLACE, ESQ.
11

12

13   EVERETT N. NIMETZ, ESQ
     Attorney for Defendant D.A.B. Group
14   125-10 Queens Boulevard - Suite 311
     Kew Gardens, New York 11415
15

16
     HOLLANDER & STRAUSS, LLP
17   Attorneys for Defendant Flintlock Construction
     40 Cutter Mill Road - Suite 203
18   Great Neck, New York 11021
     BY:  LARRY B. HOLLANDER, ESQ.
19

20
     O'REILLY, MARSH & CORTESELLI, P.C.
21   Attorneys for Defendants Brooklyn Federal Savings
     and State Bank of Texas
22   222 Old Country Road - 2nd Floor
     Mineola, New York 11501
23   BY:  WILLIAM B. HARVEY, ESQ.

24
                                              (continued)
25

26
```

*Eric Allen*
*Official Court Reporter*

```
 1

 2    A P P E A R A N C E S:


 3

      INGRAM, YUZEK, GAINEN, CARROLL & BERTOLOTTI, LLP
 4    Attorneys for Defendant Edward Mills & Assocaites
      250 Park Avenue
 5    New York, New York 10177
      BY:  TARA B. MULROONEY, ESQ.
 6

 7

 8

 9

10

11

12
                              *     *     *
13

14

15

16

17

18

19

20

21

22

23

24

25

26
```

1
2              Maybe we should have the plaintiff replead.
3    Sorry, D.A.B. replead.
4              MR. WALLACE:  Defendant on the counterclaim.
5              THE COURT:  Yes.
6              MR. SCHARF:  They don't need to, Judge.
7              THE COURT:  Before we jump to conclusions --
8              MR. WALLACE:  In fact --
9              THE COURT:  We have new facts not known, for
10   whatever reason -- and I don't want to get into that
11   now -- not known to the defendant when they drafted the
12   counterclaim.  We are now dealing with a different set
13   of facts and a motion addressed to a counterclaim
14   drafted before the discovery.  It makes no sense.
15             MR. SCHARF:  Your Honor, if he were to make an
16   oral application --
17             THE COURT:  If the defendant were to replead --
18   I'm trying to think what do we have here.  Is it a
19   contract?  Is it some kind of a fraud?  Is it -- I
20   don't know what it is.  I shouldn't have to draft that
21   claim.  They should draft it.
22             MR. WALLACE:  And you're right, your Honor.  We
23   were in no position, as you know, when we got served
24   with the complaint and prepared an answer and
25   counterclaim, the first thing you do is ask the client:
26   I read these documents.  Is there a writing extending

*Eric Allen*
*Official Court Reporter*

2 this agreement? He says they told me, they kept
3 telling me back to August of 2010 don't worry. Your
4 loan is extended. We only found out a month ago, six
5 weeks ago that it had been extended in writing.
6     THE COURT: I think the only logical thing to do
7 here is to grant reargument to the extent of denying
8 the motion under 3211 without prejudice and
9 permitting -- granting leave to the counterclaim
10 defendant to replead the counterclaim. Then we can
11 deal with a 3211 motion knowing precisely what they
12 pled. You are asking me to dismiss a claim that hasn't
13 been pled yet.
14     MR. SCHARF: No, your Honor. I am asking you --
15 let's deal with it from any theory. Let's just deal
16 with breach of contract. Please, just give me a couple
17 of minutes, Judge, because I know it's troubling you
18 and I am trying to address it.
19     THE COURT: Sure. You are putting me in a
20 position of being an advocate for the plaintiff and I
21 shouldn't. I don't know what their claim is now.
22     MR. SCHARF: They have stated what their claim
23 is. Mr. Wallace put it in his affidavit.
24     THE COURT: Good, then let him replead.
25     MR. SCHARF: Judge, no --
26     THE COURT: Yes.

*Eric Allen*
*Official Court Reporter*

```
 1
 2              on videotape.
 3                      Off the record.
 4                      (Whereupon, a discussion was held off the
 5              record.)
 6                      THE COURT:  Okay.  Good to see you.
 7                              ***************
 8     CERTIFIED THAT THE FOREGOING IS A TRUE AND ACCURATE TRANSCRIPT
       OF THE ORIGINAL STENOGRAPHIC MINUTES IN THIS CASE.
 9
10              _____
11                      ERIC ALLEN
                        SENIOR COURT REPORTER
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```