**MORRISON COHEN LLP**
909 Third Avenue, 27th Floor
New York, New York 10029
(212) 735-8000
Y. David Scharf
Joseph T. Moldovan
Danielle Lesser
Robert K. Dakis
Brett Dockwell

*Counsel to Orchard Hotel, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| D.A.B. GROUP LLC, | Case No.: 14-12057 (SCC) |
| Debtor | |

**SCHEDULING STIPULATION BETWEEN ORCHARD HOTEL, LLC
AND THE DEBTOR REGARDING RESPONSIVE PLEADINGS AND
HEARING DATES FOR THE DEBTOR'S OBJECTION TO ORCHARD
HOTEL LLC'S CLAIM, AND ORCHARD HOTEL LLC'S MOTION FOR
RELIEF FROM THE AUTOMATIC STAY**

Orchard Hotel, LLC ("Orchard Hotel") and D.A.B. Group LLC ("Debtor"), by and through their undersigned counsel, hereby submit this Stipulation, as follows:

**WHEREAS,** on January 19, 2015, the Debtor filed the Debtor's Objection to Various Aspects of the Secured Claim of Orchard Hotel, LLC (Claim No. 9) (the "Objection"); and

**WHEREAS,** Orchard's deadline for responding to the Objection would otherwise be February 18, 2015; and

**WHEREAS,** on February 10, 2015, Orchard filed a Motion for Limited Relief From the Automatic Stay to Permit State Court Appellate Proceedings to Proceed (the "Stay Relief

1

Motion:"); and

**WHEREAS,** the Debtor's deadline to respond to the Stay Relief Motion would otherwise be February 18, 2015; and

**WHEREAS,** the parties have agreed, with the Court's consent, to a briefing and hearing schedule for both the Objection and the Stay Relief Motion;

**NOW THEREFORE it is Stipulated and agreed by and between the undersigned that:**

1. Orchard's time to respond to the Objection is extended to March 11, 2015.

2. The Debtor's time to respond to the Stay Relief Motion is extended to March 11, 2015.

3. Orchard shall file any reply in support of the Stay Relief Motion, and the Debtor shall file any reply in support of the Objection on or before March 17, 2015 at 5:00 p.m.

4. The preliminary hearings on the Stay Relief Motion and on the Objection shall be held on March 19, at 11 a.m.

5. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile or "/s/" signatures herein shall be deemed to be original signatures.

6. The parties hereby consent to the entry of this Stipulation as an order in this proceeding.

7. Each party reserves all other rights, and entry into this Stipulation shall not impair or otherwise affect such rights.

The remainder of this page is intentionally blank.

| **GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP** <br> Attorneys for the Debtor <br><br> By: /s/ Kevin J. Nash <br>   Kevin J. Nash, Esq. <br>   A Member of the Firm <br>   1501 Broadway – 22nd Floor <br>   New York, NY 10036 <br>   Tel.: (212) 221-5700 <br>   E-mail: KNash@gwfglaw.com | **MORRISON COHEN LLP** <br> Attorneys for Orchard Hotel, LLC <br><br> By:  /s/ Joseph J. Moldovan <br>   Joseph J. Moldovan, Esq. <br>   Robert K. Dakis, Esq. <br>   Members of the Firm <br>   909 Third Avenue <br>   New York, NY 10022-4784 <br>   212 – 735-8600 <br>   bankruptcy@morrisoncohen.com |
|---|---|

So Ordered
At New York, NY this ___ day of February, 2015


_____

Shelly C. Chapman
United States Bankruptcy Judge

3