UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                        Chapter 11

D.A.B. GROUP LLC,                                             Case No. 14-12057 (SCC)

                        Debtor.
-----------------------------------------------------------x

### ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT, SCHEDULING A CONFIRMATION HEARING, PRESCRIBING NOTICE AND SOLICITATION PROCEDURES, AND FIXING DEADLINES FOR FILING OBJECTIONS TO CONFIRMATION OF THE DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANZIATION

        D.A.B. Group LLC (the "Debtor"), having filed a second amended plan of reorganization (ECF #110) conforming to the Second Amended Disclosure Statement (ECF #107), which was filed in response to the objections of Orchard Hotel LLC, and Orchard Construction, LLC (ECF #101), Simon Miller, Esq., Receiver (ECF #104) and Flintlock Construction Services, LLC (ECF #106) (collectively, the "Objectors"); in an effort to obtain a fully consensual Disclosure Statement; and a hearing having been held before the undersigned on February 25, 2015; and the Second Amended Disclosure Statement having been approved with the consent of Objectors; and based upon the record compiled at the hearing where the Court found sufficient grounds to shorten notice of the confirmation hearing; it is

        **ORDERED**, that the Second Amended Disclosure Statement (ECF #107), is hereby approved as containing adequate information within the meaning of 11 U.S.C. §1125; and it is further

        **ORDERED**, that March 19, 2015, at 11:00 a.m. is hereby fixed as the date and time for the hearing (the "Confirmation Hearing") on confirmation of the Plan before the Hon. Shelley C. Chapman, United States Bankruptcy Judge, in the United States Bankruptcy Court for

the Southern District of New York, Courtroom 623, One Bowling Green, New York, NY 10004; and it is further

ORDERED, that written objections, if any, to the confirmation of the Amended Plan shall be filed with the Court via the ECF filing system, with a copy delivered to the Chambers of Judge Chapman and served upon the attorneys for the Debtor, Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, New York 10036, Attn: Kevin J. Nash, Esq., so as to be received no later than March 12, 2015 at 5:00 p.m. prevailing Eastern Time; and it is further

ORDERED, that any response of the Debtor to a written objection to confirmation of the Plan shall be filed with the Court via the ECF filing system, with a copy delivered to the Chambers of Judge Chapman and served upon counsel for the Objecting party so as to be received no later than March 18, 2015 at 5:00 p.m. prevailing Eastern Time; and it is further

ORDERED, that notice of the Confirmation Hearing shall be sufficient if the Debtor transmits copies of the Amended Plan and the Second Amended Disclosure Statement and all Appendices thereto, together with a conformed copy of this Order, and a ballot, by regular mail to all creditors and other parties-in-interest no later than March 3, 2015; and it is further

ORDERED, that each Ballot must be properly executed, completed, and delivered so as to be received on or before March 12, 2015 at 5:00 p.m. prevailing Eastern Time by counsel for the Debtors at the following address: Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036, Attn: Kevin J. Nash, Esq., KNash@GWFGlaw.com; Facsimile: 212-221-6532; and it is further

2

**ORDERED**, that the Debtor shall file a Certification of the Voting with the Court via the ECF filing system no later than March 14, 2015.

Dated: New York, NY
       March 2, 2015

/S/ Shelley C. Chapman
Hon. Shelley C. Chapman
United States Bankruptcy Court
