UNITED STATES BANKRUPTCY COURT      Hearing Date and Time:
SOUTHERN DISTRICT OF NEW YORK     April 28, 2015 @ 10:00 a.m.

----------------------------------------------------------x

In re:                                    Chapter 11

D.A.B. GROUP LLC,               Case No. 14-12057 (SCC)

                          Debtor.

----------------------------------------------------------x

### NOTICE OF HEARING ON THE DEBTOR'S MOTION FOR AN ORDER FURTHER EXTENDING THE DEBTOR'S EXCLUSIVE PERIOD TO SOLICIT ACCEPTANCES TO ITS PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. §1121(d)(1)

       PLEASE TAKE NOTICE that upon the annexed motion of D.A.B. Group LLC, the undersigned will move before the Honorable Shelley C. Chapman at the United States Bankruptcy Court, Courtroom 623, One Bowling Green, New York, New York 10004 on April 28, 2015 at 10:00 a.m., pursuant to section 1121(d)(1) of the Bankruptcy Code, for a further extension of the exclusive period during which only the Debtor may solicit acceptances or rejections to its plan of reorganization from March 9, 2015 to May 8, 2015.

       PLEASE TAKE FURTHER NOTICE THAT objections, if any, shall be filed in writing through the Clerk⊘s ECF system, with a copy delivered to Judge Chapman, and served upon the Debtor⊘s counsel, Kevin J. Nash, Esq., Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036, so as to be received no later than April 21, 2015.

Dated: New York, New York
      March 9, 2015

                        GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
                        Attorneys for the Debtor
                        1501 Broadway, 22nd Floor
                        New York, New York 10036
                        (212) 221-5700

                    By:    /s/ J. Ted Donovan, Esq.