**EXHIBIT C**

| Matter of Orchard Hotel, LLC v Ramos |
|---|
| 2014 NY Slip Op 06285 [120 AD3d 1129] |
| September 23, 2014 |
| Appellate Division, First Department |
| Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. |
| As corrected through Wednesday, October 29, 2014 |

[*1]

| In the Matter of Orchard Hotel, LLC, Petitioner,<br>v<br>Charles E. Ramos et al., Respondents. |
|---|

Morrison Cohen, LLP, New York (Jerome Tarnoff of counsel), for petitioner.

John W. McConnell, Office of Court Administration, New York (Pedro Morales of counsel), for Hon. Charles E. Ramos, respondent.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Renwick, J.P., Andrias, Richter and Feinman, JJ.