**EXHIBIT D**

# New York Supreme Court
## Appellate Division — First Department

27 Madison Avenue, New York, NY 10010
(212) 340-0400

# 2015 CALENDAR

The Calendar will be called at 2:00 P.M. except on Fridays at 10:00 A.M.

| Term | Argument Noticed for | Last Day to File Record Appellants' Points, and Notes of Issue | Last Day to File Respondents' Points | Last Day to File Appellants' Reply Points | Last Day to File Time For Argument And Stipulations Of Adjournment |
|---|---|---|---|---|---|
| January | January 6 | November 10 | December 10 | December 19 | December 11 |
| February | February 3 | December 8 | January 7 | January 16 | January 8 |
| March | March 3 | January 5 | February 4 | February 13 | February 5 |
| April | March 31 | February 2 | March 4 | March 13 | March 5 |
| May | April 21 | February 23 | March 25 | April 3 | March 26 |
| June | May 19 | March 23 | April 22 | May 1 | April 23 |
| September | September 8 | July 13 | August 12 | August 21 | August 13 |
| October | October 6 | August 10 | September 9 | September 18 | September 10 |
| November | November 4 | September 8 | October 7 | October 16 | October 8 |
| December | December 1 | October 5 | November 4 | November 13 | November 5 |