UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> D.A.B. Group LLC, <br><br> Debtor. | Case No. 14-12057 (SCC) |
| In re: <br><br> 77-79 Rivington Street Realty LLC, <br><br> Debtor. | Case No. 14-10339 (SCC) |

## DECLARATION OF SERVICE

I, MIONNAY McKEE, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

On March 13, 2015, I caused the proposed ORDER GRANTING MOTION RELATING TO INSTALLATION OF A CELLAR WALL, the Motion therefor, and Notice of Presentment thereof, to be served on the persons and/or entities on the attached Service List by regular mail by causing a true copy of same, enclosed in a postage paid wrapper properly addressed to such persons and/or entities to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
       March 13, 2015

_____
MIONNAY McKEE

81-83 Rivington Corp.
C/O Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Floor
New York, NY 10018

Beroth, Robins, & Guskin, LLP
Attn: Allen I. Guskin, CPA
85 West Hawthorne Avenue
Valley Stream, NY 11580

NYC Department of Finance
Bankruptcy & Assignment
340 Adams Street, 10th Floor
Brooklyn, NY 11201

City of NY Environmental Control
C/O Ron Medley, Esq.
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

Citywide Construction Works, I
C/O Farris Fayyaz, Esq.
818 Coney Island Avenue
Brooklyn, NY 11218

NYC Buildings Dept.
210 Joralemon Street, 8th Floor
Brooklyn, NY 11201

Empire Transit Mix, Inc.
c/o Neil L. Fuhrer & Assoc. LLP
Attn: Neil L. Fuhrer, Attorney
477 Madison Ave.
New York, NY 10022

Favata & Wallace LLP
Attn: William G. Wallce, Esq.
229 Seventh Street, Suite 300
Garden City, NY 11530

FJF Electrical Co., Inc.
4242 Merrick Road
Massapequa, NY 11758

De Castro Law Firm
390 Broadway, Floor 4
New York, NY 10013

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

JJ K Mechanical, Inc.
251-25 Hand Road
Little Neck, NY 11362

Marjam Supply Co., Inc.
885 Conklin Street
Farmingdale, NY 11735

Monty One LLC
C/O Duane Morris LLP
Attn: Gerard S. Catalanello, Esq.
1540 Broadway
New York, NY 10036

New York City Dept Of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs
Brooklyn, NY 11201

NYS Dept Of Taxation
Bankruptcy/Special Procedure
P.O. Box 5300
Albany, NY 12205-0300

Luke Dohner
264 E 2nd Street #1
New York, NY 10009

Rotavele Elevator, Inc.
414 Seneca Avenue
Ridgewood, NY 11385

SMK Associates, Inc.
20-02 31st Strreet
Astoria, NY 11105

State Bank Of Texas
C/O O'Reilly Marsh & Corteselli
222 Old Country Road, 2nd Fl.
Mineola, NY 11501

New York City Water Board
Department of Environment Protection
Andrew Rettig, Assistance Council
59-17 Junction Bldv, 13th Floor
Flushing, NY 11373-5108

Environmental Control Board
Attn: James Macron, Board Counsel
66 John Street, 10th Floor
New York, NY 10038

Workers' Compensation Board
of NY State
328 State Street
Schenectady, NY 12305

Tax & Bankruptcy Litigation Division
NYC law Department
100 Church Street
New York, NY 10007

NYC Department of Finance
TP&P Division/Office of Tax Audits
345 Adams Street, 5th Floor
Brooklyn, NY 11201
Attn: Yehuda Miller – Bankruptcy Unit

State of New York Department of Labor
Unemployment Insurance Division
W. Avrell Harriman State Building
Building 12, Room 256
Albany, NY 12240

HPD/Judgment Enforcement Unit
Attn: Robert Lifshey, Esq.
100 Gold Street, Room 6T3
New York, NY 10038

Orchard Hotel LLC
C/O Morrison & Cohen LLP
909 Third Avenue
New York, NY 10022

Andrew B. Eckstein, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

Flintlock Construction Service
c/o HOLLANDER & STRAUSS, LLP
40 Cutter Mill Road, Suite 203
Great Neck, New York 11021

Christopher B. Kinzel, Esq.
Casino Development Group, Inc.
54-01 43rd Street
Maspeth, NY 11378

Harold M. Somer, Esq.
1025 Old Country Road, Ste. 404
Westbury, NY 11590

Alan D. Halperin, Esq.
Donna H. Lieberman, Esq.
Halperin Battaglia Raicht LLP
40 Wall Street, 37th Floor
New York, NY 10005

Ingram Yuzek Gainen Carroll & Bertolotti
Attorneys for Edward I Mills & Assoc.
250 Park Avenue, 6th Floor
New York, NY 10177
Attn: Jessica Jamron Rothman, Esq.

Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick St., Room 1006
New York, New York 10014
Att: Serene K. Nakano, Esq.

Stagg Terenzi, Confusione & Wabnik LLP
Attorney for BNH Rivington LLC
Attn: Ronald M. Terenzi, Esq.
401 Franklin Avenue, Suite 300
Garden City, New York 11530

Scott Weingarten, As Receiver
C/O JASCO Management Corp.
47 Mill Road
Jersey City, NJ 07302

Berotti, Robins, & Guskin, LLP
85 West Hawthorne Avenue
Valley Stream, NY 11580
Attn: Allen I. Guskin

Edward I. Mills & Associates Architects
401 Broadway, Suite #501
New York, NY 10013

Cava Construction & Development Inc.
15 S. Macquestion Parkway
Mount Vernon, NY 10550

Chris Mar Construction Corporation LLC
64 Chart Loop
Staten Island, NY 10309

Leonard B. Johnson
295 Third Avenue
New York, NY 10010

Michelle Caputo
295 Third Avenue
New York, NY 10010

Godfrey Murrain, Esq., As Referee
225 Broadway
New York, NY 10007

Steven De Castro
Attorney for Luke Dohner
40-19 72nd Street, #3B
Woodside, NY 11377

Joseph & Terracciano LLP
2 Roosevelt Avenue
Syosset, NY 11791