UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------x  
In re:

D.A.B. GROUP LLC,

                       Debtor.  
-----------------------------------------------------------x

Return Date: March 19, 2015  
                11:00 a.m.

Chapter 11

Case No. 14-12057 (SCC)

## DECLARATION OF SERVICE

I, MIONNAY McKEE, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

On March 13, 2015, I caused DEBTOR'S OPPOSITION TO MOTION OF ORCHARD HOTEL, LLC FOR RELIEF FROM THE AUTOMATIC STAY and all exhibits thereto, to be served on the persons and/or entities on the attached Service List by regular mail by causing a true copy of same, enclosed in a postage paid wrapper properly addressed to such persons and/or entities to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York  
       March 13, 2015

                                    /s/ Mionnay McKee  
                               MIONNAY McKEE

## Service List

Orchard Hotel LLC
C/O Morrison & Cohen LLP
909 Third Avenue
New York, NY 10022

Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick St., Room 1006
New York, New York 10014
Attn: Serene K. Nakano, Esq.

Andrew B. Eckstein, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

Harold M. Somer, Esq.
1025 Old Country Road, Ste. 404
Westbury, NY 11590

Flintlock Construction Service
c/o HOLLANDER & STRAUSS, LLP
40 Cutter Mill Road, Suite 203
Great Neck, New York 11021