# Exhibit 1

14-12057-scc    Doc 120-1    Filed 03/13/15    Entered 03/13/15 18:07:40    Exhibit 1
Pg 1 of 18

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2011062400976002002ECEFF |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**          PAGE 1 OF 9

**Document ID:** 2011062400976002     Document Date: 06-17-2011     Preparation Date: 06-30-2011
Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 7

| **PRESENTER:**<br>TITLEASSOCIATES - PICK-UP/ SSR#11-01-9074A<br>AS AGENT FOR STEWART TITLE<br>825 THIRD AVENUE - TA<br>NEW YORK, NY 10022<br>212-758-0050<br>jfeldman@titleassociates.com | **RETURN TO:**<br>ORCHARD HOTEL, LLC<br>C/O MAVERICK REAL ESTATE PARTNERS<br>14 EAST 38TH STREET<br>NEW YORK, NY 10016 |
|---|---|

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 415 | 66 Entire Lot | | 141 ORCHARD STREET |
| Property Type: OTHER | | | | |
| Borough | Block | Lot | Unit | Address |
| MANHATTAN | 415 | 67 Entire Lot | | 139 ORCHARD STREET |
| Property Type: OTHER | | | | |

### CROSS REFERENCE DATA
**CRFN:** 2007000596685
x  Additional Cross References on Continuation Page

### PARTIES

| **ASSIGNOR/OLD LENDER:**<br>BROOKLYN FEDERAL SAVINGS BANK<br>81 COURT STREET<br>BROOKLYN, NY 11201 | **ASSIGNEE/NEW LENDER:**<br>ORCHARD HOTEL LLC<br>C/O MAVERICK REAL ESTATE PARTNERS, 14 EAST 38TH STREET 12TH FLOOR<br>NEW YORK, NY 10016 |
|---|---|

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| TASF: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| MTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| NYCTA: | $ | 0.00 | Recorded/Filed  07-07-2011 16:04 | |
| Additional MRT: | $ | 0.00 | City Register File No.(CRFN): | |
| TOTAL: | $ | 0.00 | **2011000239639** | |
| Recording Fee: | $ | 75.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2011062400976002002CCC7F |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**    PAGE 2 OF 9

**Document ID:** 2011062400976002    Document Date: 06-17-2011    Preparation Date: 06-30-2011
Document Type: ASSIGNMENT, MORTGAGE

**CROSS REFERENCE DATA**
MANHATTAN  **Year:** 1999    **Reel:** 2859    **Page:** 85
MANHATTAN  **Year:** 2000    **Reel:** 3160    **Page:** 604
MANHATTAN  **Year:** 2001    **Reel:** 3346    **Page:** 1193
MANHATTAN  **Year:** 2002    **Reel:** 3655    **Page:** 1949
**CRFN:** 2005000009667
**CRFN:** 2007000596684

RECORD AND RETURN TO:

Orchard Hotel, LLC
c/o Maverick Real Estate Partners
14 E 38th Street, 12th Floor
New York, New York 10016

County:     New York

# ASSIGNMENT OF
# MORTGAGE AND SECURITY AGREEMENT

This Assignment of **Mortgage and Security Agreement** is made and entered into as of the ___ day of June, 2011, by and between **BROOKLYN FEDERAL SAVINGS BANK**, with its principal place of business at 81 Court Street, Brooklyn, New York 11201 ("Assignor") and **ORCHARD HOTEL, LLC** with its place of business at c/o Maverick Real Estate Partners, 14 E 38th Street, 12th Floor, New York, New York 10016 ("Assignee").

## W I T N E S S E T H:

That for good and valuable consideration, Assignor does hereby assigns without recourse, representation or warranty, except as otherwise expressly set forth in that certain Mortgage Loan Purchase Agreement, dated as of March 1, 2011 (the "Purchase Agreement") by and between the Assignor as seller, and Assignee (as successor-in-interest to Kor Realty Group, LLC and Maverick Real Estate Partners LLC) as purchaser, to Assignee all of Assignor's right, title, and interest in and to a certain Mortgage Consolidation, Extension, Modification and Security Agreement in the original principal amount of FIVE MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS ($5,500,000.00) (the "Mortgage") made by D.A.B. GROUP LLC ("Borrower" therein) to Assignor (as the "Lender" therein) dated as of the 8th day of November, 2007, which Mortgage was recorded on December 3, 2007 in the Office of the City Register of the City of New York, New York County, New York as CRFN 2007000596685, with all of Assignor's right, title, and interest in and to the real property located at 139 and 141 Orchard Street, New York, NY, as more particularly described in **EXHIBIT "A"** hereto.

