# Exhibit 15

**STAPLES**

| Date | Entry |
|---|---|
| 9/15/08 | Requisition #1 |
| 10/14/08 Thurs | Start Date. Setting up field office, setting up vibration monitors, working on buy outs casino ✓, sent po to Total Safety, need permit, perforated drawings, EIS shoring on FDJ. |
| CO# 2 11/4/08 | |
| 10/20/08 Mon | Casino H beams unload, surveyor layout, made deal waterproofer send contract. |
| 10/21/08 Tues | Casino set up pile driver, vibration sys ck all equip, Total Safety on site, hired Choice Fence for site fencing install. |
| CO#3 11/5/08 | |
| 10/22/08 Wed | Casino - installed piles, vibration sys on site monitoring as piles are driven, RJD reports fuel line ok send po. Set up Jersey barricades with casino on ticket |
| 10/23/08 Thurs | Casino excavation starts, & shoring install, vibration sys inspection of shoring. Total Safety on site, Cava painting barricades & install signs on fence |
| 10/24/08 Fri | Issue with neighbor Avi, claims water damage, pipe burst told we will take every precaution to prevent any damages, damage occurred during demo of building prior to Cava starting on site. Casino excavation & timber install |
| Requisition #2 | Delay - structurals need rebar drawings, geotech info, elev pit info |
| | Issue - debris found left by demo of building contractor hired by owner, will be co to casino Dons on Ticket # |
| CO#6 | BSA - we have till 11/19/08 to complete foundation of full height of building will be voided to 8 storys. Going to be very tuff due to drawings, owner money issues, & subs co's - but will try. Need plumb to self cert, owner giving problems need to buy out plumber ASAP. |
| 10/27/08 Mon | Excavation & lagging & pickers, Choice Fence installing gates, oking tickets on debris removed. |
| 10/28/08 Tues | Excavate & lagging & pickers, Choice Fence |
| 10/29/08 Wed | Excavate, lagging, picking |
| 10/30/08 | " " " , SBA plumbing signed by Mills wants $6000 deposit owner said for us to pay. Req#2 approved |

| Date | Notes |
|---|---|
| 10/31/08 FRI | Excavation, pickets, chopping, Choice Fence wants money & casino. Asked Arch for revized drawings required to proceed (Structural) |
| 11/1/08 | lagging & chipping - owner's meeting, CO's no payment, owner says bank not funding CO's, Issue how do we get paid on open CO's - owner says he will pay direct. |
| 11/3/08 * new safety | Site safety (Total) removed from site & Cava's inhouse man (Frank) brought in, Trying to save owner & cava money. Excavation, chipping, picking all ongoing |
| 11/4/08 | Excavation, chipping, lagging ongoing - need to buy out subs owner won't allow at present time, doesn't want a lot of subs under contract, doesn't make sense. |
| 11/5/08 | Issues with neighboring building, keeps calling city says inspectors DOT Buis, Best Squad Mottola, DOB Hewitts, Best Squad Mark all on site due to constant complaints. All due to demo contractor & Ben when building was removed. Have good relation with Ali, hoping to work out, told he's hurting Cava not Ben. |
| 11/6/08 | Best Squad stopped by again, Excavation, shoring manla's, & Debris Removal Suryor shooting grades & bench marks. |
| 11/7/08  CO#4 11/7/08 | Manlas, pouring vaults, safty rails & c/s installed no funding on CO's keeps getting bigger, subs want to be funded, RJD to do HVAC in rear & Pelham welding to do Fireescape. |
| 11/8/08 CO#? 11/7/08 | ED mtts permit poss for monday would Grandfather us in Manlas, excavation ongoing. |

