# Exhibit 16

NEW YORK STATE SUPREME COURT
COUNTY OF NEW YORK

-----------------------------------------------------------------------x

ORCHARD HOTEL, LLC,

                Plaintiff,

     -against-                        Index No. 850044/2011

D.A.B. GROUP, LLC; ORCHARD CONSTRUCTION,
LLC; FLINTLOCK CONSTRUCTION SERVICES
LLC; JJ K MECHANICAL INC.; EDWARD MILLS &
ASSOCIATES, ARCHITECTS PC; CASINO
DEVELOPMENT GROUP, INC.; CITYWIDE           AFFIDAVIT OF
CONSTRUCTION WORKS INC.; EMPIRE TRANSIT     JOANNE B. GALLO
MIX INC.; MARJAM SUPPLY CO., INC.;
ROTAVELE ELEVATOR INC.; SMK ASSOCIATES
INC.; FJF ELECTRICAL CO. INC.; CITY OF NEW
YORK; NEW YORK STATE DEPARTMENT OF
TAXATION & FINANCE; LEONARD B. JOHNSON;
CITY OF NEW YORK ENVIRONMENTAL
CONTROL BOARD; BROOKLYN FEDERAL
SAVINGS BANK; STATE BANK OF TEXAS and
JOHN DOE #1 through JOHN DOE #100, the last 100
names being fictitious, their true identities unknown to
plaintiffs, and intended to be the tenants, occupants,
persons or corporations, if any, having or claiming an
interest in or lien upon the premises described in the
complaint,

                Defendants.

-----------------------------------------------------------------------x

JOANNE B. GALLO, being duly sworn, deposes and says:

1.     I am an employee of Investors Bank, successor-in-interest to Brooklyn Federal

Savings Bank ("BFSB"). I was Senior Vice President and Chief Credit Officer at BFSB until

January 2012. The facts set forth herein are based upon my personal knowledge and/or my

review of certain business records detailed below.

2.     On or about November 8, 2007, BFSB provided $5.5 million in financing (the

"Project Loan") to D.A.B. Group, LLC ("Borrower") for development of a boutique hotel at 139-

141 Orchard Street, New York, New York.

3. The Project Loan was secured by a Mortgage Consolidation, Extension, Modification and Security Agreement, dated November 8, 2007, by Borrower, as Mortgagor, in favor of BFSB, as Mortgagee (the "Project Loan Mortgage"), a true and accurate copy of which is attached hereto as Exhibit A. The Project Loan Mortgage was duly recorded in the Office of the New York City Register on December 3, 2007 at CRFN 2007000596685, as evidenced by the Recording and Endorsement Cover Page contained in Exhibit A.

4. Attached hereto as Exhibit B is a true and accurate copy of the loan history report for the Project Loan (Note 18-010521-3). The loan history report is a computer generated document that itemizes all transactions involving the loan. Each transaction is recorded contemporaneously in BFSB's electronic ledger, which is the source of the information contained in Exhibit B. Loan history reports are made and kept in the ordinary course of BFSB's regularly conducted business and it is BFSB's regular practice to make such loan history reports.

5. As Exhibit B shows, BFSB advanced $5,500,000.00 to Borrower on November 8, 2007.

6. Exhibit B further shows that the final maturity date of the Project Loan was March 1, 2011. As of June 17, 2011, the date on which the Project Loan and Mortgage were assigned to Orchard Hotel, LLC ("Mortgagee") as set forth below, no payments were made against the loan principal, and the full principal amount of $5,500,000.00 remained outstanding. The principal payments shown on June 17, 2011 in Exhibit B reflect the elimination of the Project Loan from BFSB's records.

7. On or about August 21, 2008, BFSB provided additional financing to Borrower in an amount up to $19.05 million for construction of the hotel (the "Building Loan," and together with the Project Loan, the "Loans").

#3641274 v5 \022022 \0004

2

8.     The Building Loan was secured by a Building Loan Mortgage and Security Agreement, dated August 21, 2008, by Borrower, as Mortgagor, in favor of BFSB, as Mortgagee (the "Building Loan Mortgage"), a true and accurate copy of which is attached hereto as Exhibit C. The Building Loan Mortgage was duly recorded in the Office of the New York City Register on September 12, 2008 at CRFN 2008000362276, as evidenced by the Recording and Endorsement Cover Page contained in Exhibit C.

9.     In connection with the Building Loan Mortgage, Borrower executed a Notice of Lending pursuant to Lien Law § 73, a true and accurate copy of which is attached hereto as Exhibit D.  The Notice of Lending was duly recorded in the Office of the New York City Register on September 12, 2008 at CRFN 2008000362278, as evidenced by the Recording and Endorsement Cover Page contained in Exhibit D.

10.     Attached hereto as Exhibit E is a true and accurate copy of the loan history report for the Building Loan (Note 18-010588-2).  The loan history report is a computer generated document that itemizes all transactions involving the loan.  Each transaction is recorded contemporaneously in BFSB's electronic ledger, which is the source of the information contained in Exhibit E.  Loan history reports are made and kept in the ordinary course of BFSB's regularly conducted business and it is BFSB's regular practice to make such loan history reports.

