# Exhibit 17

ATT, GEORG- OUGANOS

718 855-0114

# D.A.B. GROUP LLC
88 W HAWTHORNE AVENUE
VALLEY STREAM, NY 11580
516-825-5577
FAX 516-825-7379

September 1, 2010

Brooklyn Federal Savings Bank
78 Livingston Street
Brooklyn, NY 11201

**Account #:**    55-3314542
**Note #:**    18-010521-3 / 18-010588-2

To Whom It May Concern:

This letter is to inform you of my request for a 6-month renewal option on the above referenced loan.

Sincerely,

Ben Zhavian        10/7/10