# Exhibit 20

14-12057-scc    Doc 120-20    Filed 03/13/15    Entered 03/13/15 18:07:40    Exhibit 20
Pg 2 of 2

Nov 01 11 10:42p    B    212-214-0402    p.1

139 Orchard Street - Yahoo! Mail    Page 1 of 1



## YAHOO! MAIL Classic

**139 Orchard Street**    Tuesday, August 24, 2010 12:19 AM

From: "Jack Rosenfield" <jackrosenfield135@gmail.com>
To: "ben zhavi" <dabgroupllc@yahoo.com>, "Andrew Glass" <andrew@agmbco.com>
Cc: "Gallo, Joanne" <jgallo@brooklynbank.com>, "David Keusch" <dkeusch@kandfllp.com>,
"Sushil Patel" <scpatel@statebnk.com>

Ben,
Per our discussion today.
We understand your concerns regarding the two-party checks. for construction draws

As we discussed, the reason for this procedure is to insure that the key parties are paid and to avoid funding disputes which could delay construction.
In order to resolve this issue Joanne Gallo and I have agreed that if all goes well and you have obtained your extension from the BSA in November that we will make a request to the Loan Workout Committee to return to single party check on construction draws starting after January ', 2011.

It is our most sincere wish that the construction goes smoothly and that a year and a half from now we are celebrating your hotel!

Jack
718-855-8500 x 1139

—
Jack M. Rosenfield
Independent CRE Workout Consultant
917-748-0062