# Exhibit 24

| | |
|---|---|
| To: | Loan Workout Committee |
| From: | Loan Workout Department |
| Date: | March 22, 2011 |
| Request: | <u>Withdrawal of Extension Request</u><br>DAB Group LLC<br>Account # 55-3314542<br>Loan # 18-010521-3 / 18-0105882<br>139-141 Orchard St., New York, NY, 10002<br>Developer/Guarantor: Zvi Zhavian |

Due to significant issues concerning the guarantors' honesty we are requesting to withdraw the previously approved extension request.

On several occasions we have caught him diverting money he has been given via construction loan advances which has been brought to our attention by the contractor who failed to be paid. The guarantor has also fired one general contractor who now has a $403M lien on the property and, we have heard from sources that he is intending to fire the current contractor as well.

We now have an offer of 94% of the outstanding balance with no discount on the undispersed funds, subject to 15 business days due diligence and then a 10% non-refundable deposit and closing in 15 days thereafter. In the event that this deal falls through we have at least two other interested parties at the same price level.

We recommend this sale as a better alternative to disbursing an additional monies and then running the risk of needing takeout financing to repay us or, the considerable risk that Mr. Zhavian, the guarantor/owner, will do something to endanger our position.

LOAN WORKOUT OFFICER:

_____ DATE: 3.23.11
    Joanne G. Gallo

**LOAN WORKOUT COMMITTEE APPROVAL**

COMMITTEE: _____ DATE: 3-23-11
                Daniel Reich

COMMITTEE: _____ DATE: 3\23\11
                Arthur Williams

COMMITTEE: _____ DATE: _____
                John Loconsolo

BF000305