# Exhibit 30

# MAILING ADDRESS VERIFICATION FORM

LOAN #18-010588-2          DATE: August 21, 2008

I would like all correspondence to be sent to the address below:

| Name |
|---|
| **D.A.B. Group LLC** |

| Contact Person |
|---|
| Ben Zhavian |

| Contact Telephone # |
|---|
| (       )          -           |

| Address (number, street, and apt. or suite no#) |
|---|
| ~~154 Acres Road~~   85 WosT Hawthorne Ave |

| City, state, and ZIP code |
|---|
| ~~Monroe, New York 10950~~   Valley Stream NY 11580-6107 |

**Sign Name:** _[signature]_

**Print Name:** Ben Zhavian

*If you should have any questions regarding your Commercial Loan, please contact the Loan Servicing Department at (718) 855-8500. Please select option four.*