# Exhibit 31

DAB GROUP LLC
85 W. Hawthrone Ave.
Valley Stream NY

Tel; 845-782-1647
Fax; 845-783-6538



BROOKLYN SAVING BANK
81 COURT ST.
BROOKLYN NY 11201
**Attn; Marilyn Albrici**

MARC LENO



March 9, 2009

Re; Loan# 0553314542,108105213,180105882

Dear Marilyn,
In response to your letter dated March 2, 2009, I would like to renew the loan with the all the conditions of the loan contract.

Ben Zahavion

# D.A.B. GROUP LLC
88 W HAWTHORNE AVENUE
VALLEY STREAM, NY 11580
516-825-5577
FAX 516-825-7379

March 25, 2010

Brooklyn Federal Savings Bank
78 Livingston Street
Brooklyn, NY 11201

**Account #:**   55-3314542
**Note #:**   18-010521-3 / 18-010588-2

To Whom It May Concern:

This letter is to inform you of my request for a 6-month renewal option on the above referenced loan.

Sincerely,   *Ben Zhavian*

                             3-25-10

Ben Zhavian