# Exhibit 35

**Dockwell, Brett D.**

| | |
|---|---|
| **From:** | Favata & Wallace [fwoffice@aol.com] |
| **Sent:** | Thursday, July 18, 2013 10:08 PM |
| **To:** | Dockwell, Brett D. |
| **Subject:** | Re: Orchard |

Right

Sent from my iPhone

On Jul 18, 2013, at 9:12 PM, "Dockwell, Brett D." <bdockwell@morrisoncohen.com> wrote:

> Bill -- yesterday, we had what I thought was a cordial and professional discussion about a proposed order, the basic points of which you and I agreed to.  I sent you a proposed order reflecting our conversation.  Then, this afternoon, you sent a snide and misleading email attaching an order that you must have known we and probably Jim would never agree to and which made it clear that trying to negotiate a proposed order would likely be fruitless.  You just confirmed that by taking such bizarre umbrage at the five minor corrections on my errata sheet.  I don't think there's anything more for us to discuss on this.
>
> -----Original Message-----
> From: Favata & Wallace [mailto:fwoffice@aol.com]
> Sent: Thursday, July 18, 2013 8:25 PM
> To: Dockwell, Brett D.
> Subject: Re: Orchard
>
> The record is the record there is no reason to change it. You wanted an order I prepare a proper one deal with it I'm now gone until Tuesday on depositions. Signing off.
>
> Sent from my iPhone
>
> On Jul 18, 2013, at 8:17 PM, "Dockwell, Brett D." <bdockwell@morrisoncohen.com> wrote:
>
>> Bill -- what in the world are you talking about?
>>
>>
>> -----Original Message-----
>> From: Favata & Wallace [mailto:fwoffice@aol.com]
>> Sent: Thursday, July 18, 2013 8:13 PM
>> To: Dockwell, Brett D.
>> Cc: Larry Hollander - Flintlock; James G. Marsh
>> Subject: Orchard
>>
>> Brett have Ms Lesser or someone else with authority call me. Do you really want to have an evidentiary hearing before Justice Ramos as to what went on? An errata sheet? Lets cut the BSand get on with the litigation. I have learned a great deal from and about Scharf!  Best regards. Bill.
>>
>> Sent from my iPhone
>> This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message

and all of its attachments. Thank you. Circular 230 Disclaimer: Please note that any tax advice contained in this communication (including attachments) is not intended or written to be used, and it cannot be used, for the purpose of (i) avoiding penalties that may be imposed on you or any taxpayer by the Internal Revenue Service or other tax authorities or (ii) promoting, marketing, or recommending to another party a partnership or other entity, investment plan or arrangement. There is no limitation on the disclosure of the tax treatment or tax structure of the matter discussed herein. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided. > This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you. Circular 230 Disclaimer: Please note that any tax advice contained in this communication (including attachments) is not intended or written to be used, and it cannot be used, for the purpose of (i) avoiding penalties that may be imposed on you or any taxpayer by the Internal Revenue Service or other tax authorities or (ii) promoting, marketing, or recommending to another party a partnership or other entity, investment plan or arrangement. There is no limitation on the disclosure of the tax treatment or tax structure of the matter discussed herein. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.