# Exhibit 37

## Dockwell, Brett D.

| | |
|---|---|
| **From:** | Dockwell, Brett D. |
| **Sent:** | Friday, August 02, 2013 5:35 PM |
| **To:** | 'Favata & Wallace' |
| **Cc:** | Larry Hollander - Flintlock |
| **Subject:** | RE: Orchard |

Bill -- will you stipulate to the transcript or not?  You can do it from your boat.

-----Original Message-----
From: Favata & Wallace [mailto:fwoffice@aol.com]
Sent: Friday, August 02, 2013 5:14 PM
To: Dockwell, Brett D.
Cc: Larry Hollander - Flintlock
Subject: Orchard

Brett I'm on my boat in a multi day fishing tournament and don't have time for your continue lies to the court. Point to one misrepresentation to the court made by me. You and Scharf on the other hand have been caught in your deception. I don't know how your pants don't go on fire. Fish on-- got to go.

Sent from my iPhone

1