# Exhibit 40

SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X
ORCHARD HOTEL,

                                 **Plaintiff(s),**

      -against-

D.A.B. GROUP, LLC, et al.,

                                 **Defendant(s).**
-------------------------------------------------------------X

Index No.: 850044-11

**NOTICE OF DEPOSITION**
**UPON ORAL EXAMINATION**

**PLEASE TAKE NOTICE,** that pursuant to Article 31 of the Civil Practice Law and Rules the testimony, upon oral examination, of non party witness **JOANNE GALLO,** whose address is <u>11 Fifth Avenue, Apt. 11 C, New York, New York 10003</u> a non party will be taken before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at **FAVATA & WALLACE, LLP,** <u>228 East 45th Street, 17th floor, New York, New York 10017</u> on the 3rd day of October, 2012 at 10:00 o'clock in the forenoon of that day with respect to evidence material and necessary in the –defense– of this action:

**DATED:** Garden City, New York
            September 11, 2012

                                           **Respectfully submitted,**

                                           **FAVATA & WALLACE, LLP**
                                           *Attorneys for Defendant D.A.B. GROUP LLP*

                           BY: _____
                               William G. Wallace, Esq.
                               229 Seventh Street, Suite 300
                               Garden City, New York 11530
                               (516) 742-9494

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
ORCHARD HOTEL,

                *Plaintiff(s),*

-against-

D.A.B. GROUP, LLC, et al.,

                *Defendant(s),*
---------------------------------------------------------------X

INDEX NO.: 850044-11

Calendar No.:

*JUDICIAL SUBPOENA*

*The People of the State of New York*

**TO: JOANNE GALLO**
    11 Fifth Avenue, Apt. 11 C
    New York, New York 10003

**GREETING:**

    ***WE COMMAND YOU,*** *that all business and excuses being laid aside, you and each of you appear and attend before **WILLIAM G. WALLACE, ESQ., FAVATA & WALLACE, LLP** at 228 East 45th Street, 17th floor, New York, New York 10017 on the 3rd day of October, 2012 at 10:00 o'clock in the fore noon, and at any recessed or adjourned date to give testimony in this action on the part of the Defendant, D.A.B. GROUP, LLC.*

    *Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.*

    ***WITNESS,*** *Honorable **CHARLES E. RAMOS** one of the Justices of said Court, at 60 Centre, Street, New York, New York the 30th day of August, 2012.*

                          FAVATA & WALLACE, LLP

                          BY: WILLIAM G. WALLACE, ESQ.
                              *Attorney for Defendant*
                              *229 Seventh Street, Suite 300*
                              *Garden City, New York 11530*
                              *(516) 742-9494*

*Judicial Subpoena* *

SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X
ORCHARD HOTEL,                                          Index No.: 850044-11

                      **Plaintiff(s),**

   -against-                                            **NOTICE OF DEPOSITION**
                                                             **UPON ORAL EXAMINATION**
D.A.B. GROUP, LLC, et al.,

                      **Defendant(s).**
-----------------------------------------------------------X

**PLEASE TAKE NOTICE**, that pursuant to Article 31 of the Civil Practice Law and Rules the testimony, upon oral examination, of non party witness **BRUCE GORDON**, whose address is a non party will be taken before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at **FAVATA & WALLACE, LLP,** <u>228 East 45th Street, 17th floor, New York, New York 10017</u> on the 3rd day of October, 2012 at 12:00 o'clock in the forenoon of that day with respect to evidence material and necessary in the -defense- of this action:

**DATED:** Garden City, New York
           September 11, 2012

                                                        **Respectfully submitted,**

                                                        **FAVATA & WALLACE, LLP**
                                                        *Attorneys for Defendant D.A.B. GROUP LLP*

                                                  **BY:** _____
                                                        William G. Wallace, Esq.
                                                        229 Seventh Street, Suite 300
                                                        Garden City, New York 11530
                                                        (516) 742-9494

