# Exhibit 50

| | |
|---|---|
| **From:** | ben zhavi [dabgroupllc@yahoo.com] |
| **Sent:** | Wednesday, June 25, 2014 7:27 PM |
| **To:** | Y. David Scharf; Dockwell, Brett D.; Hsmllp; Kevin Nash; Simon J.K. Miller; Tara Mulrooney; Favata & Wallace; Tarnoff, Jerome; Jordan Socaransky |
| **Subject:** | Fw: NYC Buildings |
| **Attachments:** | doc094680.pdf |

Simon   WE GOT THE PERMIT

i hope David scharf   can be happy  about it

and also have  banana smile  on is face before he go to sleep
and  not dream about  b s a

-




✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

## NYC Department of Buildings
## Work Permit Data

**Premises:** 138 ALLEN STREET MANHATTAN               **Filed At:** 139 ORCHARD STREET MANHATTAN
**BIN:** 1088498  **Block:** 415  **Lot:** 67                **Job Type:** NB - NEW BUILDING

**CONCRETE WORK NOT AUTHORIZED - CONCRETE PLACEMENT, FORMWORK, STEEL REINFORCING NOT PERMITTED**

View Permit History  |  Printable (PDF) version of this Permit

| | | | | | |
|---|---|---|---|---|---|
| Job No: | 104870392 | | | Fee: | STANDARD |
| Permit No: | 104870392-01-NB | Issued: | 06/03/2014 | Expires: | 06/01/2015 |
| Seq. No.: | 11 | Filing Date: | 05/30/2014 RENEWAL | Status: | ISSUED |
| Work: | | Proposed Job Start: | 11/19/2008 | Work Approved: | 11/10/2008 |
| NEW BUILDING - | | | | | |

**Related fence job no.:** 110349463
**Use:**   J-1 - RESIDENTIAL (HOTELS)               **Landmark:** NO          **Stories:** 16
**Site Fill:** ON-SITE
**Review is requested under Building Code:** 1968

---

Adding more than three stories:  No
Removing one or more stories:  No
Performing work in 50% or more of the area of the building:  No
Demolishing 50% or more of the area of the building:  No
Performing a vertical or horizontal enlargement adding more than 25% of the area of the building:  No
Mechanical equipment other than handheld devices to be used for demolition or removal of debris to be used:  No

---

Approved work includes concrete:  No
Concrete work has been completed:  No
Requesting concrete exclusion now:  No
Work includes 2,000 cubic yards or more of concrete:  No

---

**Issued to:**  NANCY T ERARDI                     **GC SAFETY REGISTRATION:** 0001953-GC

**Business:**  RICHTER & RATNER CONTRACT
    45 WEST 36TH ST 12TH FL NEW YORK NY 10018
                                                    **Phone:** 212-936-4500

**Site Safety Manager:**  PETER J AMATO             **License No:** M001801
**Business:**  SITE SAFETY LLC                      **Phone:** 212-683-7200
    21 EAST 38TH STREET, 12TH FL NEW YORK NY 10018