# Exhibit 52

**Dockwell, Brett D.**

| | |
|---|---|
| **From:** | David Aviram [daviram@gmail.com] |
| **Sent:** | Tuesday, May 24, 2011 6:15 AM |
| **To:** | Dockwell, Brett D.; Y. David Scharf; Jordan Socoransky; Ted Martell; Brian De Lowe |
| **Subject:** | Fwd: New voicemail from +97226259100 at 5:19 AM |

Another message. This time with curses! Some in english, some in hebrew. That's after 8 calls in the middle of the night.

David Aviram

---------- Forwarded message ----------
From: "Google Voice" <voice-noreply@google.com>
Date: May 24, 2011 5:20 AM
Subject: New voicemail from +97226259100 at 5:19 AM
To: <daviram@gmail.com>

## Voicemail from: +97226259100 at 5:19 AM

Unable to transcribe this message.

Play message