# Exhibit 56

## Dockwell, Brett D.

| | |
|---|---|
| **From:** | dabgroupllc@yahoo.com |
| **Sent:** | Wednesday, November 05, 2014 12:39 PM |
| **To:** | Dockwell, Brett D. |
| **Cc:** | Lesser, Danielle; Y. David Scharf; Dakis, Robert K.; Moldovan, Joseph T.; Tarnoff, Jerome; fwoffice@aol.com; Jill Pesce; Julia Marsh; Ennleknim; Simon J.K. Miller; Jordan Socaransky; rbernard@westportcp.com; brian.delowe@thekorgroup.com; Chad Goodman; Peggy Ficano; Steve Goldman; Iryna Carey; Jon Glickman; rterenzi@stcwlaw.com; hzubli@zubli-law.com |
| **Subject:** | Fwd: departmental disciplinary |
| **Attachments:** | c.pdf; ATT00001.htm |

I just want to tell all of you if your saying anything think I never said or not truth About me or my family i make sure I will take legal action against you personal

Sent from my iPhone

Begin forwarded message:

> **From:** Staples Copy Center #746 <cc0746@staplescopycenter.com>
> **Date:** November 4, 2014 at 5:30:53 PM EST
> **To:** "dabgroupllc@yahoo.com" <dabgroupllc@yahoo.com>

1