# Exhibit 59

# MorrisonCohen LLP

Danielle C. Lesser
Partner
(212) 735-8702
dlesser@morrisoncohen.com

July 8, 2014

BY EMAIL & CERTIFIED MAIL
RETURN RECEIPT REQUESTED
William G. Wallace, Esq.
Favata & Wallace LLP
229 Seventh Street
Garden City, New York 11530

Re:   139-141 Orchard Street, New York, New York (the "Mortgaged Property")

Dear Bill:

As you know, on December 9, 2013, the Court ordered that Ben Zhavian, the principal and managing member of your client, D.A.B. Group LLC ("DAB"), cease all contact and communication with representatives of Orchard Hotel, LLC ("Orchard") outside the presence of DAB's and Orchard's attorneys. A copy of the order (the "Restraining Order") is attached here for your reference.

In recent weeks, Zhavian has violated the Restraining Order repeatedly by calling, among other people, Russel Bernard, Jordan Socaransky and Chad Goodman. We tolerated these improper communications insofar as they appeared to be in the nature of settlement discussions. However, it is now clear that Zhavian has no interest in meaningful compromise, and these communications are now simply harassing. Accordingly, Zhavian must cease all further communication with anyone from Orchard except as provided in the Restraining Order. If Zhavian does not cease these communications immediately, we will ask the Court to hold Zhavian in contempt.

In addition, Zhavian has contacted my partner, David Scharf, renewing his threats of instituting religious proceedings against David for his representation of Orchard. Zhavian has also told David that the two of them can mediate differences before a rabbi and that the proceedings can remain a secret between them. Given that David has no connection to Zhavian other than through this litigation, Zhavian's communications are suspicious and highly improper. Furthermore, as you know from my email on June 25, 2014, Zhavian has also contacted me directly. All of these communications violate the Restraining Order and must cease immediately.

Finally, we have been informed that Zhavian has entered the Mortgaged Property unaccompanied by the Court-appointed Receiver, Simon Miller. Under the Restraining Order, Zhavian is not permitted to enter the Mortgaged Property without Mr. Miller present. Given Zhavian's past threats to damage the Mortgaged Property, as well as concerns about potential

William Wallace
<u>139-141 Orchard St.</u>

July 8, 2014
Page 2

insurance liability, we will treat any further entry by Zhavian upon the Mortgaged Property with the seriousness it deserves and we will act accordingly.

Sincerely,

Danielle C. Lesser

Attachment

cc: Simon Miller, Receiver

FILED: NEW YORK COUNTY CLERK 03/13/15 Entered 03/13/15 18:46:04 Exhibit 850044/2011 12/11/2013
NYSCEF DOC. NO. 764

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x
ORCHARD HOTEL, LLC,

               Plaintiff,

    -against-

D.A.B. GROUP, LLC; ORCHARD CONSTRUCTION,
LLC; FLINTLOCK CONSTRUCTION SERVICES
LLC; JJ K MECHANICAL INC.; EDWARD MILLS &
ASSOCIATES, ARCHITECTS PC; CASINO
DEVELOPMENT GROUP, INC.; CITYWIDE
CONSTRUCTION WORKS INC.; EMPIRE TRANSIT
MIX INC.; MARJAM SUPPLY CO., INC.; ROTAVELE
ELEVATOR INC.; SMK ASSOCIATES INC.; FJF
ELECTRICAL CO. INC.; CITY OF NEW YORK; NEW
YORK STATE DEPARTMENT OF TAXATION &
FINANCE; LEONARD B. JOHNSON; CITY OF NEW
YORK ENVIRONMENTAL CONTROL BOARD;
BROOKLYN FEDERAL SAVINGS BANK; STATE
BANK OF TEXAS and JOHN DOE #1 through JOHN
DOE #100, the last 100 names being fictitious, their true
identities unknown to plaintiffs, and intended to be the
tenants, occupants, persons or corporations, if any,
having or claiming an interest in or lien upon the
premises described in the complaint,

              Defendants.
-------------------------------------------------------------------x

Index No. 850044/2011

Motion Seq. No. 15

**STIPULATION
AND ORDER**

    This matter having come before the Court by motion of Plaintiff Orchard Hotel, LLC

