# Exhibit 60

## Dockwell, Brett D.

| | |
|---|---|
| **From:** | Jordan Socaransky [jsocaransky@westportcp.com] |
| **Sent:** | Wednesday, July 09, 2014 12:02 PM |
| **To:** | ben zhavi; Dockwell, Brett D.; Tarnoff, Jerome; Lesser, Danielle |
| **Subject:** | RE: Fwd: Orchard Hotel v. DAB Group |

Ben, I hung up on you yesterday and told you to stop calling and harassing us. Your threats of lawsuits, scorched earth, and overall abrasiveness is not productive and we are tired of it. You have not budged one inch in a settlement discussion and I told you we will not waste any more time discussing settlement with you.

**From:** ben zhavi [mailto:dabgroupllc@yahoo.com]
**Sent:** Wednesday, July 09, 2014 11:49 AM
**To:** Brett D. Dockwell; Jordan Socaransky; Jerome Tarnoff; Danielle Lesser
**Subject:** Fw: Fwd: Orchard Hotel v. DAB Group

  stop to bather bill
we have  enough  prbl  what is going on in Israel
yesterday  Jordan spoke with me  20 min



-----Original Message-----
From: Dockwell, Brett D. <bdockwell@morrisoncohen.com>
To: 'fwoffice@aol.com' <fwoffice@aol.com>
Cc: Y. David Scharf <dscharf@morrisoncohen.com>; Lesser, Danielle <dlesser@morrisoncohen.com>
Sent: Tue, Jul 8, 2014 5:28 pm
Subject: Orchard Hotel v. DAB Group

Bill,
Please see attached correspondence.
Thanks,
Brett



Brett Dockwell
Senior Counsel
Morrison Cohen LLP
909 Third Ave.
New York, NY 10022
Direct phone: (212) 735-8791
Direct fax: (917) 522-3191
bdockwell@morrisoncohen.com
www.morrisoncohen.com


This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by

reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you. Circular 230 Disclaimer: Please note that any tax advice contained in this communication (including attachments) is not intended or written to be used, and it cannot be used, for the purpose of (i) avoiding penalties that may be imposed on you or any taxpayer by the Internal Revenue Service or other tax authorities or (ii) promoting, marketing, or recommending to another party a partnership or other entity, investment plan or arrangement. There is no limitation on the disclosure of the tax treatment or tax structure of the matter discussed herein. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.