UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                          Case No. 14-12057 (SCC)

D.A.B. GROUP LLC,

                       Debtor.
-----------------------------------------------------------------X

## DECLARATION OF SERVICE

I, J. TED DONOVAN, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

On March 3, 2015, I caused to be served the within

    (a)    **BALLOT**
    (b)    **DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION**
    (c)    **DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT PURSUANT TO 11 U.S.C. §1125; and**
    (d)    **ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT, SCHEDLING A CONFIRMATION HEARING, PRESCRIBING NOTICE AND SOLICITATION PROCEDURES, AND FIXING THE DEADLINES FOR FILING OBJECTIONS TO CONFIRMATION OF THE DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

on the persons and/or entities on the attached Service List by regular mail by causing a true copy of same, enclosed in a postage paid wrapper properly addressed to such persons and/or entities to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated:  New York, New York
           March 4, 2015

                                                                  J. TED DONOVAN

| | | |
|---|---|---|
| 81-83 Rivington Corp.<br>C/O Seyfarth Shaw LLP<br>620 Eighth Avenue, 32nd Floor<br>New York, NY  10018 | Berotti, Robins, & Guskin, LLP<br>Attn: Allen I. Guskin, CPA<br>85 West Hawthorne Avenue<br>Valley Stream, NY  11580 | NYC Department of Finance<br>Bankruptcy & Assignment<br>340 Adams Street, 10th Floor<br>Brooklyn, NY  11201 |
| City of NY Environmental Control<br>C/O Ron Medley, Esq.<br>345 Adams Street, 3rd Floor<br>Brooklyn, NY  11201 | Citywide Construction Works, I<br>C/O Farris Fayyaz, Esq.<br>818 Coney Island Avenue<br>Brooklyn, NY  11218 | NYC Buildings Dept.<br>210 Joralemon Street, 8th Floor<br>Brooklyn, NY  11201 |
| Empire Transit Mix, Inc.<br>c/o Neil L. Fuhrer & Assoc. LLP<br>Attn: Neil L. Fuhrer, Attorney<br>477 Madison Ave.<br>New York, NY 10022 | Favata & Wallace LLP<br>Attn: William G. Wallce, Esq.<br>229 Seventh Street, Suite 300<br>Garden City, NY  11530 | FJF Electrical Co., Inc.<br>4242 Merrick Road<br>Massapequa, NY  11758 |
| De Castro Law Firm<br>390 Braodway, Floor 4<br>New York, NY 10013 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | JJ K Mechanical, Inc.<br>251-25 Hand Road<br>Little Neck, NY  11362 |
| Marjam Supply Co., Inc.<br>885 Conklin Street<br>Farmingdale, NY  11735 | Monty One LLC<br>C/O Duane Morris LLP<br>Attn: Gerard S. Catalanello, Esq.<br>1540 Broadway<br>New York, NY 10036 | New York City Dept Of Finance<br>345 Adams Street, 3rd Floor<br>Attn: Legal Affairs<br>Brooklyn, NY  11201 |
| NYS Dept Of Taxation<br>Bankruptcy/Special Procedure<br>P.O. Box 5300<br>Albany, NY  12205-0300 | Luke Dohner<br>264 E 2nd Street #1<br>New York, NY 10009 | Rotavele Elevator, Inc.<br>414 Seneca Avenue<br>Ridgewood, NY  11385 |
| Simon J.K. Miller, Receiver<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY  10174 | SMK Associates, Inc.<br>20-02 31st Strreet<br>Astoria, NY  11105 | State Bank Of Texas<br>C/O O'Reilly Marsh & Corteselli<br>222 Old Country Road, 2nd Fl.<br>Mineola, NY  11501 |
| Zvi Benjamin Zhavian<br>85 West Hawthorne Avenue<br>Valley Stream, NY  11580-6107 | New York City Water Board<br>Department of Environment Protection<br>Andrew Rettig, Assistance Council<br>59-17 Junction Bldv, 13th Floor<br>Flushing, NY 11373-5108 | Environmental Control Board<br>Attn: James Macron, Board Counsel<br>66 John Street, 10th Floor<br>New York, NY 10038 |
| Workers' Compensation Board<br>of NY State<br>328 State Street<br>Schenectady, NY 12305 | Tax & Bankruptcy Litigation Division<br>NYC law Department<br>100 Church Street<br>New York, NY 10007 | NYC Department of Finance<br>TP&P Division/Office of Tax Audits<br>345 Adams Street, 5th Floor<br>Brooklyn, NY 11201<br>Attn: Yehuda Miller – Bankruptcy Unit |
| State of New York Department of Labor<br>Unemployment Insurance Division<br>W. Avrell Harriman State Building<br>Building 12, Room 256<br>Albany, NY 12240 | Gerard S. Catalenello, Esq.<br>Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036-4086 | HPD/Judgment Enforcement Unit<br>Attn: Robert Lifshey, Esq.<br>100 Gold Street, Room 6T3<br>New York, NY 10038 |

| | | |
|---|---|---|
| Orchard Hotel LLC<br>C/O Morrison & Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 | Andrew B. Eckstein, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174 | Flintlock Construction Service<br>c/o HOLLANDER & STRAUSS, LLP<br>40 Cutter Mill Road, Suite 203<br>Great Neck, New York 11021 |
| Christopher B. Kinzel, Esq.<br>Casino Development Group, Inc.<br>54-01 43rd Street<br>Maspeth, NY 11378 | Harold M. Somer, Esq.<br>1025 Old Country Road, Ste. 404<br>Westbury, NY 11590 | Alan D. Halperin, Esq.<br>Donna H. Lieberman, Esq.<br>Halperin Battaglia Raicht LLP<br>40 Wall Street, 37th Floor<br>New York, NY 10005 |
| Ingram Yuzek Gainen Carroll & Bertolotti<br>Attorneys for Edward I Mills & Assoc.<br>250 Park Avenue, 6th Floor<br>New York, NY 10177<br>Attn: Jessica Jamron Rothman, Esq. | Office of the U.S. Trustee<br>U.S. Federal Office Building<br>201 Varick St., Room 1006<br>New York, New York 10014<br>Att: Serene K. Nakano, Esq. | Stagg Terenzi, Confusione & Wabnik LLP<br>Attorney for BNH Rivington LLC<br>Attn: Ronald M. Terenzi, Esq.<br>401 Franklin Avenue, Suite 300<br>Garden City, New York 11530 |

X:\GWFG\New Data\Yen\Word\DAB Group LLC - ZHABE.34146\Mailing Labels 02-05-15.Doc