UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re DAB GROUP LLC _____    Case No. 14-12057 _____

__Debtor_____    Reporting Period: 1/1/2015 -1/31/2015 ___

Federal Tax I.D. # 52-2133954 _____

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
|    Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date _____

Signature of Authorized Individual* _____    Date 3/17/2015 _____
Zvi Benjamin Zhavian
Printed Name of Authorized Individual _____    _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re DAB GROUP LLC
    Debtor

Case No. 14-12057
Reporting Period: 1/1/2015 -1/31/2015

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted
for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | | Tax | | Other |
|---|---|---|---|---|---|
| | # | | # | | # |
| **BALANCE PER BOOKS** | $301.00 | | | | |
| | | | | | |
| **BANK BALANCE** | $301.00 | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | | |
| | | | | | |
| **ADJUSTED BANK BALANCE \*** | $301.00 | | | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| **CHECKS OUTSTANDING** | Ck. # | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | | $0.00 |

In re DAB GROUP LLC                                          Case No. 14-12057
_____                        Reporting Period: 1/1/2015 -1/31/2015
        Debtor

# DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition State or Federal income taxes past due? | | X |
| 9 | Are any post petition real estate taxes past due? | | X |
| 10 | Are any other post petition taxes past due? | | X |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 | Are any amounts owed to post petition creditors delinquent? | | X |
| 13 | Have any post petition loans been received by the Debtor from any party? | | X |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**TD Bank** 

America's Most Convenient Bank® 

T    **STATEMENT OF ACCOUNT**

218121 06DD1810 1 010000
DAB GROUP LLC
DIP CASE 14-12057 SDNY
85 W HAWTHRONE AVE
VALLEY STREAM NY  11580

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jan 01 2015-Jan 31 2015 |
| Cust Ref #: | 4306359103-039-T-### |
| Primary Account #: | 430-6359103 |

## Chapter 11 Checking

DAB GROUP LLC
DIP CASE 14-12057 SDNY

Account # 430-6359103

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 301.00 | Average Collected Balance | 301.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 301.00 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender