UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                    Chapter 11

D.A.B. GROUP LLC,                                             Case No. 14-12057 (SCC)

                                         Debtor.
-------------------------------------------------------------x
In re:                                                                    Chapter 11

77-79 RIVINGTON STREET REALTY LLC,         Case No. 14-10339 (SCC)

                                         Debtor.
-------------------------------------------------------------x

## ORDER GRANTING MOTION RELATING
## TO INSTALLATION OF A CELLAR WALL

Upon the motion of D.A.B. Group LLC, the Debtor, herein dated March 13, 2015 (ECF #118) (the "Motion"); and upon the Agreement of Purchase and Sale, dated December 8, 2014 (the "Sale Contract") previously approved by Order dated February 19, 2015 (ECF #103); and good and sufficient notice of this Order having been given to the creditors of both the Debtor and its affiliate, 77-79 Rivington Street Realty LLC ("Rivington"); and no objections have been raised; and it being represented by Arcade Orchard Street LLC that the proposed installation of the cellar wall will be done lawfully and in a manner that does not diminish the value of the adjacent property owned by Rivington; it is

ORDERED that following the closing of the sale transaction, Arcade Orchard Street LLC and its agents are authorized to proceed with installation of a cellar wall to separate the shared basement space in accordance with the attached diagram annexed to the motion as Exhibit "A" (the "Cellar Wall"), with such construction to be done in accordance with applicable law; and it is further

ORDERED, that the Debtor, Rivington and their respective agents and assigns, shall cooperate with the lawful construction of the Cellar Wall and provide reasonable access to the adjoining property for the installation; and it is further

ORDERED, that this Court shall retain exclusive jurisdiction with respect to all matters or disputes arising from or relating to the implementation of this Order.

Dated: New York, New York
       March 31, 2015

                                          /S/ Shelley C. Chapman
                                          Hon. Shelley C. Chapman
                                          United States Bankruptcy Judge