BLANK ROME LLP
*Attorneys for Simon J.K. Miller, Receiver*
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885 5505
Andrew B. Eckstein

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                              Chapter 11

D.A.B. GROUP LLC,                                      Case No. 14-12057 (SCC)

                                     Debtor.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      :
                       : SS.
NEW CASTLE COUNTY      :

Tamara L. Moody, being duly sworn according to law, deposes and says that I am employed as a Paralegal for the law firm of Blank Rome LLP, and that on April 9, 2015, I caused the following document to be served via first class mail upon the parties listed on the attached service list.

- **MOTION OF SIMON MILLER, AS RECEIVER, FOR ORDER IN FURTHERANCE OF RECEIVER'S DUTIES, AND IN AID OF CONSUMMATION OF PLAN AND SALE ORDER, TO COMPEL 81-83 RIVINGTON CORPORATION TO COMPLY WITH OBLIGATIONS UNDER ZLDA AGREEMENT** [Dkt. No. 130]

BLANK ROME LLP

_____
Tamara L. Moody, Paralegal
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

SWORN TO AND SUBSCRIBED before
me this 13th day of April 2015

_____
Notary Public

[Notary Seal: SHEILA MARIE O'HARA, NOTARY PUBLIC, MY COMMISSION EXPIRES DEC. 24, 2016, STATE OF DELAWARE]

143596.01600/100111888v.1

| | | |
|---|---|---|
| 81-83 Rivington Corp.<br>C/O Seyfarth Shaw LLP<br>620 Eighth Avenue, 32nd Floor<br>New York, NY  10018<br>Attn: Melissa Starcic | Berotti, Robins, & Guskin, LLP<br>Attn: Allen I. Guskin, CPA<br>85 West Hawthorne Avenue<br>Valley Stream, NY  11580 | Christopher B. Kinzel, Esq.<br>Casino Development Group, Inc.<br>54-01 43rd Street<br>Maspeth, NY  11378 |
| City of NY Environmental Control<br>C/O Ron Medley, Esq.<br>345 Adams Street, 3rd Floor<br>Brooklyn, NY  11201 | Citywide Construction Works, I<br>C/O Farris Fayyaz, Esq.<br>818 Coney Island Avenue<br>Brooklyn, NY  11218 | Edward Mills & Associates, Arc<br>401 Broadway, Suite 501<br>New York, NY  10013 |
| Empire Transit Mix, Inc.<br>430 Maspeth Avenue<br>Brooklyn, NY  11211 | Favata & Wallace LLP<br>Attn: William G. Wallce, Esq.<br>229 Seventh Street, Suite 300<br>Garden City, NY  11530 | FJF Electrical Co., Inc.<br>4242 Merrick Road<br>Massapequa, NY  11758 |
| Flintlock Construction Service<br>585 North Barry Avenue<br>Mamaroneck, NY  10543 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | JJ K Mechanical, Inc.<br>251-25 Hand Road<br>Little Neck, NY  11362 |
| Marjam Supply Co., Inc.<br>885 Conklin Street<br>Farmingdale, NY  11735 | Monty One LLC<br>C/O Kurzman Eisenberg Corbin,<br>One North Broadway<br>White Plains, NY  10601 | New York City Department Of Finance<br>345 Adams Street, 3rd Floor<br>Attn: Legal Affairs<br>Brooklyn, NY  11201 |
| NYS Dept Of Taxation<br>Bankruptcy/Special Procedure<br>P.O. Box 5300<br>Albany, NY  12205-0300 | Orchard Hotel LLC<br>C/O Morrison & Cohen LLP<br>909 Third Avenue<br>New York, NY  10022<br>Y. David Scharf<br>Joseph T. Moldovan | Rotavele Elevator, Inc.<br>414 Seneca Avenue<br>Ridgewood, NY  11385 |
| Simon J.K. Miller, Receiver<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY  10174 | SMK Associates, Inc.<br>20-02 31st Strreet<br>Astoria, NY  11105 | State Bank Of Texas<br>C/O O'Reilly Marsh & Corteselli<br>222 Old Country Road, 2nd Fl.<br>Mineola, NY  11501 |
| Zvi Benjamin Zhavian<br>85 West Hawthorne Avenue<br>Valley Stream, NY  11580-6107 | Office of the U.S. Trustee<br>U.S. Federal Office Building<br>201 Varick St., Room 1006<br>New York, New York 10014<br>Att: Serene K. Nakano | ~~Andrew B. Eckstein, Esq.~~<br>~~Blank Rome LLP~~<br>~~The Chrysler Building~~<br>~~405 Lexington Avenue~~<br>~~New York, New York 10174~~ |
| ~~Simon Miller, Esq., Receiver~~<br>~~Blank Rome LLP~~<br>~~The Chrysler Building~~<br>~~405 Lexington Avenue~~<br>~~New York, New York 10174~~ | Stagg Terenzi, Confusione & Wabnik LLP<br>Attorney for BNH Rivington LLC<br>Attn: Ronald M. Terenzi, Esq.<br>401 Franklin Avenue, Suite 300<br>Garden City, New York 11530 | Harold M. Somer, Esq.<br>Harold M. Somer, PC<br>1025 Old Country Road, Ste. 404<br>Westbury, NY  11590 |

143596.01600/40213304v.1

State of New York Department of Labor
Unemployment Insurance Division
Governor W. Avrell Harriman State Building
Building 12, Room 256
Albany, NY 12240

Gerard S. Catalenello, Esq.
Patricia H. Heer, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

HPD/Judgment Enforcement Unit
Attn: Robert Lifshey, Esq.
100 Gold Street, Room 6T3
New York, NY 10038

Environmental Control Board
3030 3rd Ave
Bronx, NY 10455

New York City Water Board
Department of Environment Protection
Andrew Rettig, Assistance Council
59-17 Junction Bldv, 13th Floor
Flushing, NY 11373-5108

NYC Department of Finance
Bankruptcy & Assignment
340 Adams Street, 10th Floor
Brooklyn, NY 11201

NYC Department of Finance
TP&P Division/Office of Tax Audits
345 Adams Street, 5th Floor
Brooklyn, NY 11201
Attn: Yehuda Miller – Bankruptcy Unit

Tax & Bankruptcy Litigation Division
NYC law Department
100 Church Street
New York, NY 10007

NYC Buildings Dept.
210 Joralemon Street, 8th Floor
Brooklyn, NY 11201

**INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP**
Edward I. Mills & Associates Architects, PC
250 Park Avenue, 6th Floor
New York, New York 10177
Jessica L. Rothman

Larry B. Hollander
Hollander & Strauss, LLP
40 Cutter Mill Rd. Ste. 203
Great Neck, NY 11021

**Ingram Yuzek Gainen Carroll & Bertolotti, LLP**
Edward I. Mills & Associates Architects, PC
250 Park Avenue, 6th Floor
New York, New York 10177
Attn: Tara B. Mulrooney

Alan D. Halperin, Esq.
Donna H. Lieberman, Esq.
HALPERIN BATTAGLIA RAICHT, LLP
40 Wall Street, 37th Floor
New York, NY 10005

J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, NY 10036

81-83 Rivington Corp.
81 Rivington Street
New York, NY 10002

143596.01600/40213304v.1