UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>D.A.B. GROUP, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 14-12057-SCC |

**ORDER IN AID OF CONSUMMATION OF PLAN AND SALE ORDER
DIRECTING AND COMPELLING  81-83 RIVINGTON CORPORATION
TO EXECUTE OWNERS' AFFIDAVIT IN CONNECTION WITH
APPLICATION TO THE NEW YORK CITY BOARD OF STANDARDS
AND APPEALS TO EXTEND THE EXISTING ZONING ENTITLEMENTS**

Upon the motion dated April 9, 2015 (the "Motion") of the Receiver, Simon Miller, for an order in aid of consummation of plan and sale order to compel 81-83 Rivington Corporation ("81-83 Rivington")  to comply with obligations under ZLDA agreement and to execute an "Owners' Affidavit" in connection with an application to the New York City Board of Standards and Appeals ("BSA") to extend the  existing zoning entitlements for the property known as 139-141 Orchard Street, New York, New York; and upon proof of service of the Motion upon 81-83 Rivington having been duly filed; and it appearing that due and sufficient notice has been given to all parties in interest as required by Bankruptcy Rule 9013 and the Local Rules of this Court; and no opposition to the Motion having been filed; and this Court having considered the Motion; and it further appearing the relief sought in the Motion is appropriate based upon the record of the hearing in these cases held before this Court to consider the Motion; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein; and after due deliberation; and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is hereby granted and approved in all respects; and it is further

ORDERED, that 81-83 is hereby directed and compelled, on or before the close of business on May 5, 2015, to execute an Owners' Affidavit in connection with an application to the New York City Board of Standards and Appeals to extend the existing zoning entitlements for the property known as 139-141 Orchard Street, New York, New York.

Dated: New York, New York
       April 25, 2015

      /S/ Shelley C. Chapman
      UNITED STATES BANKRUPTCY JUDGE