## STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
ATTORNEYS AT LAW
401 FRANKLIN AVENUE
SUITE 300
GARDEN CITY, NEW YORK 11530
(516) 812-4500
FAX: (516) 812-4600

275 MADISON AVENUE
SUITE 705
NEW YORK, NEW YORK 10016
(212) 324-3800

331 NEWMAN SPRINGS ROAD
BUILDING 1, 4TH FLOOR, SUITE 143
RED BANK, NEW JERSEY 07701
(732) 784-1586

1111 SUMMER STREET, 5TH FLOOR
STAMFORD, CONNECTICUT 06905
(203) 967-4000

Thomas E. Stagg*◊
Ronald M. TerenziΔ
Lisa M. Confusione
Debra L. Wabnik*
Andrew KazinΔ

Brian C. Avello◊
Matthew B. Corwin*
Candice L. Deaner
Jacqueline M. Della Chiesa
David R. Ehrlich
George C. Fontana Jr.
Cara M. Goldstein
Ivie Guobadia
Owen A. Kloter*Δ
Michael Kwiatkowski*
Ronald P. Labeck
Brian A. Lacoff*
Kathleen Crean Maher
Jamal A. Perry
Michelle E. Tarson*
Eric S. Waldman

Of Counsel
John C. PoleraΔ
Kristen Renzulli*

*Also Admitted NJ
ΔAlso Admitted CT
◊Also Admitted DC

May 8, 2015

Via E-mail Only

Arcade Capital (wobeid@arcadecapital.com);
Jonathan Adelsberg at Herrick as counsel to Arcade (jadelsberg@herrick.com);
Kevin Nash, Counsel for both DAB & 77-79 Rivington Corp (knash@gwflaw.com);
Maverick Capital (daviram@maverickrep.com); and
Westport Capital (jsocaransky@westportcp.com)

  Re: 77-79 Rivington Street Realty LLC Case No. 14-10339-SCC
     Case No. 14-10339-scc

Gentlemen:

  As some of you may know, I represent BNH Rivington, LLC, as the secured creditor in the bankruptcy proceeding of 77-79 Rivington Street Reality, LLC property. It has come to my client's attention that the purchaser of the pending sale of the hotel property at 139-141 Orchard Street ("Hotel Lot") pursuant to an asset purchase agreement ("APA") approved by the Bankruptcy Court in the D.A.B. Group LLC ("DAB"), bankruptcy case, intends to utilize or benefit from the air rights attributable to the property at 77-79 Rivington. According to records and filings attributable to the 77-79 Rivington property, there is no recording of any grant of any such air rights. As such, the air rights are considered a part of the collateral securing my client's mortgage on the 77-79 Rivington property.

  Concerned about any grant of easement or license from DAB to the Purchaser relating to 77-79 Rivington, we inquired if there was a list of designated contracts as references in the APA which were to be assigned to the purchaser. We were told there were none. Despite a mention of the air rights in the APA at section 7.1.7 there appears to be no actual grant of air rights from

May 8, 2015
Page 2

77-79 Rivington to DAB. Certainly 77-79 Rivington Street Reality LLC was not a party to the APA and, to our knowledge has never made a grant of the air rights.

    Accordingly, we assume that the sale of the Hotel Lot does not include our collateral, which includes the air rights and we hereby put all parties herein on notice of same unless otherwise so determined by a court of competent jurisdiction.

Very truly yours,

Ronald M. Terenzi

RMT/cc