UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                              Chapter 11

D.A.B. GROUP LLC,                                   Case No. 14-12057 (SCC)

                        Debtor.

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

      Donna H. Lieberman, being duly sworn, deposes and says:

      I am not a party to the action. I am over the age of eighteen years and reside in Kings, New York. I am duly admitted to the bar of the State of New York, in good standing.

      On May 29, 2015, I served a copy of the *Letter to Kevin J. Nash, Esq.* (counsel to the Debtor), date May 29, 2015 and *Letter from Ronald M. Terenzi, Esq.* (counsel to BNH Rivington, LLC), dated May 8, 2015 by causing true and correct copies of the same to the persons listed on **Exhibit A** in the manner indicated.

*/s/ Donna H. Lieberman*
Donna H. Lieberman

{00239845.1 / 1066-001 }

## Exhibit A

**By Electronic Mail and Overnight Delivery**

Kevin J. Nash, Esq.
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
 New York, NY 10036
Email: knash@gwfglaw.com

First American Title Insurance Company
633 Third Avenue
New York, New York 10017
Attn: Stephen Farber, Esq.
Email: sfarber@firstam.com

**By Overnight Delivery**

D.A.B Group LLC
85 West Hawthorne Avenue
Valley Stream, New York 11580
Attn:  Zvi Benjamin Zhavian

**By Electronic Mail**

Jonathan Adelsberg, Esq.
Herrick, Feinstein LLP
Email: jadelsberg@herrick.com

William Obeid
Arcade Capital LLC
Email: wobeid@arcadecapital.com

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
Email: jmoldovan@morrisoncohen.com
(Counsel to Orchard Hotel, LLC and Orchard
Construction, LLC)

Andrew B. Eckstein, Esq.
Blank Rome LLP
Email: AEckstein@blankrome.com
(Counsel to Simon Miller, as Receiver)

Ivaylo V. Ninov
Western Heritable Investment Company (U.S.) Ltd.
Email: ivn@westernman.com

Ronald M. Terenzi, Esq.
Stagg, Terenzi, Confusione & Wabnik, LLP
Email: rterenzi@stcwlaw.com
(Counsel to BNH Rivington, LLC)