UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:

                                                    Chapter 11
D.A.B. Group LLC                                    Case No. 14-12057-scc
                                    Debtors

                                                    **AFFIRMATION OF SERVICE**
_____

HAROLD M. SOMER, an attorney duly licensed to practice law in the State of New York, affirms the following to be true under penalty of perjury:

I am over the age of 18, reside in Westbury, New York, and am not a party to this action.  That on June 25, 2015, the undersigned enclosed copies of the Objection to Motion to Convert in properly addressed, post-paid envelopes and served same upon the following via first class mail by depositing said envelopes into an official depository under the exclusive care and custody of the United States Postal Service to:

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Ave.
New York, NY 10022

Kevin J. Nash, Esq.
Goldberg Weprin et al
1501 Broadway, 22nd Flr.
New York, NY 10036

Donna H. Lieberman, Esq.
Halperin Battaglia Benzija LLP
40 Wall Street, 37th Flr.
New York, NY 10005

Serene K. Nakano, Esq.
US Trustee's Office
201 Varick St., Ste. 1006
New York, NY 10014

Ronald M. Terenzi, Esq.
Stagg Terenzi et al
401 Franklin Ave., Ste. 300
Garden City, NY 11530

Gerard S. Catalanello, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036

Andrew B. Eckstein, Esq.
Blank Rome, LLP
405 Lexington Ave.
New York, NY 10174

Christopher B. Kinzel, Esq.
Casino Development Group, Inc.
54-01 43rd Street
Maspeth, NY 11378

Dated: Westbury, New York
      June 25, 2015                  /S/ Harold M. Somer

                                         _____
                                          HAROLD M. SOMER, ESQ.
                                          HAROLD M. SOMER, PC
                                          1025 Old Country Road
                                          Westbury, New York 11590
                                          (516) 248-8962