[NO FURTHER TEXT ON THIS PAGE]

Block: 415
Lots: 66 + 67
Address: 141 + 139 Orchard Street, N.Y, N.Y

1

**IN WITNESS WHEREOF**, this Assignment has been duly executed as of the day and year first above written.

                                 **ASSIGNOR:**

                                 **BROOKLYN FEDERAL SAVINGS BANK**

                                 By: _[signature]_
                                 Name: Joanne B. Gallo
                                 Title: Senior Vice President

STATE OF NEW YORK        )
                         New York  : ss.:
COUNTY OF ~~KINGS~~      )

    On the 17 day of June , in the year 2011, before me, the undersigned personally appeared Joanne B. Gallo , personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Signature and Office of Individual
taking acknowledgment

DAVID STEVEN KRISS
Notary Public, State of New York
No. 31-4816946
Qualified in WESTCHESTER County
Commission Expires AUGUST 31, 2012

SEAL

# EXHIBIT "A"
### (Legal Description)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of Orchard Street, distant 77 feet southerly from the corner formed by the intersection of the southerly side of Rivington Street with the westerly side of Orchard Street;

THENCE Westerly parallel with Rivington Street, 87 feet 8 1/2 inches to the easterly side of Allen Street;

THENCE Southerly along the easterly side of Allen Street, 25 feet;

THENCE Easterly parallel with Rivington Street, 87 feet 8 1/2 inches to the westerly side of Orchard Street;

THENCE Northerly along the westerly side of Orchard Street, 25 feet to the point or place of BEGINNING. (Lot 66)

Said Property being known as and by the street number 141 Orchard Street, New York, New York.

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of Orchard Street, distant 102 feet southerly from the corner formed by the intersection of the southerly side of Rivington Street with the westerly side of Orchard Street;

THENCE Westerly parallel with Rivington Street, 87 feet 6 inches to the easterly side of Allen Street;

THENCE Southerly along the easterly side of Allen Street, 25 feet;

THENCE Easterly parallel with Rivington Street, 87 feet 6 inches to the westerly side of Orchard Street;

THENCE Northerly along the westerly side of Orchard Street, 25 feet to the point or place of BEGINNING. (Lot 67)

Said Property being known as and by the street number 139 Orchard Street, New York, New York.

# NEW YORK REAL PROPERTY LAW SECTION 275 AFFIDAVIT

STATE OF NEW YORK    )
                     ) ss:.
COUNTY OF NEW YORK   )

David Aviram, being duly sworn, deposes and says:

1.  Brooklyn Federal Savings Bank ("Brooklyn") was the mortgagee under that certain Mortgage Consolidation Extension, Modification and Security Agreement dated as of November 8, 2007 between D.A.B. Group LLC (the "Mortgagor") and Brooklyn (the "Mortgage"). The Mortgage is more particularly described in Exhibit A attached hereto and made a part hereof.

2.  I have personal knowledge of the facts set forth in this New York Real Property Law Section 275 Affidavit (the "Affidavit").

3.  Pursuant to the Assignment of Mortgage and Security Agreement (the "Assignment") dated as of June 17, 2011, being presented for recording with this Affidavit, Brooklyn is assigning the Mortgage to Orchard Hotel, LLC (the "Assignee").

4.  Assignee is not acting as a nominee of Mortgagor under the Mortgage, and the Mortgage continues to secure a bona fide obligation.

This Affidavit is executed and delivered as of the date set forth below.

_____
David Aviram

State of New York    )
                     Queens ss:
County of ~~New York~~ )

On the 22th day of June, in the year 2011, before me, the undersigned, personally appeared David Aviram, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

FRANCES A. GARACE
Notary Public, State of New York
No. 01GA6132779
Qualified in Queens County
Commission Expires August 29, 2013

_____
Notary Public

SEAL

#3173188 v2 \022022 \0001

# EXHIBIT A

### Description of the Mortgage

1. Mortgage dated March 29, 1999 made by D.A.B. GROUP LLC, as Mortgagor, to CFS BANK, as Mortgagee, in the principal sum of $825,000.00 and recorded on April 20, 1999 in Reel 2859, Page 85 in the office of the City Register of the County and State of New York (the "Register's Office").