3

| Date | Notes |
|---|---|
| 11/10/08 | RJD Flue Reroute, contracts to RJD, peltram welding, SBA plumbing, KJC waterproofer need to send, Mantel's & channels install. |
| 11/11/08 | Start elev pit excavation, contracts to KJC, RJD, peltram all sent, owner not happy I sent, Reroute of Flue completed. |
| 11/12/08 | peltram working on Hanging platform CO#7, Bank approved Req #2 & forwarded report to Bank, Start delivery of stone for elev pit |
| 11/13/08 CO#8 11/13/08 | Rebar elev pit installed, peltram moved ladder DOB issues, still no money on CO's, RJD installed boiler piping Reroute. In order to be completed with matt need to Double Shift CO Requested. owner says ok CO#8 ngift work |
| 11/14/08 FRI | Major Day of work — Double shifts to get all ready for pour, RJD blocked up ext wall masonary, SBA pull permit for monday, underslab piping, layout inc final orchid st shots for monday |
| 11/15/08 SAT | Final Rebar, & Fill Removed, Ready for monDAY pour - no |
| 11/17/08 mon | Forming elev walls, Rebar install, Having major issue with waterproofing. |
| 11/18/08 | pour elev pit walls, & small pit, compact sub grade |
| 11/19/08 | Installed 15 ml plastic In lieu of waterproofing preproof, owner didn't want to spend 85,000.00. Rebar installed All compaction done |
| 11/20/08 Requisition #3 | SBA plumber fired, finally brought in NY pipe to do work, matt Rebar install |

4

| Date | Notes |
|---|---|
| 11/21/08 | Ny pipe installed underslab piping saved owner's butt layout Ink, All layout confirmed. |
| night shift | - poured matt 400 yds to meet BSA requirements |
| 11/22/08 SWO | cleaned up loadway, poured shelf areas 100 yds, OFF SITE — Zoning Issue's BSA |
| 11/24/08 | Building Dept Hearing movement of Avi's Building. Also meeting with Ferran pinnacts of Bob about SWO. Demobilize from site due to SWO. Dan stays on site in Field office |
| Requisition #4 | |
| 11/25/08 | owner on site |
| 11/26/08 | owner on site, KTC waterproofer site visit to revise proposal |
| 12/1/08 | Virgil Yu - meeting about crack in Avi's Building set up appointment with neighbor's Arch John Nakrosis, 2 days to do drawings of repair method, DOB submittal, was never caused by Cava, Have photo's of crack preexisting but need to play DOB games to lift SWO |
| 12/2/08 | Casino - Removing equip from site. 3pm meeting with lawyer's for BSA SWO. Money owed by owner is an issue |
| 12/3/08 | Sent Timeline & sch of values to Slater & Beckerman for BSA submission to lift SWO. NY pipe removed from site All excess equip & materials |
| 12/4/08 | Meeting with John Nakrosis 1pm at site to Review Virgil Yu Repair Details |
| 12/8/08 | Meeting at site Arch & Eng Repair Details |

| Date | Notes |
|---|---|
| 12/9/08 | Email to Ben's Attorneys - ex what do they need for BSA submission, visual status of Repair Filing with city |
| 12/12/08 | 3-4" Rain last 36 Hrs, site visit both neighboring building basements Dry. elev pit full of water cava pumping out. Building Dept safety Inspection All ok, working on BSA submittals for owner's Attorney's Still no Funding from owner, keep working anyway Told by cava owner. |
| 1/5/09 | Email sent Asch status of meeting Building Dept |
| 1/6 - 2/26 Requistion #5 | working on sub scope sheets, Trying to Reduce Budget submission BSA & Attending meeting with city & BSA |
| 2/27/09 | cava prepped site for Re-Inspection, Fence, Rebar caps Hung All updated permits. sent Email to owner open Balance on Funding All subs Have Been calling looking for Funding. |
| 3/2/09 | at site waiting for Inspector Amos Re-inspection of site Casino Ready to Re-start IF Funded Confirmed 7AM 3/3/09 Re-inspection by Amos DoB |
| 3/3/09 | Inspection by DoB Inspector Amos ok confirmed |
| 3/5/09 | layout Inc suryor checking existing Building for movement none Recorded |
| 3/6/09 | sent Emails to Ben & Isadore owner's Rep about Funding no Responses |