11.     As Exhibit E shows, BFSB advanced $1,602,739.58 to Borrower on August 21, 2008, followed by additional advances.  The following are the dates and amounts of each advance under the Building Loan:

| Date | Amount |
|------|--------|
| 08/21/08 | 1,602,739.58 |
| 09/04/08 | 3,795.37 |
| 09/04/08 | 42,815.97 |
| 10/03/08 | 35,520.83 |
| 10/03/08 | 10,621.96 |

| | |
|---|---|
| 10/16/08 | 165,042.00 |
| 11/05/08 | 36,704.86 |
| 11/05/08 | 11,863.67 |
| 12/01/08 | 330,555.00 |
| 12/03/08 | 12,287.81 |
| 12/03/08 | 35,520.84 |
| 12/22/08 | 211,873.77 |
| 12/22/08 | 349,605.00 |
| 01/06/09 | 16,453.83 |
| 01/06/09 | 36,704.86 |
| 02/04/09 | 19,310.30 |
| 02/04/09 | 36,704.86 |
| 03/04/09 | 17,794.72 |
| 03/04/09 | 33,152.78 |
| 04/03/09 | 20,048.44 |
| 04/03/09 | 36,704.86 |
| 04/06/09 | 76,250.00 |
| 04/28/09 | 398,328.03 |
| 05/05/09 | 35,520.83 |
| 05/05/09 | 20,186.04 |
| 06/03/09 | 24,208.29 |
| 06/03/09 | 36,704.86 |
| 07/03/09 | 35,520.84 |
| 07/03/09 | 23,592.03 |
| 08/05/09 | 36,704.86 |
| 08/05/09 | 24,774.57 |
| 09/03/09 | 25,157.37 |
| 09/03/09 | 36,704.86 |
| 10/05/09 | 24,769.97 |
| 10/05/09 | 35,520.83 |
| 11/04/09 | 25,973.59 |
| 11/04/09 | 36,704.86 |
| 12/03/09 | 25,550.30 |
| 12/03/09 | 35,520.84 |
| 01/06/10 | 36,704.86 |
| 01/06/10 | 26,825.08 |
| 09/02/10 | 27,275.34 |
| 09/02/10 | 27,275.34 |
| 09/02/10 | 36,704.86 |
| 09/02/10 | 36,704.86 |
| 09/17/10 | 397,538.28 |
| 10/26/10 | 28,392.50 |

4

| | |
|---|---|
| 10/26/10 | 35,520.83 |
| 10/27/10 | 212,440.08 |
| 11/03/10 | 30,782.31 |
| 11/03/10 | 36,704.86 |
| 11/09/10 | 489,030.32 |
| 12/01/10 | 612,529.70 |
| 12/03/10 | 34,608.25 |
| 12/03/10 | 35,520.84 |
| 12/16/10 | 521,891.98 |
| 01/05/11 | 42,663.81 |
| 01/05/11 | 36,704.86 |
| 01/26/11 | 530,234.75 |
| 02/03/11 | 44,840.60 |
| 02/03/11 | 36,704.86 |
| 02/16/11 | 539,995.39 |
| 03/02/11 | 46,411.62 |
| 03/02/11 | 33,152.78 |
| Total | 7,960,673.24 |

12.    Exhibit E further shows that the final maturity date of the Building Loan was March 1, 2011. The final two advances on March 2, 2011 were to cover interest payments due on March 1, 2011 and do not reflect an extension of the term of the Loan beyond March 1, 2011. As of June 17, 2011, the date on which the Building Loan and Mortgage were assigned to Mortgagee as set forth below, no payments were made against the loan principal, and the principal amount of $7,960,673.24 remained outstanding. The principal payment shown on June 17, 2011 in Exhibit E reflects the elimination of the Building Loan from BFSB's records.

13.    In or about March 2011, BFSB contracted to assign all of its right, title and interest in and to the Loans. Attached hereto as Exhibit F is a true and accurate copy of the Mortgage Loan Purchase Agreement (the "MLPA") dated as of March 2011 between BFSB, as Seller, and Kor Realty Group, LLC and Maverick Real Estate Partners LLC, as Purchaser. Purchaser subsequently assigned its rights under the MLPA to Mortgagee.

14.    I was authorized to and executed the MLPA on behalf of BFSB.

15.     As set for in Article 3.1(f) and (g) of the MLPA, the Loans each matured on March 1, 2011 and were not extended. (Ex. F at 8).

16.     On June 17, 2011, pursuant to the MLPA, BFSB assigned all of its right, title and interest in and to the Loans to Mortgagee, the successor-in-interest to Kor Realty Group, LLC and Maverick Real Estate Partners LLC.

17.     Attached hereto as Exhibit G is a true and accurate copy of the Assignment of Mortgage and Security Agreement, executed by me, evidencing BFSB's assignment of all of its right, title and interest in and to the Project Loan Mortgage to Mortgagee. This assignment was duly recorded in the Office of the New York City Register on July 7, 2011 at CRFN 2011000239639, as evidenced by the Recording and Endorsement Cover Page contained in Exhibit G.