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
_____ X
ORCHARD HOTEL,

            *Plaintiff(s)*,

    *-against-*

D.A.B. GROUP, LLC, et al.,

            *Defendant(s)*,
_____ X

INDEX NO.: 850044-11

Calendar No.:

*JUDICIAL SUBPOENA*

*The People of the State of New York*

**TO: BRUCE GORDON**

**GREETING:**

    *WE COMMAND YOU, that all business and excuses being laid aside, you and each of you appear and attend before **WILLIAM G. WALLACE, ESQ., FAVATA & WALLACE, LLP** at 228 East 45th Street, 17th floor, New York, New York 10017 on the 3rd day of October, 2012 at 12:00 o'clock in the fore noon, and at any recessed or adjourned date to give testimony in this action on the part of the Defendant, D.A.B. GROUP, LLC.*

    *Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.*

    **WITNESS**, *Honorable **CHARLES E. RAMOS** one of the Justices of said Court, at 60 Centre, Street, New York, New York the 30th day of August, 2012.*

                                          *FAVATA & WALLACE, LLP*

                                          BY: **WILLIAM G. WALLACE, ESQ.**
                                                *Attorney for Defendant*
                                                *229 Seventh Street, Suite 300*
                                                *Garden City, New York 11530*
                                                *(516) 742-9494*

*Judicial Subpoena \**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------X
ORCHARD HOTEL,

    *Plaintiff(s),*

-against-

D.A.B. GROUP, LLC, et al.,

    *Defendant(s),*
---------------------------------------X

INDEX NO.: 850044-11

Calendar No.:

*JUDICIAL SUBPOENA*

*The People of the State of New York*

**TO: RICHARD MAHER**

**GREETING:**

    ***WE COMMAND YOU***, *that all business and excuses being laid aside, you and each of you appear and attend before **WILLIAM G. WALLACE, ESQ., FAVATA & WALLACE, LLP** at <u>228 East 45th Street, 17th floor, New York, New York 10017</u> on the 16th day of October, 2012 at 12:00 o'clock in the fore noon, and at any recessed or adjourned date to give testimony in this action on the part of the Defendant, D.A.B. GROUP, LLC.*

    *Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.*

    ***WITNESS***, *Honorable **CHARLES E. RAMOS** one of the Justices of said Court, at <u>60 Centre, Street, New York, New York</u> the 11th day of September, 2012.*

                                        **FAVATA & WALLACE, LLP**

                                        **BY:**  **WILLIAM G. WALLACE, ESQ.**
                                                    Attorney for Defendant
                                                    229 Seventh Street, Suite 300
                                                    Garden City, New York 11530
                                                    (516) 742-9494

*Judicial Subpoena* *

SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
ORCHARD HOTEL,                                    Index No.: 850044-11

                        **Plaintiff(s),**

    -against-                                       **NOTICE OF DEPOSITION**
                                            **UPON ORAL EXAMINATION**

D.A.B. GROUP, LLC, et al.,

                        **Defendant(s).**
---------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that pursuant to Article 31 of the Civil Practice Law and Rules the testimony, upon oral examination, of non party witness **RICHARD MAHER**, whose address is <u>143 Walker Road, Mineola, New York 11501</u> a non party will be taken before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at **FAVATA & WALLACE, LLP,** <u>228 East 45th Street, 17th floor, New York, New York 10017</u> on the 16TH day of October, 2012 at 12:00 o'clock in the forenoon of that day with respect to evidence material and necessary in the -defense- of this action:

**DATED:** Garden City, New York
           September 26, 2012

                                                  **Respectfully submitted,**

                                                  **FAVATA & WALLACE, LLP**
                                                  *Attorneys for Defendant D.A.B. GROUP LLP*

                                    **BY:** _____
                                             William G. Wallace, Esq.
                                             229 Seventh Street, Suite 300
                                             Garden City, New York 11530
                                             (516) 742-9494