(Motion Seq. No. 15), and Defendant D.A.B. Group LLC, without admitting to any allegation set

forth in Plaintiff's motion papers, having agreed with Plaintiff, by and between the parties'

respective counsel, to entry of an order pursuant to CPLR § 6301 upon the terms set forth herein,

and for good cause having been shown;

    IT IS HEREBY ORDERED that defendant DAB (as hereinafter defined) shall not contact

or communicate with plaintiff Orchard (as hereinafter defined) by any means, including without

limitation by phone, email, or in-person, unless such contact or communication occurs in the presence of both DAB's and Orchard's respective attorneys of record in this matter; and

IT IS FURTHER ORDERED that DAB shall not visit Orchard's office or the office, home, or place of worship of any Orchard Party (as hereinafter defined); provided, however, that DAB may meet with Orchard by mutual agreement in the presence of both DAB's and Orchard's respective attorneys of record in this matter; and

IT IS FURTHER ORDERED that DAB shall terminate all arbitrations and non-judicial proceedings, including without limitation all proceedings before rabbinical courts, against David Aviram and Y. David Scharf, and shall withdraw all notices and summonses relating to such arbitrations and proceedings, and DAB shall not initiate any further arbitrations or non-judicial proceedings, including without limitation any proceeding before a rabbinical court, against Orchard or any Orchard Party arising from or relating to the above-captioned action, other than within this action or in a state or federal court; and

IT IS FURTHER ORDERED that DAB shall not enter upon 139-141 Orchard Street, New York, New York (the "Mortgaged Property") outside the presence of Court-appointed Receiver Simon Miller; and

IT IS FURTHER ORDERED that notwithstanding anything to the contrary herein, this Stipulation and Order shall not prohibit DAB's and Orchard's respective attorneys from communicating directly for any purpose; and

IT IS FURTHER ORDERED that for purposes of this Stipulation and Order –

#4790261 v3 \022022 \0004

2

"DAB" means D.A.B. Group LLC and its owners, principals, members, directors, officers, managers, employees, and representatives, including without limitation Ben Zhavian (a.k.a. "Zvi Benjamin Shavian," a.k.a. "Ben Zahavian"); and

"Orchard" means Orchard Hotel, LLC and any of its owners, principals, members, directors, officers, managers, employees, and representatives, including without limitation Russel Bernard, Jordan Socaransky, Chad Goodman, David Aviram, Edward Martell, Danielle Lesser, Y. David Scharf, Westport Capital Partners LLC, Maverick Real Estate Partners LLC, the Kor Group and Morrison Cohen LLP (each, an "Orchard Party"); and

IT IS FURTHER ORDERED that Orchard's motion for a temporary restraining order and preliminary injunction (Motion Seq. No. 15) is hereby withdrawn with prejudice; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to seal (i) the Affirmation of Urgency Y. David Scharf in Support of Preliminary Injunction and *Ex Parte* Temporary Restraining Order dated November 12, 2013 and all exhibits thereto [Doc. Nos. 751-760], (ii) the Affidavit of Chad Goodman dated November 12, 2013 [Doc. No. 761], (iii) the Affidavit of Jordan Socaransky dated November 12, 2013 [Doc. No. 762], and (iv) the Affirmation of William Wallace in Opposition to Order to Show Cause dated November 18, 2013 [Doc. No. 763].

[continued on next page]

#4790261 v3 \022022 \0004

3

By executing this Stipulation and Order, counsel to DAB represents that he has discussed the foregoing provisions with DAB's principal, Ben Zhavian, and DAB and Zhavian have agreed to be bound thereto.

Dated: November 18, 2013

MORRISON COHEN LLP

By: _____
    V. David Scharf
    Danielle C. Lesser
    Brett Dockwell
909 Third Avenue
New York, NY 10016
(212) 735-8600
*Attorneys for Orchard Hotel, LLC*

FAVATA & WALLACE LLP

By: _____
    William G. Wallace
229 Seventh Street, Suite 300
Garden City, NY 11530
(516) 742-9494
*Attorneys for D.A.B. Group, LLC*

Agreed and acknowledged:

_____
Ben Zhavian

Dated: __12/9/13__, 2013

SO ORDERED

_____
**CHARLES E. RAMOS**
J.S.C.

#4790261 v3 \072\2022 \0004

4