2. Mortgage dated May 18, 2000 made by D.A.B. GROUP LLC, as Mortgagor, to CFS BANK, as Mortgagee, in the principal sum of $575,000.00 and recorded on September 18, 2000 in Reel 3160, Page 604 in said Register's Office.

    Above Mortgages 1 and 2 were consolidated and extended by a Consolidation and Extension Agreement made by and between D.A.B. GROUP LLC and CFS BANK dated May 18, 2000 and recorded on September 18, 2000 in Reel 3160, page 1794 in said Register's Office to form a single lien of $1,400,000.00.

3. Mortgage dated July 10, 2001 made by D.A.B. GROUP LLC, as Mortgagor, to NEW YORK COMMUNITY BANK, SUCCESSOR TO CFS BANK, as Mortgagee, in the principal sum of $366,288.22 and recorded on August 22, 2001 in Reel 3346, Page 1193 in said Register's Office.

    Above Mortgages 1, 2 and 3 were consolidated, modified and extended by a Consolidation, Modification and Extension Agreement made by and between D.A.B. GROUP LLC and NEW YORK COMMUNITY BANK, SUCCESSOR TO CFS BANK dated July 10, 2001 and recorded on August 22, 2001 in Reel 3346, page 1207 in said Register's Office to form a single lien of $1,750,000.00.

    Which above mortgage, as consolidated, was assigned by an Assignment of Mortgage from the NEW YORK COMMUNITY BANK, SUCCESSOR TO CFS BANK to THE DIME SAVINGS BANK OF WILLIAMSBURGH dated September 3, 2002 and recorded on November 8, 2002 in Reel 3655, Page 1944 in said Register's Office.

4. Mortgage dated September 4, 2002 made by D.A.B. GROUP LLC, as Mortgagor, to THE DIME SAVINGS BANK OF WILLIAMSBURGH, as Mortgagee, in the principal sum of $972,019.84 and recorded on November 8, 2002 in Reel 3655, Page 1949 in said Register's Office.

    Above Mortgages 1, 2, 3 and 4 were consolidated, modified and extended by a Consolidation, Modification and Extension Agreement made by and between D.A.B. GROUP LLC and THE DIME SAVINGS BANK OF WILLIAMSBURGH dated September 4, 2002 and recorded on November 8, 2005 in Reel 3655, page 1962 in said Register's Office to form a single lien of $2,700,000.00.

Which above mortgage, as consolidated, was assigned by an Assignment of Mortgage from THE DIME SAVINGS BANK OF WILLIAMSBURGH to CITIBANK, N.A. dated October 14, 2004 and recorded on January 6, 2005 in CRFN 2005000009666 in said Register's Office.

5. Mortgage dated October 14, 2004 made by D.A.B. GROUP LLC, as Mortgagor, to CITIBANK, N.A., as Mortgagee, in the principal sum of $764,345.43 and recorded on January 6, 2005 in CRFN 2005000009667 in said Register's Office.

Above Mortgages 1, 2, 3, 4 and 5 were consolidated, modified and extended by a Consolidation, Modification and Extension Agreement made by and between D.A.B., GROUP LLC and CITIBANK, N.A. dated October 14, 2004 and recorded on January 6, 2005 in CRFN 2005000009668 in said Register's Office to form a single lien of $3,400,000.00.

Which above mortgage, as consolidated, was assigned by an Assignment of Mortgage from CITIBANK, N.A. to BROOKLYN FEDERAL SAVINGS BANK dated October 12, 2007 and recorded on December 3, 2007 in CRFN 2007000596683 in said Register's Office.

6. Gap Mortgage dated as of November 8, 2007 made by D.A.B. GROUP LLC as Mortgagor to BROOKLYN FEDERAL SAVINGS BANK as Mortgagee in the principal sum of $2,226,695.86 and recorded on December 3, 2007 in CRFN 2007000596684 said Register's Office.