6

| Date | Entry |
|---|---|
| 3/9/09 | again sent Email about Funding to owner & Isadore waterproofer & casino ready IF Funding is Released |
| 3/16/09 | Site meeting Arch, evaluate Building survey. Also Funding & Restart work & submit Req #5 |
| 3/17/09 | Received SWO on Fence left at site 3/16/09 4pm. no posted site safety plan, was inside office, Took to Best Squad presented plan SWO LIFTED - owner Told me to leave site, Another Hissy Fit. *left site* |
| 3/18/09 | Casino - Stripped Forms. *First Day Back* New site safety pro safety Brought Back. Causeway site visit waterproofing. Arch sent Revised Detail on north Foundation wall Due to survey of existing Building |
| 3/19/09 | Causeway completed waterproofing walls. Casino, installed vapor Barriers All walls, Removed Debris From site, |
| 3/20/09 | Casino - Install Insulation walls, start Form work layout Inc Bench marks, access lines & layout walls & columns SOG |
| 3/23/09 | Casino - Wall Forms Install, layout Inc columns & Footing SOG. Isadore site visit owner's Rep. Conference call owner's Attorneys about BSA meeting on 24TH |
| 3/24/09 | layout Sonyor per new CP-1 Drawing. Casino Excavation Footings SOG Area. BSA 10Am meeting #40 Rector Street BSA - went well. DOB site visit no issues Taken. Received Revised S Drawings 001-300 |

7

| Date | Entry |
|---|---|
| 3/25/09 | DOB site visit 9:40 AM no issue Taken |
| | Casino - Continue excavation of footings, prep & form |
| | Sent Req #5 to DF for Review, Keep Redoing Requisitions |
| | Funding major issue |
| | Sent out Rebar shops walls & column's to Arch & Eng silman |
| 3/26/09 | Casino - Forms for Footings - Money is issue |
| | Eng silman says He will approve shops by days end |
| | Fed Ex All urbanalysis Reports to urchins engeer's to do Report |
| | For BSA. |
| | Redid pwa for site safety |
| 3/27/09 | Received shop's Rebar back from silman sent to casino |
| | Arch site visit, Review project status |
| | owner - Still not allowed to buy out subs, Major issue coming |
| 3/30/09 | Rebar Delivery, Installing, Called for All Inspections |
| 3/31/09 | Poured Footing SOG Area |
| | Inspection's Rebar, soil compaction, cylinders All ok |
| | Adjusting Rebar for Inspector All ok |
| | Silman Inspect Rebar ok, DOB site visit no Issues, |
| 4/1/09 | Received S 2.11 & SK-H Forwarded Both to Casino |
| | Delivery of Forms & Rebar, Installing both |
| 4/2/09 | Bank walkThru Koch & Assistant Told we need Funding. |
| | Fire Dept & DOB site visits no Issues |
| | Installing Rebar & Forms Casino |
| 4/3/09 | Install Rebar, Inspections silman 8:30 / 12:00 All ok per Drawings |
| | Delta |

| Date | Notes |
|---|---|
| 4/6/09 OFFSITE * | Form work & Rebar Install. Thrown off site again, Another Hissy Fit by owner, getting sick of this |
| 4/7/09 | Forms & Bracing & Rebar Install |
| 4/8/09 | Poured 50 yds walls, Delta cylinders ok. Still no Funding Released, or CO's Funded, cava paying subs out of pocket for now. |
| 4/9/09 | Stripping Forms Allen & Rivington sides. DOB site visit 11am no issues |
| 4/10/09 | Strip Forms & Form Allen to Orchid side |
| 4/13/09 | Form work Orchid - Rivington sides & Rebar Install. Rebar Inspection 12:00 ok |
| 4/14/09 | Form work Remaining Areas, Rebar Install. Delta Rebar Inspection 12:00 ok. Took photos for future locations of underslab pipe use |
| 4/15/09 | 95% complete on All Formwork. 10am Connar (Arch) Took photos to send to Koch to Release Funding |
| 4/16/09 | Completed Form work Ready to pour, Informed Arch & Bank Rep Chris Koch will pour 120 yd Tommorrow. Should Release Funding. Next BSA meeting set for Tuesday 4/21/09 |
| 4/17/09 | Poured walls & Took cylinders. 1pm conference call about BSA meeting next week. Payment Required to Casino to complete Foundation (owner notified) |
| 4/20/09 | Cleaned up site Casino, prep slab on grade, SOG pour on Tuesday 4/22 |