18.     Attached hereto as Exhibit H is a true and accurate copy of the Assignment of Mortgage and Security Agreement, executed by me, evidencing BFSB's assignment of all of its right, title and interest in and to the Building Loan Mortgage to Mortgagee. This assignment was duly recorded in the Office of the New York City Register on July 7, 2011 at CRFN 2011000239638, as evidenced by the Recording and Endorsement Cover Page contained in Exhibit H.

Joanne B. Gallo

Sworn to before me this
3rd day of February, 2012

Notary Public

AMELITA C. COSIO
NOTARY PUBLIC, State of New York
No. 01CO6120178
Qualified in Queens County
Commission Expires December 13, 20 13

6

# EXHIBIT B

| CLNIH | 2235 | | BROOKLYN FEDERAL SAVINGS BANK | | | | 02/03/2G12 |
|---|---|---|---|---|---|---|---|
| ACCT: | 0553314542 | | INQUIRE NOTE HISTORY | | | | 10:03 AM |
| NOTE: | 018010521 3 | D.A.B GROUP LLC | | | | | |

| EFF DATE | POST DTE | TRAN | TRAN DESCRIPITN | | TRANSACTION VALUE | | BALANCE AMT/VALUE |
|---|---|---|---|---|---|---|---|
| 06/21/11 | 06/21/11 | 3130 | NOTE STATUS | A | ACTIVE | C | CLOSED |
| 06/21/11 | 06/21/11 | 3130 | NOTE STATUS | X | CHARGED OFF | A | ACTIVE |
| 06/17/11 | 06/20/11 | 3130 | NOTE STATUS | H | NON-ACCRUAL | X | CHARGED OFF |
| 06/17/11 | 06/20/11 | *375 | C/O CUST L/C | | 10,833.84- | | |
| 06/17/11 | 06/20/11 | *362 | C/O CUST INT | | 128,923.75- | | |
| 06/17/11 | 06/20/11 | *365 | C/O CUST PRIN | | 1,623,913.42- | | 0.00 |
| 06/17/11 | 06/20/11 | 0358 | INT ADJ DEC | | .02- | | |
| 06/17/11 | 06/20/11 | 0312 | INT ADJ DEC | | 2,503.31- | | |
| 06/17/11 | 06/20/11 | *352 | PRIN PMT | | 3,876,086.58- | | 1,623,913.42 |
| 06/15/11 | 06/15/11 | 0346 | INT PMT REV | | 1,775.73 | | |
| 06/15/11 | 06/15/11 | R0354 | INT PMT | | 1,775.73- | | |
| 03/02/11 | 03/02/11 | 0354 | INT PMT | | 33,152.78- | | |
| 02/03/11 | 02/03/11 | 0354 | INT PMT | | 36,704.86- | | |
| 01/05/11 | 01/05/11 | 0354 | INT PMT | | 36,704.86- | | |
| 12/03/10 | 12/03/10 | 0354 | INT PMT | | 35,520.84- | | |
| 12/03/10 | 12/03/10 | 0346 | INT PMT REV | | 35,520.84 | | |
| 12/03/10 | 12/03/10 | R0354 | INT PMT | | 35,520.84- | | |

COMMAND:                     ACCT:                              PLUS:

                                                    S      D W F E      02

```
CLNIH     2235              BROOKLYN FEDERAL SAVINGS BANK              02/03/2012
ACCT:     0553314542            INQUIRE NOTE HISTORY                   10:04 AM
NOTE:     018010S213 D.A.B GROUP LLC

EFF DATE  POST DTE   TRAN  TRAN DESCRIPTN    TRANSACTION VALUE   BALANCE  AMT/VALUE
12/03/10  12/03/10  R0354  INT PMT                35,520.84-
11/03/10  11/03/10   0354  INT PMT                36,704.86-
10/26/10  10/26/10   0354  INT PMT                35,520.83-
10/12/10  10/12/10   0326  00001 L/C ASSMT         1,776.04
09/02/10  09/02/10   0354  INT PMT                36,704.86-
09/02/10  09/02/10   0354  INT PMT                36,704.86-
09/02/10  09/02/10   3152  RENEWAL NUMBER  004                005
09/02/10  09/02/10   3010  CURRENT MATURIT 09/01/2010          03/01/2011
09/02/10  09/02/10   3013  CURRENT NOTE DA 03/25/2010          09/01/2010
08/17/10  08/17/10   0354  INT PMT                35,520.84-
08/17/10  08/17/10   0354  INT PMT                36,704.86-
08/17/10  08/17/10   0354  INT PMT                35,520.83-
08/11/10  08/11/10   0326  00001 L/C ASSMT         1,835.24
07/12/10  07/12/10   0326  00001 L/C ASSMT         1,776.04
06/11/10  06/11/10   0326  00001 L/C ASSMT         1,835.24
05/26/10  05/26/10   3130  NOTE STATUS     A       ACTIVE     D    DELINQUENT
05/11/10  05/11/10   0326  00001 L/C ASSMT         1,776.04
COMMAND:                   ACCT:                   PLUS:      S    D U F E     02

Exit  Refresh  Bwd  Fwd  Previous Menu  Main Menu                  Submit  Cancel
                                                               02-03-2012  10:05:41
```