Which above Mortgages 1, 2, 3, 4, 5 and 6 were consolidated, extended and modified by a Mortgage Consolidation, Extension, Modification and Security Agreement made by and between D.A.B. GROUP LLC and BROOKLYN FEDERAL SAVINGS BANK dated as of November 8, 2007 and recorded in CRFN 2007000596685 in said Register's Office on December 3, 2007 to form a single lien in the amount of $5,500,000.00.

#3173188 v2 \022022 \0001

3

14-12057-scc    Doc 120-1    Filed 03/13/15    Entered 03/13/15 18:07:40    Exhibit 1
Pg 11 of 18

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2011062400976001001E3EBB |

## RECORDING AND ENDORSEMENT COVER PAGE                    PAGE 1 OF 8

**Document ID:** 2011062400976001      Document Date: 06-17-2011      Preparation Date: 06-24-2011
Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 7

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| TITLEASSOCIATES - PICK-UP/ SSR#11-01-9074A<br>AS AGENT FOR STEWART TITLE<br>825 THIRD AVENUE - TA<br>NEW YORK, NY  10022<br>212-758-0050<br>jfeldman@titleassociates.com | ORCHARD HOTEL, LLC<br>C/O MAVERICK REAL ESTATE PARTNERS<br>14 EAST 38TH STREET<br>NEW YORK, NY  10016 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 415 | 66 | Entire Lot | 141 ORCHARD STREET |

Property Type: OTHER

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 415 | 67 | Entire Lot | 139 ORCHARD STREET |

Property Type: OTHER

### CROSS REFERENCE DATA
**CRFN:** 2008000362276

### PARTIES

| **ASSIGNOR/OLD LENDER:** | **ASSIGNEE/NEW LENDER:** |
|---|---|
| BROOKLYN FEDERAL SAVINGS BANK<br>81 COURT STREET<br>BROOKLYN, NY  11201 | ORCHARD HOTEL LLC<br>C/O MAVERICK REAL ESTATE PARTNERS, 14 EAST 38TH STREET 12TH FLOOR<br>NEW YORK, NY  10016 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 75.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed          07-07-2011 16:04
City Register File No.(CRFN):
                        2011000239638

*City Register Official Signature*

**RECORD AND RETURN TO:**

Orchard Hotel, LLC
c/o Maverick Real Estate Partners
14 E 38th Street, 12th Floor
New York, New York 10016

County:    New York

## ASSIGNMENT OF
## MORTGAGE AND SECURITY AGREEMENT

This Assignment of **Mortgage and Security Agreement** is made and entered into as of the ____ day of June, 2011, by and between **BROOKLYN FEDERAL SAVINGS BANK**, with its principal place of business at 81 Court Street, Brooklyn, New York 11201 ("Assignor") and **ORCHARD HOTEL, LLC** with its place of business at c/o Maverick Real Estate Partners, 14 E 38th Street, 12th Floor, New York, New York 10016 ("Assignee").

### W I T N E S S E T H:

That for good and valuable consideration, Assignor does hereby assigns without recourse, representation or warranty, except as otherwise expressly set forth in that certain Mortgage Loan Purchase Agreement, dated as of March __, 2011 (the "Purchase Agreement") by and between the Assignor as seller, and Assignee (as successor-in-interest to Kor Realty Group, LLC and Maverick Real Estate Partners LLC) as purchaser, to Assignee all of Assignor's right, title, and interest in and to a certain Building Loan Mortgage and Security Agreement in the original principal amount of NINETEEN MILLION FIFTY THOUSAND AND 00/100 DOLLARS ($19,050,000.00) (the "Mortgage") made by D.A.B. GROUP LLC ("Borrower" therein) to Assignor (as the "Lender" therein) dated as of the 21st day of August, 2008, which Mortgage was recorded on September 12, 2008 in the Office of the City Register of the City of New York, New York County, New York as CRFN 2008000362276, with all of Assignor's right, title, and interest in and to the real property located at 139 and 141 Orchard Street, New York, NY, as more particularly described in **EXHIBIT "A"** hereto.