9

| Date | Notes |
|---|---|
| 4/21/09 | Remove Rebar & Forms, Debris Removed |
| | BSA meeting - 2 weeks for additional Documentation & closing Hearing, Decision to be made after May 19th |
| | Called Koch about Funding, owner not paying subs keep calling |
| 4/22/09 | Poured SOG casino, casino wants money |
| | Removed all non used equip from site & misc materials |
| | Called Koch told looking for 398,328 says Release By Fri. |
| 4/23/09 | Finished SOG, safed off site, Removed all equip from site |
| | site closed till BSA Resolved no further on site work can be done, still working on subs, scopes & pricing, Ready to buyout project if owner would allow |
| 4/27/09 | Checked site - All ok |
| 4/28/09 | 8:30 DOB Inspector phone in complaint Building (neighboring) shaking due to heavy equip - site closed no equip on site, Inspector left after Reviewing conditions & permits, meeting Arch office then meeting DOB excavation unit in Regards to neighboring Building calling about Damage getting together all vibratory Reports, photos, & Tell Tales to send to DOB, no Damage was caused by Gaia |
| 4/29/09 | Sent vibratory Reports to all parties weeks 1-26 |
| | Had Trouble getting info out of Vibranylsis since they are not Funded completely. |
| 4/30/09 | Finally Received Funding 300,000 Rec #5 |

16

| Date | Notes |
|---|---|
| 5/1/09 | Checks being cut to casino 175,000<br>Sent Emails to Ben, Isadore, Ed mills, open change orders<br>Office cutting cks to open AP subs on Rec #5 still<br>about 300,000 short mostly CO's<br>Sent Email to owner's att affidavit ready for me to sign |
| 5/4/09 | Sent Email to Arch Regarding status of Drawings |
| 5/5/09 | Site visit with Engeer Sillman about TR1<br>Sent Email to Delta Requesting TR1 |
| 5/7/09 | Emails  Arch Drawings update<br>   Isadore  open change orders & Funding<br>   Isadore  Reviewed Largen & Thornton proposals<br>   Ben & Isadore  Revized Budget |
| 6/2/09 | 9am meeting with Arch & Tomasetti Regarding neighboring Building Repairs,<br>10am underslab piping Inspection DoB |
| 6/29/09<br>※<br>ISSUE | Meeting owner at site, submitted Revized Budget Based on new Drawings 15,843,652<br>   627,624 over orgn #5<br>Owner states he is going out to Bid on Revized Drawings, told we have contract & request final look at all bids, suggested CM contract & contingency if & when we move forward<br>Told owner still have issue of all change orders & Funding owed $302,921.00 |

11

| Date | Notes |
|---|---|
| 9/14/09 | cleaned up site, removed debris<br>posted all new permits<br>Fixed fences, lighting & pedestrian walkway<br>Received perforated from owner,<br>owner wont let me buy out subs, still waiting for funding |
| 9/15/09 | meeting building Inspector 9AM (SWO lifted)<br>working on sub scope sheets<br>  Bye outs<br>  Schedule         } need All ASAP to continue project<br>  protocol sheet |
| 9/16/09 | site meeting con Ed, want load letters, Arch & Bendix informed<br>continue working on schedule, scopes, bidding diff subs |
| 9/17/09 | scopes sheets, schedule |
| 9/18/09 | continue leveling subs, pencil copy Rec #6, schedule |
| 9/21/09 | continue leveling subs, schedule, pencil copy Rec #6 |
| 9/22/09 | Maylinn Hayes spoke to Arch about elev depth & pricing<br>Arch Received letter FDNYC Fire escape ladder into pit<br>not Allowed, owner stopping progress by having Arch<br>& Himself trying to buy out subs. |
| 9/23/09 | sending drawing out for Bid, trying to reduce cost<br>leveling & scopes & schedule continue |
| 9/24/09 | ongoing leveling, scopes, Budget Revisions. |
| 9/25/09 | Received contract from owner - carmine to call Ben<br>ongoing leveling, scopes, schedule |