CLNTH   2235                    BROOKLYN FEDERAL SAVINGS BANK                    02/03/2012
ACCT:   0553314542                  INQUIRE NOTE HISTORY                        10:04 AM
NOTE:   018010521 3 D.A.B GROUP LLC

| EFF DATE | POST DTE | TRAN | TRAN DESCRIPTN | TRANSACTION VALUE | | BALANCE AMT/VALUE |
|---|---|---|---|---|---|---|
| 05/11/10 | 05/11/10 | 0326 | 00001 L/C ASSMT | 1,776.04 | | |
| 04/16/10 | 04/16/10 | 0354 | INT PMT | 36,704.86- | | |
| 04/12/10 | 04/12/10 | 0326 | 00001 L/C ASSMT | 1,835.24 | | |
| 04/01/10 | 06/30/10 | 3130 | NOTE STATUS | D DELINQUENT | H | NON-ACCRUAL |
| 03/25/10 | 03/25/10 | 3130 | NOTE STATUS | D DELINQUENT | A | ACTIVE |
| 03/25/10 | 03/25/10 | 3152 | RENEWAL NUMBER | 003 | 004 | |
| 03/25/10 | 03/25/10 | 3010 | CURRENT MATURIT | 03/01/2010 | | 09/01/2010 |
| 03/25/10 | 03/25/10 | 3013 | CURRENT NOTE DA | 07/31/2009 | | 03/25/2010 |
| 03/19/10 | 03/19/10 | 0375 | 00001 L/C PMT | 1,657.64- | | |
| 03/19/10 | 03/19/10 | 0375 | 00001 L/C PMT | 1,835.24- | | |
| 03/19/10 | 03/19/10 | 0354 | INT PMT | 33,152.78- | | |
| 03/19/10 | 03/19/10 | 0325 | 00001 L/C ASSMT | 1,657.64 | | |
| 03/02/10 | 03/02/10 | 3130 | NOTE STATUS | A ACTIVE | D | DELINQUENT |
| 02/19/10 | 02/19/10 | 0354 | INT PMT | 36,704.86- | | |
| 02/11/10 | 02/11/10 | 0326 | 00001 L/C ASSMT | 1,835.24 | | |
| 01/06/10 | 01/06/10 | 0354 | INT PMT | 36,704.86- | | |
| 12/03/09 | 12/03/09 | 0354 | INT PMT | 35,520.84- | | |

COMMAND:
ACCT:                                              PLUS:        S        D W F E        02

Exit   Refresh   Bwd   Fwd   Previous Menu   Main Menu                          Submit   Cancel

```
CLNIH    2235              BROOKLYN FEDERAL SAVINGS BANK          02/03/2012
ACCT:   055314542            INQUIRE NOTE HISTORY                 10:04 AM
NOTE:   018010521 D.A.B GROUP LLC

EFF DATE POST DTE  TRAN TRAN DESCRIPTN   TRANSACTION VALUE  BALANCE AMT/VALUE
12/03/09 12/03/09  0354 INT PMT              35,520.84-
11/04/09 11/04/09  0354 INT PMT              36,704.86-
10/05/09 10/05/09  0354 INT PMT              35,520.83-
09/03/09 09/03/09  0354 INT PMT              36,704.86-
08/05/09 08/05/09  0354 INT PMT              36,704.86-
07/31/09 07/31/09  3152 RENEWAL NUMBER  002                      003
07/31/09 07/31/09  3010 CURRENT MATURIT 09/01/2009               03/01/2010
07/31/09 07/31/09  3013 CURRENT NOTE DA 08/21/2008               07/31/2009
07/03/09 07/03/09  0354 INT PMT              35,520.84-
06/03/09 06/03/09  0354 INT PMT              36,704.86-
05/05/09 05/05/09  0354 INT PMT              35,520.83-
04/03/09 04/03/09  0354 INT PMT              36,704.86-
03/04/09 03/04/09  0354 INT PMT              33,152.78-
02/04/09 02/04/09  0354 INT PMT              36,704.86-
01/06/09 01/06/09  0354 INT PMT              36,704.86-
12/03/08 12/03/08  0354 INT PMT              35,520.84-
11/05/08 11/05/08  0354 INT PMT              36,704.86-
COMMAND:                   ACCT:                          PLUS:

                                              S    D W F F E          02

Exit  Refresh  Bwd  Fwd  Previous Menu  Main Menu                  Submit  Cancel

                                                          02-03-2012  10:05:59
```

```
CLNIH     2235              BROOKLYN FEDERAL SAVINGS BANK              02/03/2012
ACCT:     0553314542              INQUIRE NOTE HISTORY                 10:04 AM
NOTE:     018015213  D.A.B  GROUP LLC

EFF DATE  POST DTE  TRAN  TRAN DESCRIPTN    TRANSACTION VALUE  BALANCE  AMT/VALUE
11/05/08  11/05/08  0354  INT PMT                36,704.86-
10/03/08  10/03/08  0354  INT PMT                35,520.83-
09/04/08  09/04/08  0354  INT PMT                42,815.97-
08/22/08  08/22/08  0312  INT ADJ DEC               305.56-
08/22/08  08/22/08  3152  RENEWAL NUMBER      001              002
08/22/08  08/22/08  3010  CURRENT MATURIT  12/01/2008          09/01/2009
08/22/08  08/22/08  3013  CURRENT NOTE DA  04/25/2008          08/21/2008
08/21/08  08/22/08  3113  INTEREST RATE     9.750000           7.750000
08/21/08  08/22/08  3116  PRIME POINTS      1.500000           1.750000
08/05/08  08/05/08  0354  INT PMT                46,177.09-
07/05/08  07/04/08  0354  INT PMT                44,687.50-
06/05/08  06/05/08  0354  INT PMT                46,177.08-
05/05/08  05/05/08  0354  INT PMT                44,687.50-
04/25/08  04/25/08  3108  RENEWAL AMOUNT              .00      5,500,000.00
04/25/08  04/25/08  3152  RENEWAL NUMBER      000              001
04/25/08  04/25/08  3010  CURRENT MATURIT  06/01/2008          12/01/2008
04/25/08  04/25/08  3013  CURRENT NOTE DA  11/08/2007          04/25/2008
COMMAND: [                             ]   PLUS: [      ]   S   D W F E   02
                ACCT: [          ]
```

```
CLNIH     2235                BROOKLYN FEDERAL SAVINGS BANK              02/03/2012
ACCT:     0553314542             INQUIRE NOTE HISTORY                    10:04 AM
NOTE:     018010521 3 D.A.B GROUP LLC

EFF DATE  POST DTE  TRAN TRAN DESCRIPTN   TRANSACTION VALUE   BALANCE AMT/VALUE
04/25/08  04/25/08  3013 CURRENT NOTE DA  11/08/2007          04/25/2008
04/05/08  04/05/08  0354 INT PMT                 46,177.08-
03/05/08  03/05/08  0354 INT PMT                 43,197.92-
02/05/08  02/05/08  0354 INT PMT                 46,177.08-
01/29/08  01/29/08  0332 00008 FASB FEES          9,430.00
01/05/08  01/05/08  0354 INT PMT                 46,177.08-
11/08/07  11/09/07  0354 INT PMT                 34,260.42-
11/08/07  11/09/07  0302 INT ADJ INC             1,489.58
11/08/07  11/09/07  0342 ADVANCE              5,500,000.00    5,500,000.00


COMMAND: [            ] ACCT: [            ]       PLUS: [            ]
01022 - NO MORE RECORDS                                          S    D W F E    02

 Exit  Refresh  Bwd  Fwd  Previous Menu  Main Menu               Submit  Cancel
01022: NO MORE RECORDS                                           02-03-2012 10:06:11
```