**[NO FURTHER TEXT ON THIS PAGE]**

Block: 415    Lots: 66 + 67
Address: 141 + 139 Orchard Street, NY, NY

**IN WITNESS WHEREOF**, this Assignment has been duly executed as of the day and year first above written.

                                      **ASSIGNOR:**

                                      **BROOKLYN FEDERAL SAVINGS BANK**

                                      By: *[signature]*
                                      Name: Joanne B. Gallo
                                      Title: Senior Vice President

STATE OF NEW YORK       )
                                             : ss.:
COUNTY OF ~~KINGS~~ New York   )

On the 17 day of June, in the year 2011, before me, the undersigned personally appeared Joanne B. Gallo, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Signature and Office of individual
taking acknowledgment

DAVID STEVEN KRISS
Notary Public, State of New York
No. 31-4816946
Qualified in WESTCHESTER County
Commission Expires AUGUST 31, 2012

SEAL

S-2

# EXHIBIT "A"
## (Legal Description)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of Orchard Street, distant 77 feet southerly from the corner formed by the intersection of the southerly side of Rivington Street with the westerly side of Orchard Street;

THENCE Westerly parallel with Rivington Street, 87 feet 8 1/2 inches to the easterly side of Allen Street;

THENCE Southerly along the easterly side of Allen Street, 25 feet;

THENCE Easterly parallel with Rivington Street, 87 feet 8 1/2 inches to the westerly side of Orchard Street;

THENCE Northerly along the westerly side of Orchard Street, 25 feet to the point or place of BEGINNING. (Lot 66)

Said Property being known as and by the street number 141 Orchard Street, New York, New York.

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of Orchard Street, distant 102 feet southerly from the corner formed by the intersection of the southerly side of Rivington Street with the westerly side of Orchard Street;

THENCE Westerly parallel with Rivington Street, 87 feet 6 inches to the easterly side of Allen Street;

THENCE Southerly along the easterly side of Allen Street, 25 feet;

THENCE Easterly parallel with Rivington Street, 87 feet 6 inches to the westerly side of Orchard Street;

THENCE Northerly along the westerly side of Orchard Street, 25 feet to the point or place of BEGINNING. (Lot 67)

Said Property being known as and by the street number 139 Orchard Street, New York, New York.

## NEW YORK REAL PROPERTY LAW SECTION 275 AFFIDAVIT

STATE OF NEW YORK       )
                        ) ss:.
COUNTY OF NEW YORK      )

David Aviram, being duly sworn, deposes and says:

1.      Brooklyn Federal Savings Bank ("Brooklyn") was the mortgagee under that certain Building Loan Mortgage and Security Agreement dated as of August 21, 2008 between D.A.B. Group LLC (the "Mortgagor") and Brooklyn (the "Mortgage"). The Mortgage is more particularly described in Exhibit A attached hereto and made a part hereof.

2.      I have personal knowledge of the facts set forth in this New York Real Property Law Section 275 Affidavit (the "Affidavit").

3.      Pursuant to the Assignment of Mortgage and Security Agreement (the "Assignment") dated as of June 17, 2011, being presented for recording with this Affidavit, Brooklyn is assigning the Mortgage to Orchard Hotel, LLC (the "Assignee").

4.      Assignee is not acting as a nominee of Mortgagor under the Mortgage, and the Mortgage continues to secure a bona fide obligation.

This Affidavit is executed and delivered as of the date set forth below.

_____
David Aviram

#3173046 v2 \022022 \0001

State of New York    )
                Queens) ss:
County of ~~New York~~)

    On the 22th day of June, in the year 2011, before me, the undersigned, personally appeared David Aviram, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

FRANCES A. GARACE
Notary Public, State of New York
No. 01GA6132779
Qualified in Queens County
Commission Expires August 29, 2013

_____
Notary Public

SEAL

#3173046 v2 \022022 \0001

2

EXHIBIT A

Description of the Mortgage

    1.    Building Loan Mortgage and Security Agreement dated as of August 21, 2008 made by D.A.B. Group LLC, as mortgagor, to Brooklyn Federal Savings Bank, as mortgagee, in the principal sum of up to $19,050,000.00 and recorded on September 12, 2008 as City Register File No. (CRFN) 2008000362276 in the office of the City Register of the County and State of New York, and upon which mortgage recording taxes in the amount of $533,400.00 were paid.

#3173046 v2 \022022 \0001

3