12

| Date | Notes |
|---|---|
| 9/28/09 | Reviewing new Drawings For Scope Revizion<br>Reviewing Budget with Arch |
| 9/29/08 | Reworking Schedule new start & end Dates<br>Sent marked up copy of Requistion To Arch For Review |
| 9/30/08 | 2pm meeting with Ed mills Arch, Budget Revizions, scope sheets & leveling subs |
| 10/1/09 | Sent elev subs & leveling sheets To Arch To Review<br>owner wants To make Disision on subs |
| 10/2 – 10/6 | Leveling sheets, scopes, Schedule Review |
| 10/6/09 | Sent elev shop Drawings To Arch From myclinn Hayes |
| 10/7/09 | Sent marked up shop Drawings From Arch To myclinn Hayes For comment & Review<br>Sent Draft of Req #6 To Arch - Still owed Funding From prior Requistion's. |
| 10/8 – 10/12 | Schedule Revizions, Scopes, leveling |
| 10/13/09 | Arch - Requested Design mix spec's & CAD Drawings<br>working on Schedule again, like a moving Target |
| 10/14/09 | Starting working on leeds schedule of values, new IDEA<br>Sent latest s Drawings To casino, Redisgn mxe's<br>Sent Req #6 To Arch |
| Requistion #6 | Received & Reviewed new contract From owner, marked up no good. |
| 10/15/09 | meeting myclinn Hayes 10AM - Review Design For Re-submission To Arch<br>working on leeds Schedule of values |

13

| Date | Notes |
|---|---|
| 10/16/09 | conference call owner, owner's couns, unresolved contract still working on heeds schedule of values % for credit |
| 10/19/09 new Rep Jeff | meeting on site Jeff new owner's Rep, Arch Asked for Bank walk Thru |
| 10/20/09 | Sent new owner's Rep Jeff construction schedule & casino's contract, Told He will Buy out All subs & for me to just do what He asks, cant do my Job not Allowed by owner's Rep |
| 10/21/09 | meeting 1pm owners Rep Jeff & Chris Koch Bank Inspector. Jeff told Koch meeting was only for Him to get to know Him, Koch not happy. Sent All sub quotes to Jeff owner's Rep |
| 10/22/09 | 9am meeting heeds meeting Arch off with Jeff owner's Rep called & set up Casino & Surveyor for the 26TH to Re-start still owed funding, but working on Resolution & new contract poss cm Type. |
| 10/26/09 Returned to site new safety CSRG | layout Inc new Bench marks new site safety CSRG Hired By Jeff owner's Rep. Casino - Delivery of Forms, pumping out water, set up Star Tower |
| 10/27/09 | Rain - set up new site safety man's office & Reviewed Requirement - owners Rep wont listen, Interviewing subs Told Him Im Already to Award contracts. |
| 10/28/09 | Sent contracts to Jeff owners Rep for CSRG & casino for Review. |
| 10/29/09 | Casino pumped site, Formwork setup NT DOT - Issued 3 volitions permits not posted |

14

| Date | Notes |
|---|---|
| 10/30/09 | Cleaned off slab, layout & form work elev pit<br>Site safety review site plan for required revisions |
| 11/2/09 | Casino - left site 7:30 am Petes from casino set up meeting<br>11am with Jeff owners Rep about non-payment & submittals.<br>Sent Email to Arch about submittals First Floor slab, status of getting approval, been holding since 29th<br>*  Sent Email to Jeff owner Rep required items that need to be done ASAP, fences, signage, post permits, no response - cant do anything without owner's Rep Jeff giving pre approval, cant do my job this way, nothing gets done. |
| 11/3/09 | Casino - sent revised contract to Jeff owner's Rep<br>Delivery ground floor Rebar Drawing to Arch office.<br>Nothing getting done on site - owner's Rep reviewing everything. |
| 11/4/09 | Casino says they will return to site tomorrow, requested site logistics plan review with Jeff & casino<br>Site safety helped me post all new permits & clean up site |
| 11/5/09 | Casino - Excavate footing SOG area & prep SOG<br>Meeting with Jeff, casino, crane, & Domani const site safety plan review & permit requirements, porta sands, containers, cranes, booms, hoist, shed.<br>Meeting with Jeff & Sal - requisitions, subs, open items no resolution. |
| 11/6/09 | Casino - Delivery peri forms 1st floor deck<br>Started forming deck |