# EXHIBIT E

```
CLNIH    2235              BROOKLYN FEDERAL SAVINGS BANK          02/03/2012
ACCT:    0553314542          INQUIRE NOTE HISTORY                 10:05 AM
NOTE:    0180105882  D.A.B GROUP LLC

EFF DATE  POST DTE   TRAN  TRAN DESCRIPTN   TRANSACTION VALUE   BALANCE  AMT/VALUE
06/20/11  06/20/11   3130  NOTE STATUS     H   NON-ACCRUAL  C   CLOSED
06/17/11  06/20/11   0377  L/C WAIVED              8,150.44-
06/17/11  06/20/11   0358  INT ADJ DEC          183,292.79-
06/17/11  06/20/11   0312  INT ADJ DEC            5,141.27-
06/17/11  06/20/11   0352  PRIN PMT           7,960,673.24-               0.00
06/17/11  06/20/11   0348  INT ADJ INC        7,960,673.24
06/17/11  06/20/11   0354  INT PMT            7,960,673.24-
06/15/11  06/15/11   0354  INT PMT                1,775.73-
03/02/11  03/02/11   0354  INT PMT               46,411.62-
03/02/11  03/02/11   0342  ADVANCE               33,152.78      7,960,673.24
03/02/11  03/02/11   0342  ADVANCE               46,411.62      7,927,520.46
02/16/11  02/16/11   0342  ADVANCE              539,995.39      7,881,108.84
02/03/11  02/03/11   0342  ADVANCE               36,704.86      7,341,113.45
02/03/11  02/03/11   0342  ADVANCE               44,840.60      7,304,408.59
02/03/11  02/03/11   0354  INT PMT               44,840.60-
01/26/11  01/26/11   0342  ADVANCE              530,234.75      7,259,567.99
01/05/11  01/05/11   0354  INT PMT               42,663.81-
COMMAND:             ACCT:                    PLUS:

                                             S           D W F E         02
```

Exit  Refresh  Bwd  Fwd  Previous Menu  Main Menu                    Submit  Cancel