15

| Date | Notes |
|---|---|
| 11/9/09 | meeting @ 30 DOT crane & NYD permit, Revize Drawings & Resubmit |
| | Casino - First Floor Deck Install peri |
| | Received peri submittals marked as approved |
| | Jeff hired Domani works CSRG to scrap Fences & paint |
| 11/10/09 | Continue peri form Install & start Decking, pour stops |
| | Remove Rear Firescape so Decking 1st Floor can continue |
| | CSRG Scrap Fences & painting |
| 11/11/09 HIT WITH BOTTLE owner's rep Jeff FIRED ※ | Casino Form work 1st Floor |
| | owner threw All parties off site at noon, was Talking to neighbor Aut with sal & we asked him to leave site, As owner said get him off my site, Told Ben That's what I'm Doing, at That point hit me in chest with Bottle of water & told me to get out & Everyone else was Thrown out. Just Another Hissy Fit, But This time He Throwing shit at me. |
| 11/12/09 | Casino - waterproofing Allen Street wall, Digging out columns 30 & 32 |
| | CSRG scrapping Fences & painting & cleaning signs |
| | Owner said He was sorry For yesterday. |
| | Rebar shops Received column & shear walls |
| 11/13/09 | Casino - Hand Digging column's 30 & 32 |
| | CSRG - scrap & paint Fence |
| | Vibranylsis set up 3 crack monitors on Aut's Building |
| owners meeting | owner & rep wont let me do buyout or Award subs - Job standstill |
| 11/16/09 | Delivery Rebar For shear walls & columns |
| | Installing Rebar |
| | Vibranylsis Took Base line Readings off crack monitors |

16

| Date | Notes |
|---|---|
| 11/17/09 | Casino Digging & install 4' short wall & column #30 completed Rebar shear wall<br>Vibranylsis took base line readings Aui's basement from crack monitors<br>Told Arch & owner need elev drawings & top & bott rebar shops returned, Job almost at standstill. |
| 11/18/09 | Oiled plywood deck due to weather coming in<br>Received approved as noted ground floor S01 & S02 Rebar shops, sent Email to casino get ordered<br>Casino wants Funding before they release rebar into fabrication. again owner delaying project |
| 11/19/09 | Sent approved as noted shop drawings S01 & S02 Ground floor Rebar back to casino.<br>Completed oiling of deck & posted signs, told owner need to award subs for the 100th time, can't proceed with project.<br>Waiting on all Ground Floor Rebar, - Billy told me that casino doesn't want to release rebar to fabrication until they get funded |
| 11/20/09 | Pumping water in elev pits & working on corner at Allen footings & Rebar columns. |
| 11/21 – 11/25 | No activity on site, waiting on ground floor rebar delivery, don't believe its ordered by casino funding issue. |
| 11/25/09 | Ben owner says he has hired new owner's rep Nick starts Monday 30th<br>Still owner won't allow me to proceed with awarding subs. |
| 11/25 – 11/29 | Still waiting on first floor deck rebar delivery casino wants funding. |

| Date | Notes |
|---|---|
| 11/30/09 | Fence fell down Allen Street over weekend due to high winds, no one called me, city issued SWO, need to repair fence, call city for re-inspection to lift SWO<br>Nick on site as new owner's Rep<br>Told owner Ben to get Dumpster to site & need labors<br>Owner has taken all General Conditions & Requirements away says he will do himself, explained contract doesn't allow him to do this, but he doesn't care |
| 12/1/09 | City Inspector around all morning, fence was repaired no longer issue, city now requires Fire Watch & drawing from Arch for Fire Egress issue (new issue brought up)<br>Site safety fired by owner<br>Interviewed new company<br>Received Full Stop work order from DOB |
| 12/2/09 | Casino - Removed Excavator from site |

17