02-03-2012  10:06:27

```
CLNTH    2235                    BROOKLYN FEDERAL SAVINGS BANK              02/03/2012
ACCT:    0553314542                  INQUIRE NOTE HISTORY                   10:05 AM
NOTE:    0180105882  D.A.B GROUP LLC

EFF DATE  POST DTE   TRAN  TRAN DESCRIPTN   TRANSACTION VALUE    BALANCE AMT/VALUE
01/05/11  01/05/11   0354  INT PMT               42,663.81-
01/05/11  01/05/11   0342  ADVANCE               36,704.86        6,729,333.24
01/05/11  01/05/11   0342  ADVANCE               42,663.81        6,692,628.38
12/16/10  12/16/10   0342  ADVANCE              521,891.98        6,649,964.57
12/03/10  12/03/10   0354  INT PMT               34,608.25-
12/03/10  12/03/10   0342  ADVANCE               35,520.84        6,128,072.59
12/03/10  12/03/10   0342  ADVANCE               34,608.25        6,092,551.75
12/01/10  12/01/10   0342  ADVANCE              612,529.70        6,057,943.50
11/09/10  11/09/10   0342  ADVANCE              489,030.32        5,445,413.80
11/03/10  11/03/10   0354  INT PMT               30,782.31-
11/03/10  11/03/10   0342  ADVANCE               36,704.86        4,956,383.48
11/03/10  11/03/10   0342  ADVANCE               30,782.31        4,919,678.62
10/27/10  10/27/10   0342  ADVANCE              212,440.08        4,888,896.31
10/26/10  10/26/10   0354  INT PMT               28,392.50-
10/26/10  10/26/10   0342  ADVANCE               35,520.83        4,676,456.23
10/26/10  10/26/10   0342  ADVANCE               28,392.50        4,640,935.40
10/12/10  10/12/10   0326  000Q01 L/C ASSMT       1,419.62

COMMAND:                 ACCT:                      PLUS:        S      D W F E      02
```

```
CLNIH    2235              BROOKLYN FEDERAL SAVINGS BANK          02/03/2012
ACCT:    0553314542           INQUIRE NOTE HISTORY                10:05 AM
NOTE:    0180105882 D.A.B GROUP LLC

EFF DATE  POST DTE  TRAN TRAN DESCRIPTN    TRANSACTION VALUE   BALANCE AMT/VALUE
10/12/10  10/12/10  0326 00001 L/C ASSMT        1,419.62
09/17/10  09/17/10  0342 ADVANCE              397,538.28       4,612,542.90
09/02/10  09/02/10  0354 INT PMT              27,275.34-
09/02/10  09/02/10  0354 INT PMT              27,275.34-
09/02/10  09/02/10  0342 ADVANCE               36,704.86       4,215,004.62
09/02/10  09/02/10  0342 ADVANCE               36,704.86       4,178,299.76
09/02/10  09/02/10  0342 ADVANCE               27,275.34       4,141,594.90
09/02/10  09/02/10  0342 ADVANCE               27,275.34       4,114,319.56
09/02/10  09/02/10  3152 RENEWAL NUMBER  002                   003
09/02/10  09/02/10  3010 CURRENT MATURIT 09/01/2010            03/01/2011
09/02/10  09/02/10  3013 CURRENT NOTE DA 03/25/2010            09/01/2010
08/17/10  08/17/10  0354 INT PMT               26,395.50-
08/17/10  08/17/10  0354 INT PMT               27,275.34-
08/17/10  08/17/10  0354 INT PMT               26,395.50-
08/11/10  08/11/10  0326 00001 L/C ASSMT        1,363.76
07/12/10  07/12/10  0326 00001 L/C ASSMT        1,319.77
06/11/10  06/11/10  0326 00001 L/C ASSMT        1,363.76
COMMAND:                   ACCT:                    PLUS:          S    D W F E    02

Exit Refresh Bwd Fwd Previous Menu Main Menu                        Submit Cancel
```

```
CLNIH    2235             BROOKLYN FEDERAL SAVINGS BANK              02/03/2012
ACCT:    0553314542            INQUIRE NOTE HISTORY                  10:05 AM
NOTE:    0180105882  D.A.B GROUP LLC

EFF DATE  POST DTE   TRAN  TRAN DESCRIPTN      TRANSACTION VALUE   BALANCE AMT/VALUE
06/11/10  06/11/10   0326  00001 L/C ASSMT          1,363.76
05/26/10  05/26/10   3130  NOTE STATUS        A     ACTIVE         D     DELINQUENT
05/11/10  05/11/10   0326  00001 L/C ASSMT          1,319.77
04/16/10  04/16/10   0354  INT PMT                 27,275.33-
04/12/10  04/12/10   0326  00001 L/C ASSMT          1,363.76
04/01/10  06/30/10   3130  NOTE STATUS        D     DELINQUENT     H     NON-ACCRUAL
03/25/10  03/25/10   3130  NOTE STATUS        D     DELINQUENT     A     ACTIVE
03/25/10  03/25/10   3152  RENEWAL NUMBER     001                  002
03/25/10  03/25/10   3010  CURRENT MATURIT  03/01/2010             09/01/2010
03/25/10  03/25/10   3013  CURRENT NOTE DA  07/31/2009             03/25/2010
03/19/10  03/19/10   0375  00001 L/C PMT           1,231.79-
03/19/10  03/19/10   0375  00001 L/C PMT           1,360.34-
03/19/10  03/19/10   0354  INT PMT                24,635.80-
03/19/10  03/19/10   0325  00001 L/C ASSMT          1,231.79
03/02/10  03/02/10   3130  NOTE STATUS        A     ACTIVE         D     DELINQUENT
02/19/10  02/19/10   0354  INT PMT                27,206.96-
02/11/10  02/11/10   0326  00001 L/C ASSMT          1,360.34
COMMAND:             ACCT:                          PLUS:
                                                         S        D W F E    02

Exit  Refresh  Bwd  Fwd  Previous Menu  Main Menu                 Submit  Cancel
                                                          02-03-2012 10:06:55
```

CLNIH   2235                    BROOKLYN FEDERAL SAVINGS BANK              02/03/2012
ACCT:   0553314542                 INQUIRE NOTE HISTORY                   10:06 AM
NOTE:   0180105882  D.A.B  GROUP LLC

| EFF DATE | POST DTE | TRAN | TRAN DESCRIPTN | TRANSACTION VALUE | BALANCE AMT/VALUE |
|---|---|---|---|---|---|
| 02/11/10 | 02/11/10 | 0326 | 00001 L/C ASSMT | 1,360.34 | |
| 01/06/10 | 01/06/10 | 0342 | ADVANCE | 26,825.08 | 4,087,044.22 |
| 01/06/10 | 01/06/10 | 0354 | INT PMT | 26,825.08- | |
| 01/06/10 | 01/06/10 | 0342 | ADVANCE | 36,704.86 | 4,060,219.14 |
| 12/03/09 | 12/03/09 | 0342 | ADVANCE | 35,520.84 | 4,023,514.28 |
| 12/03/09 | 12/03/09 | 0354 | INT PMT | 25,550.30- | |
| 12/03/09 | 12/03/09 | 0342 | ADVANCE | 25,550.30 | 3,987,993.44 |
| 11/04/09 | 11/04/09 | 0342 | ADVANCE | 36,704.86 | 3,962,443.14 |
| 11/04/09 | 11/04/09 | 0354 | INT PMT | 25,973.59- | |
| 11/04/09 | 11/04/09 | 0342 | ADVANCE | 25,973.59 | 3,925,738.28 |
| 10/05/09 | 10/05/09 | 0342 | ADVANCE | 35,520.63 | 3,899,764.69 |
| 10/05/09 | 10/05/09 | 0354 | INT PMT | 24,769.97- | |
| 10/05/09 | 10/05/09 | 0342 | ADVANCE | 24,769.97 | 3,864,243.86 |
| 09/03/09 | 09/03/09 | 0342 | ADVANCE | 36,704.86 | 3,839,473.89 |
| 09/03/09 | 09/03/09 | 0354 | INT PMT | 25,157.37- | |
| 09/03/09 | 09/03/09 | 0342 | ADVANCE | 25,157.37 | 3,802,769.03 |
| 08/05/09 | 08/05/09 | 0342 | ADVANCE | 24,774.57 | 3,777,611.66 |

COMMAND:                                 PLUS:      S         D W F E       02

Exit  Refresh  Bwd  Fwd  Previous Menu  Main Menu                Submit  Cancel

02-03-2012 10:07:08

```
CLNIH    2235                BROOKLYN FEDERAL SAVINGS BANK              02/03/2012
ACCT:    0553314542              INQUIRE NOTE HISTORY                   10:06 AM
NOTE:    0180105882  D.A.B GROUP LLC

EFF DATE  POST DTE   TRAN  TRAN DESCRIPTN   TRANSACTION VALUE   BALANCE AMT/VALUE
08/05/09  08/05/09   0342  ADVANCE              24,774.57        3,777,611.66
08/05/09  08/05/09   0354  INT PMT              24,774.57-
08/05/09  08/05/09   0342  ADVANCE              36,704.86        3,752,837.09
07/31/09  07/31/09   3108  RENEWAL AMOUNT             .00       19,050,000.00
07/31/09  07/31/09   3152  RENEWAL NUMBER     000                001
07/31/09  07/31/09   3010  CURRENT MATURIT 09/01/2009             03/01/2010
07/31/09  07/31/09   3013  CURRENT NOTE DA 08/21/2008             07/31/2009
07/03/09  07/03/09   0354  INT PMT              23,592.03-
07/03/09  07/03/09   0342  ADVANCE              23,592.03        3,716,132.23
07/03/09  07/03/09   0342  ADVANCE              35,520.84        3,692,540.20
06/03/09  06/03/09   0342  ADVANCE              36,704.86        3,657,019.36
06/03/09  06/03/09   0354  INT PMT              24,208.29-
06/03/09  06/03/09   0342  ADVANCE              24,208.29
05/05/09  05/05/09   0342  ADVANCE              20,186.04        3,620,314.50
05/05/09  05/05/09   0356  ADVANCE REV          20,186.24-       3,596,106.21
05/05/09  05/05/09   0342  ADVANCE              35,520.83        3,575,920.17
05/05/09  05/05/09   0354  INT PMT              20,166.04-       3,596,106.41
COMMAND:                ACCT:              PLUS:
                                                  S           D W F E    02

Exit  Refresh  Bwd  Fwd  Previous Menu  Main Menu              Submit  Cancel
                                                            02-03-2012  10:07:38
```

```
CLNTH     2235              BROOKLYN FEDERAL SAVINGS BANK        02/03/2012
ACCT:     0553314542           INQUIRE NOTE HISTORY             10:06 AM
NOTE:     0180105882 D.A.B GROUP LLC

EFF DATE  POST DTE  TRAN  TRAN DESCRIPTN   TRANSACTION VALUE   BALANCE AMT/VALUE
05/05/09  05/05/09  0354  INT PMT               20,186.04-
05/05/09  05/05/09  R0342 ADVANCE               20,186.24       3,560,585.58
04/28/09  04/28/09  0342  ADVANCE              398,328.03       3,540,399.34
04/06/09  04/06/09  0342  ADVANCE               76,250.00       3,142,071.31
04/03/09  04/03/09  0342  ADVANCE               36,704.86       3,065,821.31
04/03/09  04/03/09  0354  INT PMT               20,048.44-
04/03/09  04/03/09  0342  ADVANCE               20,048.44       3,029,116.45
03/04/09  03/04/09  0342  ADVANCE               33,152.78       3,009,068.01
03/04/09  03/04/09  0354  INT PMT               17,794.72-
03/04/09  03/04/09  0342  ADVANCE               17,794.72       2,975,915.23
02/04/09  02/04/09  0342  ADVANCE               36,704.86       2,958,120.51
02/04/09  02/04/09  0354  INT PMT               19,310.30-
02/04/09  02/04/09  0342  ADVANCE               19,310.30       2,921,415.65
01/06/09  01/06/09  0342  ADVANCE               36,704.86       2,902,105.35
01/06/09  01/06/09  0354  INT PMT               16,453.83-
01/06/09  01/06/09  0342  ADVANCE               16,453.83       2,865,400.49
12/22/08  12/22/08  0342  ADVANCE              349,605.00       2,848,946.66

COMMAND:                                    PLUS:          S    D W F E         02
```

Exit   Refresh   Bwd   Fwd   Previous Menu   Main Menu          Submit   Cancel

02-03-2012 10:07:48

```
CLNIH    2235              BROOKLYN FEDERAL SAVINGS BANK              02/03/2012
ACCT:    0553314542            INQUIRE NOTE HISTORY                   10:06 AM
NOTE:    0180105882 D.A.B GROUP LLC

EFF DATE  POST DTE  TRAN  TRAN DESCRIPTN  TRANSACTION VALUE   BALANCE AMT/VALUE
12/22/08  12/22/08  0342  ADVANCE             349,605.00        2,848,946.66
12/22/08  12/22/08  0342  ADVANCE             211,873.77        2,499,341.66
12/03/08  12/03/08  0342  ADVANCE              35,520.84        2,287,467.89
12/03/08  12/03/08  0354  INT PMT              12,287.81-
12/03/08  12/03/08  0342  ADVANCE              12,287.81        2,251,947.05
12/01/08  12/01/08  0342  ADVANCE             330,555.00        2,239,659.24
11/05/08  11/05/08  0342  ADVANCE              11,863.67        1,909,104.24
11/05/08  11/05/08  0354  INT PMT              11,863.67-
11/05/08  11/05/08  0342  ADVANCE              36,704.86        1,897,240.57
10/16/08  10/16/08  0342  ADVANCE             165,042.00        1,860,535.71
10/03/08  10/03/08  0354  INT PMT              10,621.96-
10/03/08  10/03/08  0342  ADVANCE              10,621.96        1,695,493.71
10/03/08  10/03/08  0342  ADVANCE              35,520.83        1,684,871.75
09/04/08  09/04/08  0342  ADVANCE              42,815.97        1,649,350.92
09/04/08  09/04/08  0354  INT PMT               3,795.37-
09/04/08  09/04/08  0342  ADVANCE               3,795.37        1,606,534.95
08/22/08  08/22/08  3123  PRIME INDEX IND 0000                 0001  WALL STREET
COMMAND: ___             ACCT:___                PLUS: ___    S      D W F E    02
```

CLNIH    2235                    BROOKLYN FEDERAL SAVINGS BANK                    02/03/2012
ACCT:    0553314542                 INQUIRE NOTE HISTORY                         10:06 AM
NOTE:    0180105882  D.A.B GROUP LLC

EFF DATE  POST DTE   TRAN  TRAN DESCRIPTN    TRANSACTION VALUE    BALANCE AMT/VALUE
08/22/08  08/22/08   3123  PRIME INDEX IND   0000                 0001 WALL STREET
08/22/08  08/22/08   3116  PRIME POINTS      0.000000             1.750000
08/22/08  08/22/08   3145  PRIME POINTS IN                        1    POINTS ABOVE
08/22/08  08/22/08   3113  INTEREST RATE     0.000000             7.750000
08/21/08  08/22/08   0302  INT ADJ INC                 345.03
08/21/08  08/22/08   0342  ADVANCE           1,602,739.58         1,602,739.58

COMMAND:  [                ] ACCT: [                ]        PLUS: [            ]   S    D W F E    02

01022 - NO MORE RECORDS

Exit  Refresh  Bwd  Fwd  Previous Menu  Main Menu                          Submit  Cancel

01022 - NO MORE RECORDS